# UNITED STATES DISTRICT COURT
for the
District of Columbia

| | | |
|---|---|---|
| United States of America ex rel. William "Bill" Smith | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:18-cv-02080 |
| Athena Construction Group, Inc. | ) | |
| *Defendant* | ) | |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

William "Bill" Smith

Date: 09/20/2018

*Andrew M. Miller (kdc)*
*Attorney's signature*

Andrew M. Miller, D.C. No. 499298
*Printed name and bar number*

BARON & BUDD, P.C.
600 New Hampshire Avenue NW, Suite 10A
Washington, DC 20037
*Address*

amiller@baronbudd.com
*E-mail address*

(202) 333-4827
*Telephone number*

(202) 337-1039
*FAX number*