UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| WILLIAM "BILL" SMITH, | ) ) ) | |
| Plaintiff-Relator, | ) ) | |
| v. | ) ) ) | Case No. 18-cv-2080 (APM) |
| ATHENA CONSTRUCTION GROUP, INC., et al., | ) ) ) ) | |
| Defendants. | ) ) | |

# ORDER

Pursuant to the parties' Report under Local Civil Rule 16.3 and the Status Conference held on May 20, 2022, the court orders the following with regard to further proceedings in this matter:

I. <u>Scheduling.</u>

A. The parties shall exchange initial disclosures, as required under Rule 26(a)(1), on or before **June 13, 2022**;

B. The deadline for joinder of parties and amendments of pleadings is **June 27, 2022**;

C. The parties shall submit a Joint Status Report regarding the status of discovery on or before **August 30, 2022**;

D. All fact discovery shall conclude on **November 23, 2022**;

E. The parties shall submit a Joint Status Report regarding the status of discovery on or before **November 30, 2022**;

F. Proponent expert reports and disclosures, consistent with Rule 26(a)(2), shall be made no later than **December 23, 2022**;

G. Rebuttal expert reports and disclosures, consistent with Rule 26(a)(2), shall be made on or before **January 23, 2023**;

      H.        All expert discovery shall conclude on **March 16, 2023;**

      I.        A Post-Discovery Status Conference is set for **March 17, 2023, at 10:00 a.m.** via videoconference.

      The parties may <u>not</u> extend by stipulation the deadlines for Joint Status Reports, the end of fact discovery, or the close of expert discovery. Instead, the parties must seek an extension of time, preferably by filing a consent motion with the court. A motion to extend any deadline shall indicate whether any previous extensions were requested and granted.

      The parties may modify all other interim deadlines by stipulation. If the parties cannot agree to a schedule modification, the party seeking additional time must file a motion and show good cause for the modification.

      Likewise, a request for additional time to conduct discovery must be made on or before the discovery deadline. A request for an extension of time made after the discovery deadline will be considered untimely.

II.    <u>Limits on Discovery.</u>

Parties shall not exceed the numerical limitations placed on the various methods of discovery as set forth in the Federal Rules of Civil Procedure, unless granted leave by the court.

III.    <u>Discovery Disputes.</u>

In the event that a discovery dispute arises, the parties shall make a good faith effort to resolve or narrow the areas of disagreement. If the parties are unable to resolve the discovery dispute, then the parties shall jointly call Judge Mehta's chambers at (202) 354-3250, at which time the court will either rule on the issue or determine the manner in which it will be handled. The parties may not file a discovery motion without leave of court.

Disputes regarding discovery must be raised on or before the discovery deadline. Disputes raised after the deadline will be considered untimely.

IV.    <u>Settlement.</u>

The parties are expected to continue to evaluate their respective cases for purposes of settlement. The court encourages the use of alternative dispute resolution—e.g., mediation or neutral case evaluation. The use of these methods is available at any time, as is a settlement conference before a magistrate judge. If the parties are

interested in further pursuing these options, then they may contact chambers at any time.

Dated: May 21, 2022

Amit P. Mehta
United States District Court Judge

3