# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| United States of America, *ex rel.* William "Bill" Smith,<br><br>*Plaintiff-Relator*,<br><br>v.<br><br>Athena Construction Group, Inc., Balfour Beatty Construction Company, Inc., Barton Malow Company, Component Assembly Systems, Inc., Commonwealth Wall Systems, LLC, and John Does #-50, Fictitious Names,<br><br>*Defendants*. | Case No. 1:18-CV-02080-APM<br>Judge Amit P. Mehta |

## CONSENT MOTION FOR EXTENSION OF TIME TO RESPOND TO MOTION TO DISMISS

Pursuant to Rule 7 of the Federal Rules of Civil Procedure, Plaintiff-Relator, by and through his undersigned counsel, respectfully moves for an order granting an extension of the deadline to file a Reply to Defendants Barton Malow Company, Balfour Beatty Construction Company and Athena Construction Group, Inc.'s Oppositions to Plaintiff-Relator's Motion for Partial Reconsideration.

1. Plaintiff-Relator William Smith filed a Motion for Partial Reconsideration of this Court's March 25, 2022 Order on April 22, 2022 (Dkt. No. 114).

2. On May 20, 2022, Defendants Barton Malow Company, Balfour Beatty Construction Company and Athena Construction Group, Inc. filed Oppositions to Plaintiff-Relator's Motion for Partial Reconsideration. (Dkt. Nos. 117, 118, 119)

3. Plaintiff-Relator seeks a two-week extension to the time for his Reply, with the Reply to be due on June 10, 2022.

4. Plaintiff-Relator has not made any previous requests for an extension of time in relation to this motion.

5. Providing Plaintiff-Relator with the requested relief will not prejudice any party.

6. Pursuant to Local Rule 7(m), counsel for Plaintiff-Relator conferred with counsel for the Barton Malow Company, Balfour Beatty Construction Company and Athena Construction Group, Inc., all of whom have consented to the requested two-week extension for Plaintiff-Relator to file a Reply.

WHEREFORE, Plaintiff-Relator respectfully requests an Order granting an extension to Reply to the Oppositions of Defendants to Plaintiff-Relator's Motion for Partial Reconsideration.

Dated: <u>May 24, 2022</u>    Respectfully submitted,

   /s/
W. Scott Simmer
Andrew M. Miller
BARON & BUDD, P.C.
600 New Hampshire Avenue,
N.W., Suite 10-A Washington,
D.C. 20037
amiller@baronbudd.com
ssimmer@baronbudd.com
*Counsel for Plaintiff-Relator*

Glenn Andrew Ellis
FREIWALD LAW, P.C.
1500 Walnut Street 18th Floor
Philadelphia, PA 19102
gae@freiwaldlaw.com
*Counsel for Plaintiff-Relator*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 24, 2022, a copy of the foregoing was filed via the CM/ECF system and an electronic copy was served via a Notice of Electronic Filing to all parties of record:

        /s/
W. Scott Simmer
Andrew M. Miller
BARON & BUDD, P.C.
600 New Hampshire Avenue,
N.W., Suite 10-A Washington,
D.C. 20037
amiller@baronbudd.com
ssimmer@baronbudd.com
*Counsel for Plaintiff-Relator*

Glenn Andrew Ellis
FREIWALD LAW, P.C.
1500 Walnut Street 18th Floor
Philadelphia, PA 19102
gae@freiwaldlaw.com
*Counsel for Plaintiff-Relator*