IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* <br> WILLIAM "BILL" SMITH <br><br> Plaintiff <br><br> v. <br><br> ATHENA CONSTRUCTION GROUP, INC, *et al* <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:18-cv-02080-APM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DEFENDANT ATHENA CONSTRUCTION GROUP, INC's. MOTION FOR SANCTIONS PURSUANT TO FRCP 11(b) OR IN THE ALTERNATIVE, REQUEST FOR ATTORNEY FEES PURSUANT TO FALSE CLAIMS ACT

COMES NOW the Defendant Athena Construction Group, Inc. ("Athena" or "Defendant"), by counsel, and respectfully moves this Court pursuant to Rule 11(b) of the Federal Rules of Civil Procedure for Sanctions against Plaintiff William Smith and counsel jointly and severally for filing in violation of FRCP 11(b). In the alternative, Defendant Athena is seeking an order for attorneys' fees expended by Athena in the defense of this matter pursuant to the False Claims Act.

Defendant Athena relies on the attached Memorandum in Support of its Motion. Defendant Athena respectfully requests a hearing on this matter.

Defendant presented this motion to Defendant's counsel 21 days prior to filing of this motion as required by rule.

Dated: September 20, 2022

Respectfully Submitted,
Defendant Athena Construction Group, Inc.
By counsel

/s/ Milton C. Johns
Milton C. Johns, VSB # 42305
D.D.C. Attorney No. VA072
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite, 303
Fairfax, Virginia 22030
(571) 500-1010
(571) 408-8102 Facsimile
mjohns@xlppllc.com
*Counsel for Defendant*
*Athena Construction Group, Inc.*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on September 20, 2022, a true copy of the foregoing was served via electronic mail on the following:

Glenn Andrew Ellis
GLENN ELLIS LAW, PLLC
2301 Bryn Mawr Ave.
Philadelphia, PA 19131
GAE@glennellislaw.com
*Counsel for William Smith*
*Pro hac*

Ambika J. Biggs, DC Bar 501255
HIRSCHLER FLEISCHER
8270 Greensboro Drive, Suite 700
Tysons, VA 22102
abiggs@hirschlerlaw.com
*Counsel for Balfour Beatty*
*Construction, LLC*

W. Scott Simmer
Andrew Michael Miller
BARON & BUDD, PC
600 New Hampshire Ave., NW, Suite 10-A
Washington, DC 20037
*ssimmer@baronbudd.com*
*amiller@baronbudd.com*
*Counsel for William Smith*

Aaron F. Freiwald
Freiwald Law
1500 Walnut Street, 18th Floor
Philadelphia, PA 19102
ajf@freiwaldlaw.com
*Counsel for William Smith*

Matthew A. Lipman
McELROY, DEUTSCH MULVANEY & CARPENTER, LLP
1617 John F. Kennedy Boulevard, Suite 1500
Philadelphia, PA 19102
Mlipman@mdmc-law.com
C*ounsel for Component Assembly Systems, Inc.*

Damon W Taaffe
John Cuong Troung
U.S. Attorney's Office for the
District of Columbia
555 Fourth Street, NW
Washington, DC 20530
*damon.taaffe@usdoj.gov*
*John.truong@usdoj.gov*

/s/ Milton C. Johns
Milton C. Johns, VSB # 42305
D.D.C. Attorney No. VA072
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite, 303
Fairfax, Virginia 22030
(571) 500-1010
(571) 408-8102 Facsimile
mjohns@xlppllc.com
*Counsel for Defendant*
*Athena Construction Group, Inc.*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 12, 2022, the foregoing was filed via the CM/ECF system and an electronic copy was served on the following via a notice of electronic filing (NEF):

| | |
|---|---|
| Glenn Andrew Ellis<br>GLENN ELLIS LAW, PLLC<br>2301 Bryn Mawr Ave.<br>Philadelphia, PA 19131<br>GAE@glennellislaw.com<br>*Counsel for William Smith*<br>*Pro hac* | Ambika J. Biggs, DC Bar 501255<br>HIRSCHLER FLEISCHER<br>8270 Greensboro Drive, Suite 700<br>Tysons, VA 22102<br>abiggs@hirschlerlaw.com<br>*Counsel for Balfour Beatty*<br>*Construction, LLC* |
| W. Scott Simmer<br>Andrew Michael Miller<br>BARON & BUDD, PC<br>600 New Hampshire Ave., NW, Suite 10-A<br>Washington, DC 20037<br>ssimmer@baronbudd.com<br>amiller@baronbudd.com<br>*Counsel for William Smith* | Aaron F. Freiwald<br>Freiwald Law<br>1500 Walnut Street, 18th Floor<br>Philadelphia, PA 19102<br>ajf@freiwaldlaw.com<br>*Counsel for William Smith* |
| Matthew A. Lipman<br>McELROY, DEUTSCH MULVANEY & CARPENTER, LLP<br>1617 John F. Kennedy Boulevard, Suite 1500<br>Philadelphia, PA 19102<br>Mlipman@mdmc-law.com<br>*Counsel for Component Assembly Systems, Inc.* | Damon W. Taaffe<br>John Cuong Troung<br>U.S. Attorney's Office for the District of Columbia<br>555 Fourth Street, NW<br>Washington, DC 20530<br>*damon.taaffe@usdoj.gov*<br>*John.truong@usdoj.gov* |

    /s/ Jill F. Helwig_____
Jill F. Helwig, VSB Attorney No. 83202
**Executive Law Partners, PLLC**