# EXHIBIT A

## Amber Peebles

**From:** Amber Peebles
**Sent:** Monday, January 26, 2015 7:38 AM
**To:** Bill Smith
**Subject:** RE: Athena's greatest asset

Best answer yet Bill. Well contemplated. Thank you.

---

**From:** Bill Smith
**Sent:** Monday, January 26, 2015 7:37 AM
**To:** Amber Peebles
**Subject:** RE: Athena's greatest asset

I think the greatest assets are the relationships Athena has developed with some of the large partners that have helped the company grow and still maintaining the small business/HUBZONE status and independence. Athena's reputation as a legitimate and reliable contractor is also a huge factor since it takes more than credentials to maintain these relationships.

Bill Smith
Project Superintendent
Athena Construction Group, Inc.
(O): 703-870-3729
(M): 407-489-7191
SDVOSB, WOB, HUBZone, SWaM

---

**From:** Amber Peebles
**Sent:** Sunday, January 25, 2015 5:34 PM
**To:** Melissa Schneider; Clay Frook; Sheila Henderson; Karen Papa; Bill Smith; Waldo Henderson; Jorge Sandoval; Carl Armstrong
**Subject:** Athena's greatest asset

TEAM: I would like for each of you to tell me directly – meaning don't reply to all – what you deem to be Athena's greatest asset. Please respond upon receipt of this email with your answer.

The reason I am asking you to reply to me directly is that I want every response to be independent of influence. Answers remain confidential.

And be honest!

Thanks,

Amber

Amber Peebles
President
Athena Construction Group, Inc.
(O): 703-221-7131
(M): 202-270-9695

**Exhibit A**