UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA *ex rel*. WILLIAM SMITH, | ) ) ) ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | Civil Action No.: 18-2080 (APM) |
| ATHENA CONSTRUCTION GROUP, INC., *et al.*, | ) ) ) ) | |
| Defendants. | ) ) | |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Pursuant to Local Civil Rule 83.6, the United States of America respectfully moves to withdraw the appearance of former Assistant U.S. Attorney Damon W. Taaffe, who is no longer an employee of the U.S. Attorney's Office for the District of Columbia. The United States remains represented by the undersigned counsel (Assistant U.S. Attorney John C. Truong) in this declined *qui tam* matter.

Dated: December 12, 2022

Respectfully Submitted,
_____//s//_____
JOHN C. TRUONG
D.C. BAR #465901
Assistant United States Attorney
601 D Street, N.W.
Washington, D.C. 20530
Tel: (202) 252-2524
Fax: (202) 252-2599
E-mail: John.Truong@usdoj.gov
Counsel for the United States of America