## RE: Document Review December 13

Glenn Ellis <gae@glennellislaw.com>
Sat 12/10/2022 11:14 PM
To: Jill Helwig <jhelwig@xlppllc.com>
Cc: Milt Johns <mjohns@xlppllc.com>

Jill,

As I stated in my last email 20 bankers boxes, which if filled with only paper would be at the most 50K documents, is not voluminous nor would be a productive use of my time or your clients for me to spend the day reviewing. In light of your representation that those boxes contain documents responsive to a number of Plaintiff's documents requests, I am designating all 20 boxes for copying and scanning.

I am using Docufree for the scanning. I will have the Docufree shipping boxes and labels sent to Athena's office. Docufree has estimated a 30 to 45 day turn around on the copying and scanning. Finally, I will send you the red-lined protective order once I get comments back from Baron and Budd.

Thanks.

Glenn

Glenn Ellis Law, PLLC
gae@glennellislaw.com
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
www.glennellislaw.com

**From:** Jill Helwig
**Sent:** Friday, December 9, 2022 4:33 PM
**To:** Glenn Ellis
**Cc:** Milt Johns
**Subject:** Re: Document Review December 13

Glenn
The protective order has nothing to do with the amount of documents. It is not the amount of PII, just that there is PII.

The documents themselves are voluminous. They are being made available to you pursuant to the Rules of Court. The decision to access those documents is up to you.

Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlppllc.com

**A-001**

NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

---

**From:** Glenn Ellis <gae@glennellislaw.com>
**Sent:** Friday, December 9, 2022 4:22 PM
**To:** Jill Helwig <jhelwig@xlppllc.com>
**Cc:** Milt Johns <mjohns@xlppllc.com>
**Subject:** Re: Document Review December 13

What I don't understand is that if there is that few documents and if we agree to a protective, why can't you just produce the contents of those 20 boxes as you produced other documents via secure email link?

Get Outlook for iOS

---

**From:** Jill Helwig <jhelwig@xlppllc.com>
**Sent:** Friday, December 9, 2022 4:16:27 PM
**To:** Glenn Ellis <gae@glennellislaw.com>
**Cc:** Milt Johns <mjohns@xlppllc.com>
**Subject:** Re: Document Review December 13

Glenn

I am confused by your question as to the "premise" of the search.  This is not a search, it is Athena complying with the rules and making available for inspection and copying documents responsive to your document request. You have been aware since August of 2022 that it was our position that documents responsive to multiple discovery requests were contained with the personnel and payroll records of Athena that are maintained only in hard copy. The documents are voluminous, not easily copied and would require a substantial number of hours for Athena to locate and copy the individual documents sought through your various document requests.  Under FRCP 33(d)(1)(2), making such documents available for inspection and copying by the requesting party is an appropriate discovery response.

As set forth in our response to your document request, documents responsive to the following requests are contained within the personnel and payroll records:

   17.  Payroll records, including the name/number of hours worked/wages, for each of your employees.

   18.  A copy of your payroll records, which should include the name/number of hours worked/wages, for each of your principals and/or owners

   19. Produce a copy of all W2s and 1099s

   22.  Provide copies of driver's licenses, identification cards, or voter registration cards indicating the home address of each of your employees

   23.  Provide a copy of a HUBZone map for each employee you claim as residing in a HUBZone

   24. Provide a copy of your state unemployment tax filing, which should include the employee listing supporting the summary of wages.

   25.  Provide a copy of your federal employment quarterly report (Form 941-Employer's Quarterly Federal Tax Form)

**A-002**

The point of the protective order is to protect the PII (personally identifying information) contained within those records from publication. While these are "historical" records in the sense that the employees no longer work at Athena, the PII contained within those documents is live and its publication would be severely detrimental to those individuals, not to mention a violation of Athena's obligation to protect that information.

I am not sure where you get the number of 200 files as I don't see that referenced in the Joint Status report. Regardless, as I understand from my client, there are more than 20 bankers boxes of documents for review.

If the above does not answer your questions or solve your concerns with regard to the protective order, please send over a red-line version for my review during business hours.

Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlppllc.com

NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

**From:** Glenn Ellis <gae@glennellislaw.com>
**Sent:** Friday, December 9, 2022 2:25 PM
**To:** Jill Helwig <jhelwig@xlppllc.com>
**Cc:** Milt Johns <mjohns@xlppllc.com>
**Subject:** RE: Document Review December 13

I have some issues with the protective order that I could send back to you in red-line later today or tomorrow.  However, I wanted to go back to the premise of the search.  What exactly are you protecting by having me come and look through Athena's historical records?  You have already produced partial social security numbers for all your past employees and some pay records.  If its employee information then why produce some private information and not all of the it?  Further, why wouldn't the protective order solve any issues around protecting employee information?

Also have you already search and segregated the 200 some files mentioned in the joint report or is this a warehouse full of boxes that no one has searched?  If there are only 200 files why can't those files simply be produced, that is not a lot of documents?

You have only produced a hand full of responsive emails, so have you conducted an email search for responsive emails or is that something I will be able to do during the inspection?

Normally, I enjoy digging through a Defendant's old documents but the more I learn about what you are proposing the less sense it makes.  Let me know the answers to the above or if you want to jump on a call to have a meet and confer.

Glenn

**A-003**

Glenn Ellis Law, PLLC
gae@glennellislaw.com
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
www.glennellislaw.com

**From:** Jill Helwig
**Sent:** Tuesday, December 6, 2022 10:47 AM
**To:** Glenn Ellis
**Cc:** Milt Johns
**Subject:** Fw: Document Review December 13

Good Morning Glenn

I just wanted to touch base with you before your scheduled document review at Athena on the 13th.

Per our November 22 email to you, we will require that you sign a Protective Order governing your review, scanning and treatment of the documents. As you are aware, by their very nature, the personnel and payroll records contain PII (personally identifiable information) for hundreds of individuals and that information must be protected. A Protective Order was provided with the November 22 email and inasmuch as you did not mention any objections to that Protective Order in your recent Joint Status report, I am working under the assumption that you do not have any.

Please sign and return the Protective Order to my attention by the end of this week, certainly no later than Monday 12/12. Athena will not permit you to access their facility without the signed Order and i don't want you to waste your time traveling to Athena w/o signing the Order.

If you do have any issues/concerns with the terms of the Protective Order, please reach out now so that can resolve those issues prior to the 13th.

Thank you

Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlppllc.com

NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

**A-004**

**From:** Jill Helwig
**Sent:** Tuesday, November 22, 2022 11:45 AM
**To:** Glenn Ellis <gae@glennellislaw.com>
**Cc:** Milt Johns <mjohns@xlppllc.com>
**Subject:** Document Review

Good Morning Glenn

Based on our discussions during our most recent meet and confer, I relayed your preference for an appointment to inspect the personnel/payroll records of Athena at their office.  Athena has advised that they can accommodate your review on Tuesday, December 13.

As previously advised, the Athena office is open from 7:30 to 5:00.  Because Athena maintains a top-secret security clearance, all individuals will be required to sign in and must be accompanied by an Athena representative at all times.  All bags or containers brought onto the premises are subject to inspection per Athena posted policy.

As set forth in our discovery responses, I have enclosed a Protective Order that will require your signature for filing before any inspection is conducted.  As you are aware, the documents that you will access contain personally identifying information for persons not a party to this suit and Athena must receive appropriate assurance that that information will be protected at all times.

Please confirm your availability for the 13th and return the signed protective order at your earliest convenience so that it may be filed with the court.

Regards


Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlppllc.com


NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

**A-005**

A-006