# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, *ex rel* WILLIAM "BILL" SMITH | ) ) ) ) ) ) ) | |
| Plaintiff | ) ) | |
| v. | ) ) | Civil Action No. 1:18-cv-02080-APM |
| ATHENA CONSTRUCTION GROUP, INC, *et al* | ) ) ) ) | |
| Defendant. | ) ) ) | |

## ORDER FOR PARTIAL SUMMARY JUDGMENT [PROPOSED]

This matter having come before this Court on the Motion for Partial Summary Judgment filed on behalf of Defendant Athena Construction Group, Inc., for dismissal of Count V – Violation of False Claims Act, 31 U.S.C. §3730(h) (Retaliation) of the Third Amended Complaint and

This court having considered Defendant Athena Construction Group's Motion and Memorandum in Support of Motion for Partial Summary Judgment as well as any opposition submitted on behalf of Plaintiff William Smith and arguments put forth at hearing, it is hereby

ORDERED

That Partial Summary Judgment is granted as to Count V of the Third Amended Complaint as to Defendant Athena Construction Group, and it is further

ORDERED

That Count V is dismissed with prejudice.

Entered this _____ day of _____ 2023     _____
Amit P. Mehta
United States District Court Judge