# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* <br> WILLIAM "BILL" SMITH <br><br>     Plaintiff <br><br> v. <br><br> ATHENA CONSTRUCTION GROUP, <br> INC, *et al* <br><br>     Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:18-cv-02080-APM <br> ) <br> ) <br> ) <br> ) |

## ORDER [PROPOSED]

This matter having come before this court on the motion of Plaintiff William Smith for An Extension of Time in Which to File His Opposition to Defendant Athena Construction Group, Inc.'s Motion for Partial Summary Judgment, and this Court having considered the Motion as well as the Opposition submitted on behalf of Defendant Athena Construction Group, Inc. , the Court hereby orders that this Motion is hereby

DENIED;

Plaintiff William Smith shall file opposition to the motion for partial summary judgment on or before June 1, 2023 or the motion will be considered un-opposed.

DATED: _____          _____

                                                                                                            Amit P. Mehta <br>
                                                                                                            United States District Court Judge