IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* <br> WILLIAM "BILL" SMITH <br><br> Plaintiff <br><br> v. <br><br> ATHENA CONSTRUCTION GROUP, INC, *et al* <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:18-cv-02080-APM <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANT ATHENA CONSTRUCTION GROUP, INC's. MOTION TO STRIKE RELATOR'S EXHIBITS AND EVIDENCE PURSUANT TO FRCP 37**

Pursuant to Fed. R. Civ. P 37, Defendant Athena Construction Group, Inc. ("Athena") respectfully moves this Court for a Motion to Strike Relator's Exhibits and Evidence, specifically, Exhibits J (ECF 166-13), K (ECF 166-14), L (ECF 166-15), M (ECF 166-16), N (ECF 166-17), and O (ECF 166-18) attached to Relator's Opposition to Motion for Partial Summary Judgment. (ECF 166)

Athena will rely on the arguments set forth in the attached Memorandum in Support of Motion to Strike and oral argument, if permitted or requested, in support of this request.

Subsequent to receipt of Relator's Opposition and the referenced Exhibits, a meet and confer was conducted. The discussion resulted in a narrowing of the issues, but not a resolution with regard to the identified Exhibits. For the reasons set forth in the accompanying Memorandum in Support of Motion to Strike Evidence, Defendant Athena respectfully requests this court grant this motion and strike Exhibits J, K, L, M, N and O from consideration in

opposition to Defendant's Motion for Partial Summary Judgment and be stricken from the record of this matter, regardless of the outcome of the Motion for Partial Summary Judgment.

Dated: November 21, 2023

          Respectfully Submitted,
          Defendant Athena Construction Group, Inc.
          By counsel

          /s/ Milton C. Johns
          Milton C. Johns, VSB # 42305
          D.D.C. Attorney No. VA072
          Jill F. Helwig, VSB #83202
          D.D.C. Attorney No. VA145
          Executive Law Partners, PLLC
          11130 Fairfax Blvd, Suite, 303
          Fairfax, Virginia 22030
          (571) 500-1010
          (571) 408-8102 Facsimile
          mjohns@xlppllc.com
          jhelwig@xlppllc.com
          *Counsel for Defendant*
          *Athena Construction Group, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 21, 2023, the foregoing was filed via the CM/ECF system and an electronic copy was served via notice of electronic filing (NEF) on all parties of record.

/s/ Milton C. Johns
Milton C. Johns, VSB # 42305
D.D.C. Attorney No. VA072
Jill F. Helwig, VSB #83202
D.D.C. Attorney No. VA145
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite, 303
Fairfax, Virginia 22030
(571) 500-1010
(571) 408-8102 Facsimile
mjohns@xlppllc.com
jhelwig@xlppllc.com
*Counsel for Defendant*
*Athena Construction Group, Inc.*