# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* <br> WILLIAM "BILL" SMITH <br><br> Plaintiff <br><br> v. <br><br> ATHENA CONSTRUCTION GROUP, <br> INC, *et al* <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:18-cv-02080-APM <br> ) <br> ) <br> ) <br> ) <br> ) |

## [PROPOSED] ORDER

This matter having come before this court on the Motion of Defendant Athena Construction Group, Inc. to Strike Evidence Pursuant to FRCP 37 and this Court having considered the Motion and Memorandum in Support of Motion as well as the Opposition submitted on behalf of Relator William Smith and any oral argument on this matter, it is hereby

**ORDERED** that Exhibits J, K, L, M, N and O are hereby stricken from consideration in connection with Relator's opposition to Defendant Athena Construction Group, Inc's Motion for Partial Summary Judgment; and it is hereby

**ORDERED** that in the event Defendant Athena's Motion for Summary Judgment is denied, Exhibits J, K, L, M, N and O are not part of the record in this matter and cannot be utilized by Relator for any purpose moving forward in this litigation.

DATED: _____                    _____

                                                                                Amit P. Mehta
                                                                                United States District Court Judge