**Erin Burnett**

| | |
|---|---|
| **From:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Sent:** | Tuesday, February 21, 2023 8:35 PM |
| **To:** | DCD_ECFNotice@dcd.uscourts.gov |
| **Subject:** | Activity in Case 1:18-cv-02080-APM SMITH v. ATHENA CONSTRUCTION GROUP, INC. Order on Motion for Extension of Time to Complete Discovery |
| | |
| **Categories:** | Processed |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**District of Columbia**

## Notice of Electronic Filing

The following transaction was entered on 2/21/2023 at 8:35 PM EDT and filed on 2/21/2023

| | |
|---|---|
| **Case Name:** | SMITH v. ATHENA CONSTRUCTION GROUP, INC. |
| **Case Number:** | 1:18-cv-02080-APM |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**MINUTE ORDER. For the reasons stated on the record during the February 21, 2023, status conference, Plaintiff's [144] Motion to Modify Scheduling Order is denied in part. The court will not extend the fact discovery deadline for either party to serve new written discovery demands. The court extends the deadline to March 31, 2023, only to complete depositions and any outstanding responses to past written discovery demands. The parties shall file a Joint Status Report by April 4, 2023, which proposes a schedule for expert discovery. Signed by Judge Amit P. Mehta on 2/21/2023. (lcapm2)**

**1:18-cv-02080-APM Notice has been electronically mailed to:**

Seth Paul Waxman    seth.waxman@wilmerhale.com, Katie.Whitley@wilmerhale.com, WHDocketing@wilmerhale.com, liz.watson@wilmerhale.com

Stephen Brett Shapiro    stephen.shapiro@hklaw.com, hapi@hklaw.com, nancy.bernstein@hklaw.com

John Cuong Truong    john.truong@usdoj.gov

**Ex. 1**
**1 of 2**

W. Scott Simmer    ssimmer@baronbudd.com, gkearney@baronbudd.com

Craig Alan Guthery    cguthery@cgutherylaw.com, efile@xlppllc.com

Ambika J Biggs    abiggs@hirschlerlaw.com, wwalsh@hirschlerlaw.com

Daniel S. Volchok    daniel.volchok@wilmerhale.com, whdocketing@wilmerhale.com

Andrew Michael Miller    amiller@baronbudd.com, ekaboli@baronbudd.com, gwald@baronbudd.com, kcapesius@baronbudd.com, keedwards@baronbudd.com

Jeremy S. Schneider    Jeremy.Schneider@jacksonlewis.com, Margo.Benzekri@jacksonlewis.com, dcregiondocketing@jacksonlewis.com, jeremy-schneider-8153@ecf.pacerpro.com

Thomas Mitchell Craig    tcraig@fhhfirm.com, E-file@fhhfirm.com

Milton C. Johns    mjohns@xlppllc.com, efile@xlppllc.com, jhelwig@xlppllc.com

Catherine Hancock Dorsey    cdorsey@baronbudd.com

Jason Alexander Ross    jason.ross@jacksonlewis.com, Margo.Benzekri@jacksonlewis.com, dcregiondocketing@jacksonlewis.com, jason-ross-6765@ecf.pacerpro.com

Samuel M. Strongin    samuel.strongin@wilmerhale.com, whdocketing@wilmerhale.com

David L. Haller    david.haller@hklaw.com, HAPI@HKLAW.COM

Glenn Ellis    gae@glennellislaw.com, cd@freiwaldlaw.com, zsf@freiwaldlaw.com

Matthew A. Lipman    mlipman@mdmc-law.com, pbryant@mdmc-law.com

Michael Morano    mmorano@mdmc-law.com

Mark Alan Rosen    mrosen@mdmc-law.com

**1:18-cv-02080-APM Notice will be delivered by other means to::**

**Ex. 1**
**2 of 2**