## Activity in Case 1:18-cv-02080-APM SMITH v. ATHENA CONSTRUCTION GROUP, INC. Order

DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>

Fri 4/7/2023 9:44 AM

To: DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 4/7/2023 at 9:43 AM and filed on 4/7/2023

**Case Name:**     SMITH v. ATHENA CONSTRUCTION GROUP, INC.
**Case Number:**   1:18-cv-02080-APM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER. The court rules as follows with respect to the matters raised in the parties' [148] Joint Status Report. First, Defendant shall make the police report filed by Ms. Peebles available to Plaintiff, as Ms. Peebles apparently did not disclose the fact of that report during her deposition, but only in an errata filed after the close of discovery. Had Ms. Peebles timely disclosed the filing of the police report, Plaintiff could have asked for it before the close of discovery. Second, if Plaintiff seeks to recover the costs of legal fees in defending the case filed against him in the Eastern District of Virginia, he shall produce such relevant records (invoices and proof of payment) no later than April 14, 2023. The failure to produce the records will result in Plaintiff being foreclosed in seeking damages premised on legal fees and costs. Third, all other fact discovery is now closed, absent leave of court. Fourth, any proponent expert disclosures shall be made by May 19, 2023; any rebuttal expert disclosures shall be made by June 30, 2023; and expert discovery shall close by July 31, 2023. The parties shall appear for a post-discovery conference on August 2, 2023, at 9:00 a.m. Signed by Judge Amit P. Mehta on 4/7/2023. (lcapm2)**

1:18-cv-02080-APM Notice has been electronically mailed to:

**Ex. 2**
**1 of 2**

Seth Paul Waxman     seth.waxman@wilmerhale.com, Katie.Whitley@wilmerhale.com, WHDocketing@wilmerhale.com, liz.watson@wilmerhale.com

Stephen Brett Shapiro     stephen.shapiro@hklaw.com, hapi@hklaw.com, nancy.bernstein@hklaw.com

John Cuong Truong     john.truong@usdoj.gov

W. Scott Simmer     ssimmer@baronbudd.com, gkearney@baronbudd.com, gwald@baronbudd.com

Craig Alan Guthery     cguthery@cgutherylaw.com, efile@xlppllc.com

Ambika J Biggs     abiggs@hirschlerlaw.com, wwalsh@hirschlerlaw.com

Daniel S. Volchok     daniel.volchok@wilmerhale.com, whdocketing@wilmerhale.com

Andrew Michael Miller     amiller@baronbudd.com, ekaboli@baronbudd.com, gwald@baronbudd.com, kcapesius@baronbudd.com, keedwards@baronbudd.com

Jeremy S. Schneider     Jeremy.Schneider@jacksonlewis.com, Margo.Benzekri@jacksonlewis.com, dcregiondocketing@jacksonlewis.com, jeremy-schneider-8153@ecf.pacerpro.com

Thomas Mitchell Craig     tcraig@fhhfirm.com, E-file@fhhfirm.com

Milton C. Johns     mjohns@xlppllc.com, efile@xlppllc.com, jhelwig@xlppllc.com

Catherine Hancock Dorsey     cdorsey@baronbudd.com

Jason Alexander Ross     jason.ross@jacksonlewis.com, Margo.Benzekri@jacksonlewis.com, dcregiondocketing@jacksonlewis.com, jason-ross-6765@ecf.pacerpro.com

Samuel M. Strongin     samuel.strongin@wilmerhale.com, whdocketing@wilmerhale.com

David L. Haller     david.haller@hklaw.com, HAPI@HKLAW.COM

Glenn Ellis     gae@glennellislaw.com, cd@freiwaldlaw.com, zsf@freiwaldlaw.com

Matthew A. Lipman     mlipman@mdmc-law.com, pbryant@mdmc-law.com, vpickel@mdmc-law.com

Michael Morano     mmorano@mdmc-law.com

Mark Alan Rosen     mrosen@mdmc-law.com

1:18-cv-02080-APM Notice will be delivered by other means to::

Ex. 2
2 of 2