# EXHIBIT J

## No. 18-cv-2080 (APM)

🇺🇸 An official website of the United States government
Here's how you know ⌄

**USA**SPENDING.gov

☰

AWARD PROFILE
Contract Summary

Blanket Purchase Agreement (BPA) Call

PIID  DOC0006
**Completed**

**Unlinked Award**

**Awarding Agency**

**Department of Commerce (DOC)**

**Recipient**

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026-22026
UNITED STATES
Congressional District: VA-07  ⓘ

**Related Awards**  ⓘ

Parent Award Unique Key
CONT_IDV_DOCSA130114BU0004_1301

**Dates**  ⓘ

| | |
|---|---|
| Start Date | Apr 29, 2015 |
| Current End Date | May 29, 2015 |
| Potential End Date | May 29, 2015 |

**$ Award Amounts**  ⓘ

💬 **Description**  ⓘ

CARPET REPAIR SERVICES. IGF::OT::IGF

**North American Industry Classification System (NAICS) Code** 🗒

23 : Construction

2383: Building Finishing Contractors

**238330: Flooring Contractors**

**Product or Service Code  (PSC)** 🗒

PRODUCTS

72: HOUSEHOLD/COMMERC FURNISH/APPLIANCE

**7220: FLOOR COVERINGS**

**Ex. 3**
**2 of 93**



Cu

Pote

View Transaction History

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $2,112.40 |
| Current Award Amount | $2,112.40 |
| Potential Award Amount | $2,112.40 |

### Contract Activity

View transactions table

**Ex. 3**
**3 of 93**

## ◔ Federal Accounts ⓘ

⚠ This award has not been linked to any federal account.

## ↺ Award History ⓘ

| Transaction History 1 ⓘ | Sub-Awards 0 ⓘ | Federal Account Funding 0 ⓘ |
| --- | --- | --- |

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
| --- | --- | --- | --- | --- |
| 0 | 04/29/2015 | $2,112 | -- | CARPET REPAIR SERVICES. IGF::OT::IGF |

## ⓘ Additional Information

Expand All

🔘 Unique Award Key ❯

🏛 Agency Details ❯

🖧 Parent Award Details ❯

📍 Place Of Performance ❯

📅 Period Of Performance ❯

✏ Legislative Mandates ❯

Ex. 3
4 of 93

Recipient Details ›

Acquisition Details ›

Competition Details ›

Additional Details ›

Executive Compensation ›

## Stay in touch

### Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

### Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →

**Building a more transparent government.**

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|-------|------|---------------|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2023 USAspending.gov

An official website of the United States government
Here's how you know ⌄

# USASPENDING.gov

AWARD PROFILE
## Contract Summary

### Blanket Purchase Agreement (BPA) Call

PIID  DOC0007
**Completed**

**Unlinked Award**

**Awarding Agency**

**Department of Commerce (DOC)**

**Related Awards** ⓘ

Parent Award Unique Key

CONT_IDV_DOCSA130114BU0004_1301

**Recipient**

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026-22026
UNITED STATES
Congressional District: VA-07  ⓘ

**Dates** ⓘ

| | |
|---|---|
| Start Date | Apr 29, 2015 |
| Current End Date | May 29, 2015 |
| Potential End Date | May 29, 2015 |

**$ Award Amounts** ⓘ

💬 **Description** ⓘ

CARPET REPAIR. IGF::OT::IGF

North American Industry Classification System (NAICS) Code

23 : Construction

2383: Building Finishing Contractors

**238330: Flooring Contractors**

Product or Service Code (PSC)

PRODUCTS

72: HOUSEHOLD/COMMERC FURNISH/APPLIANCE

7220: FLOOR COVERINGS



**Ex. 3**
**7 of 93**

Cu

Pote

⊞ View Transaction History



| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $8,661.10 |
| Current Award Amount | $8,661.10 |
| Potential Award Amount | $8,661.10 |

📊 **Contract Activity**                                                                      ⓘ

⊞ View transactions table

### Federal Accounts ⓘ

⚠️ This award has not been linked to any federal account.

### 🕘 Award History ⓘ

| Transaction History 1 ⓘ | Sub-Awards 0 ⓘ | Federal Account Funding 0 ⓘ |

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
| --- | --- | --- | --- | --- |
| 0 | 04/29/2015 | $8,661 | -- | CARPET REPAIR. IGF::OT::IGF |

### ℹ️ Additional Information

Expand All

| 🔘 Unique Award Key | ❯ |
| 🏛️ Agency Details | ❯ |
| 🖧 Parent Award Details | ❯ |
| 📍 Place Of Performance | ❯ |
| 📅 Period Of Performance | ❯ |
| ✏️ Legislative Mandates | ❯ |

**Ex. 3
9 of 93**

Recipient Details ❯

Acquisition Details ❯

Competition Details ❯

Additional Details ❯

Executive Compensation ❯

## Stay in touch

### Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

### Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →

Building a more transparent government.

Providing publicly accessible and searchable data on what the
federal government spends each year.

ABOUT

Mission

HELP

FAQs

Community

Email Us

RELATED SITES

Fiscal Data

Bureau of the Fiscal Service

Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2023 USAspending.gov

Ex. 3
11 of 93



An official website of the United States government
Here's how you know

# USASPENDING.gov

AWARD PROFILE
## Contract Summary

### Blanket Purchase Agreement (BPA) Call

PIID  DOC0008
**Completed**

**Unlinked Award**

**Awarding Agency**

**Department of Commerce (DOC)**

**Recipient**

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026-22026
UNITED STATES
Congressional District: VA-07

**Related Awards**

Parent Award Unique Key

CONT_IDV_DOCSA130114BU0004_1301

**Dates**

| | |
|---|---|
| Start Date | May 21, 2015 |
| Current End Date | Jun 21, 2015 |
| Potential End Date | Jun 21, 2015 |

**$ Award Amounts**

**Description**

CARPET REPAIR. IGF::OT::IGF

North American Industry Classification System (NAICS) Code

23 : Construction

2383: Building Finishing Contractors

**238330: Flooring Contractors**

Product or Service Code  (PSC)

PRODUCTS

72: HOUSEHOLD/COMMERC FURNISH/APPLIANCE

**7220: FLOOR COVERINGS**

**Ex. 3**
**12 of 93**



View Transaction History

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $2,683.74 |
| Current Award Amount | $2,683.74 |
| Potential Award Amount | $2,683.74 |

**Contract Activity**

Cu...

Pote...

View transactions table

### Federal Accounts ⓘ

⚠️ This award has not been linked to any federal account.

### 🕐 Award History ⓘ

| Transaction History 1 ⓘ | Sub-Awards 0 ⓘ | Federal Account Funding 0 ⓘ |

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
|---|---|---|---|---|
| 0 | 05/21/2015 | $2,684 | -- | CARPET REPAIR. IGF::OT::IGF |

### ⓘ Additional Information

Expand All

🔾 Unique Award Key ⟩

🏛 Agency Details ⟩

🔗 Parent Award Details ⟩

📍 Place Of Performance ⟩

📅 Period Of Performance ⟩

✏️ Legislative Mandates ⟩

**Ex. 3**
**14 of 93**

Recipient Details ›

Acquisition Details ›

Competition Details ›

Additional Details ›

Executive Compensation ›

## Stay in touch

### Share your story

Love USASpending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

### Sign up for release notes

Get release notes to your inbox to keep up with what's new on USASpending.gov.

Sign Up →

**Building a more transparent government.**

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|-------|------|---------------|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2023 USAspending.gov

Ex. 3
16 of 93





An official website of the United States government

Here's how you know

# USASPENDING.gov

AWARD PROFILE
## Contract Summary

**Blanket Purchase Agreement (BPA) Call**

PIID   DOC0009
**Completed**

Unlinked Award

**Awarding Agency**

**Department of Commerce (DOC)**

**Recipient**

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026-22026
UNITED STATES
Congressional District: VA-07

**Related Awards**

Parent Award Unique Key

CONT_IDV_DOCSA130114BU0004_1301

**Dates**

| Start Date | May 22, 2015 |
| Current End Date | Jul 20, 2015 |
| Potential End Date | Jul 20, 2015 |

**$ Award Amounts**

💬 **Description**

CARPET REPAIR. IGF::OT::IGF

**North American Industry Classification System (NAICS) Code**

23 : Construction

2383: Building Finishing Contractors

**238330: Flooring Contractors**

**Product or Service Code (PSC)**

PRODUCTS

72: HOUSEHOLD/COMMERC FURNISH/APPLIANCE

**7220: FLOOR COVERINGS**

Ex. 3
17 of 93

Cu

Pote

⊞ View Transaction History

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $9,628.20 |
| Current Award Amount | $9,628.20 |
| Potential Award Amount | $9,628.20 |

### 📊 Contract Activity



⊞ View transactions table

## Federal Accounts ⓘ

⚠ This award has not been linked to any federal account.

## ↺ Award History ⓘ

| Transaction History 1 ⓘ | Sub-Awards 0 ⓘ | Federal Account Funding 0 ⓘ |

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
|---|---|---|---|---|
| 0 | 05/22/2015 | $9,628 | -- | CARPET REPAIR. IGF::OT::IGF |

## ⓘ Additional Information

Expand All

| | |
|---|---|
| 🔍 Unique Award Key | ❯ |
| 🏛 Agency Details | ❯ |
| 🗄 Parent Award Details | ❯ |
| 📍 Place Of Performance | ❯ |
| 📅 Period Of Performance | ❯ |
| ✏ Legislative Mandates | ❯ |

**Ex. 3**
**19 of 93**

| 🏢 Recipient Details | › |
|---|---|
| 🏷 Acquisition Details | › |
| 📊 Competition Details | › |
| ••• Additional Details | › |
| 👤 Executive Compensation | › |

## Stay in touch

### Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

### Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →

Building a more transparent government.

Providing publicly accessible and searchable data on what the
federal government spends each year.

ABOUT

Mission

HELP

FAQs

Community

Email Us

RELATED SITES

Fiscal Data

Bureau of the Fiscal Service

Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2023 USAspending.gov

Ex. 3
21 of 93



Ex. 3
22 of 93



Cu

Pot

**⊞ View Transaction History**

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $13,366.05 |
| Current Award Amount | $13,366.05 |
| Potential Award Amount | $13,366.05 |

📈 **Contract Activity**

ℹ

**⊞ View transactions table**

## Federal Accounts ⓘ

⚠ This award has not been linked to any federal account.

## ⟲ Award History ⓘ

| Transaction History 1 ⓘ | Sub-Awards 0 ⓘ | Federal Account Funding 0 ⓘ |
|---|---|---|

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
|---|---|---|---|---|
| 0 | 05/22/2015 | $13,366 | -- | CARPET REPAIR. IGF::OT::IGF |

## ⓘ Additional Information

Expand All

⊙ Unique Award Key ›

🏛 Agency Details ›

⛓ Parent Award Details ›

📍 Place Of Performance ›

📅 Period Of Performance ›

✏ Legislative Mandates ›

**Ex. 3**
**24 of 93**

🏢 Recipient Details ❯

🏷️ Acquisition Details ❯

📊 Competition Details ❯

••• Additional Details ❯

👤 Executive Compensation ❯

## Stay in touch

**Share your story**

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

**Share Now** →

**Learn how to use USAspending**

Access specialized training videos on how to use our tools and data.

**Learn More** →

**Sign up for release notes**

Get release notes to your inbox to keep up with what's new on USAspending.gov.

**Sign Up** →

Ex. 3
25 of 93

Building a more transparent government.

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|---|---|---|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

Accessibility    |    Privacy Policy    |    Freedom of Information Act    |    D&B Information

© 2023 USAspending.gov

Ex. 3
26 of 93



Ex. 3
27 of 93



Cu

Pote

⊞ View Transaction History

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $4,396.05 |
| Current Award Amount | $4,396.05 |
| Potential Award Amount | $4,396.05 |

📈 **Contract Activity**

ⓘ

⊞ View transactions table

**Ex. 3**
**28 of 93**



## Federal Accounts ⓘ

> ⚠ This award has not been linked to any federal account.

## Award History ⓘ

| Transaction History 1 ⓘ | Sub-Awards 0 ⓘ | Federal Account Funding 0 ⓘ |
| --- | --- | --- |

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
| --- | --- | --- | --- | --- |
| 0 | 06/03/2015 | $4,396 | -- | CARPET REPAIR. IGF::OT::IGF |

## ⓘ Additional Information

Expand All

🔍 Unique Award Key ›

🏛 Agency Details ›

🗂 Parent Award Details ›

📍 Place Of Performance ›

📅 Period Of Performance ›

✏ Legislative Mandates ›

**Ex. 3**
**29 of 93**

| | |
|---|---|
| 🏢 Recipient Details | › |
| 🏷️ Acquisition Details | › |
| 📊 Competition Details | › |
| ••• Additional Details | › |
| 👤 Executive Compensation | › |

## Stay in touch

### Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

### Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →

Building a more transparent government.

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|---|---|---|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2023 USAspending.gov

Ex. 3
31 of 93

🇺🇸 An official website of the United States government
Here's how you know ⌄

**USA**SPENDING.gov   ☰

AWARD PROFILE
Contract Summary   ⌸

## Blanket Purchase Agreement (BPA) Call
📄

PIID   DOC0012
**Completed**

### Awarding Agency

**Department of Commerce (DOC)**

### Recipient

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026-2356
UNITED STATES
Congressional District: VA-07  ⓘ

### Related Awards  ⓘ

Parent Award Unique Key
CONT_IDV_DOCSA130114BU0004_1301

### Dates  ⓘ

Start Date                                                    Jun 11, 2015
Current End Date                                          Jul 31, 2015
Potential End Date                                        Jul 31, 2015

### $ Award Amounts  ⓘ

### 💬 Description  ⓘ

CARPET REPAIR. IGF::OT::IGF

North American Industry Classification System (NAICS)  Code  ⬀

23 : Construction

2383: Building Finishing Contractors

**238330: Flooring Contractors**

Product or Service Code  (PSC)  ⬀

PRODUCTS

72: HOUSEHOLD/COMMERC FURNISH/APPLIANCE

**7220: FLOOR COVERINGS**

**Ex. 3**
**32 of 93**



View Transaction History

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $22,179.32 |
| Current Award Amount | $22,179.32 |
| Potential Award Amount | $22,179.32 |

**Contract Activity**



View transactions table



### Federal Accounts

| Federal Account | Combined Obligated Amount | Percent of Total | Funding Agency |
|---|---|---|---|
| WORKING CAPITAL FUND, DEPARTMENTAL M... | -$259 | N/A | (DOC) DEPARTMENT OF COMMERCE |

NOTE: Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

**Summary of All Federal Accounts used by this Award**

| | |
|---|---|
| Total Funding Obligated | -$258.98 |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 1 |

View federal funding submissions

### Award History

| Transaction History 2 | Sub-Awards 0 | Federal Account Funding 1 |

| Modification Number | Action Date | Amount | Action Type | Transaction Description |
|---|---|---|---|---|
| 0 | 06/11/2015 | $22,438 | -- | CARPET REPAIR. IGF::OT::IGF |
| 1 | 08/28/2017 | -$259 | K: CLOSE OUT | IGF::OT::IGF |

**Ex. 3**
**34 of 93**

ℹ **Additional Information**

Expand All

🔏 Unique Award Key ›

🏛 Agency Details ›

🔀 Parent Award Details ›

📍 Place Of Performance ›

📅 Period Of Performance ›

✏️ Legislative Mandates ›

🏢 Recipient Details ›

🏷 Acquisition Details ›

📊 Competition Details ›

••• Additional Details ›

👤 Executive Compensation ›

## Stay in touch

Share your story

**Ex. 3**
**35 of 93**

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

## Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

## Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →



## Building a more transparent government.

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|-------|------|---------------|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

Accessibility    |    Privacy Policy    |    Freedom of Information Act    |    D&B Information

© 2023 USAspending.gov

Ex. 3
36 of 93



An official website of the United States government

Here's how you know

# USASPENDING.gov

AWARD PROFILE
## Contract Summary

## Blanket Purchase Agreement (BPA) Call

PIID   DOC0013
## Completed

**Unlinked Award**

### Awarding Agency

**Department of Commerce (DOC)**

### Recipient

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026-2026
UNITED STATES
Congressional District: VA-07

### Related Awards

Parent Award Unique Key

**CONT_IDV_DOCSA130114BU0004_1301**

### Dates

| | |
|---|---|
| Start Date | Jul 17, 2015 |
| Current End Date | Aug 21, 2015 |
| Potential End Date | Aug 21, 2015 |

## $ Award Amounts

## 💬 Description

CARPET REPAIR. IGF::OT::IGF

North American Industry Classification System (NAICS) Code

23 : Construction

2383: Building Finishing Contractors

**238330: Flooring Contractors**

Product or Service Code (PSC)

PRODUCTS

72: HOUSEHOLD/COMMERC FURNISH/APPLIANCE

7220: FLOOR COVERINGS

**Ex. 3**

**37 of 93**

Cu

Pote

📊 View Transaction History

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $6,596.65 |
| Current Award Amount | $6,596.65 |
| Potential Award Amount | $6,596.65 |

📈 **Contract Activity**                                                                                                   ⓘ



📊 View transactions table

## Federal Accounts ⓘ

⚠️ This award has not been linked to any federal account.

## Award History ⓘ

| Transaction History 1 ⓘ | Sub-Awards 0 ⓘ | Federal Account Funding 0 ⓘ |
|---|---|---|

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
|---|---|---|---|---|
| 0 | 07/17/2015 | $6,597 | -- | CARPET REPAIR. IGF::OT::IGF |

## ⓘ Additional Information

Expand All

🔍 Unique Award Key  ›

🏛 Agency Details  ›

🔗 Parent Award Details  ›

📍 Place Of Performance  ›

📅 Period Of Performance  ›

✏️ Legislative Mandates  ›

**Ex. 3**
**39 of 93**

Recipient Details ›

Acquisition Details ›

Competition Details ›

Additional Details ›

Executive Compensation ›

## Stay in touch

**Share your story**

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

**Learn how to use USAspending**

Access specialized training videos on how to use our tools and data.

Learn More →

**Sign up for release notes**

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →

Building a more transparent government.

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|-------|------|---------------|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2023 USAspending.gov

Ex. 3
41 of 93



Cu

Pote



🔲 View Transaction History

| Outlayed Amount | $0.00 |
|---|---|
| Obligated Amount | $12,337.70 |
| Current Award Amount | $12,337.70 |
| Potential Award Amount | $12,337.70 |

📊 Contract Activity ℹ️

🔲 View transactions table

**Ex. 3**
**43 of 93**

## Federal Accounts ⓘ

⚠️ This award has not been linked to any federal account.

## Award History ⓘ

| Transaction History 1 ⓘ | Sub-Awards 0 ⓘ | Federal Account Funding 0 ⓘ |
|---|---|---|

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
|---|---|---|---|---|
| 0 | 07/30/2015 | $12,338 | -- | CARPET REPAIR. IGF::OT::IGF |

## Additional Information

Expand All

🔏 Unique Award Key  ›

🏛️ Agency Details  ›

🔗 Parent Award Details  ›

📍 Place Of Performance  ›

📅 Period Of Performance  ›

✏️ Legislative Mandates  ›

| | | |
|---|---|---|
| 🏢 Recipient Details | | › |
| 🏷️ Acquisition Details | | › |
| 📊 Competition Details | | › |
| ••• Additional Details | | › |
| 👤 Executive Compensation | | › |

## Stay in touch

### Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

### Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →

**Ex. 3**

**Building a more transparent government.**

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|-------|------|---------------|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

Accessibility  |  Privacy Policy  |  Freedom of Information Act  |  D&B Information

© 2023 USAspending.gov

Ex. 3
46 of 93



An official website of the United States government

Here's how you know

**USA**SPENDING.gov

AWARD PROFILE
## Contract Summary

### Blanket Purchase Agreement (BPA) Call

PIID   DOC0015
**Completed**

Unlinked Award

**Awarding Agency**

**Department of Commerce (DOC)**

**Recipient**

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026-2356
UNITED STATES
Congressional District: VA-07

**Related Awards**

Parent Award Unique Key

CONT_IDV_DOCSA130114BU0004_1301

**Dates**

| | |
|---|---|
| Start Date | Oct 22, 2015 |
| Current End Date | Dec 07, 2015 |
| Potential End Date | Dec 07, 2015 |

**$ Award Amounts**

**Description**

CARPET REPAIR. IGF::OT::IGF

North American Industry Classification System (NAICS) Code

23 : Construction

2383: Building Finishing Contractors

**238330: Flooring Contractors**

Product or Service Code (PSC)

PRODUCTS

72: HOUSEHOLD/COMMERC FURNISH/APPLIANCE

**7220: FLOOR COVERINGS**

Ex. 3
47 of 93



Cu

Pote

📊 View Transaction History

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $2,625.00 |
| Current Award Amount | $2,625.00 |
| Potential Award Amount | $2,625.00 |

📈 **Contract Activity**                                                      ⓘ

📊 View transactions table

## Federal Accounts ⓘ

⚠ This award has not been linked to any federal account.

## Award History ⓘ

| Transaction History 1 ⓘ | Sub-Awards 0 ⓘ | Federal Account Funding 0 ⓘ |
| --- | --- | --- |

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
| --- | --- | --- | --- | --- |
| 0 | 10/22/2015 | $2,625 | -- | CARPET REPAIR. IGF::OT::IGF |

## ⓘ Additional Information

Expand All

🔒 Unique Award Key ❯

🏛 Agency Details ❯

🖧 Parent Award Details ❯

📍 Place Of Performance ❯

📅 Period Of Performance ❯

✏ Legislative Mandates ❯

**Ex. 3**
**49 of 93**

| | Recipient Details | ❯ |
| --- | --- | --- |
| 🏢 | | |

| 🏷 | Acquisition Details | ❯ |

| 📊 | Competition Details | ❯ |

| ••• | Additional Details | ❯ |

| 👤 | Executive Compensation | ❯ |

## Stay in touch

### Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

### Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →

**Ex. 3**
**50 of 93**

Building a more transparent government.

Providing publicly accessible and searchable data on what the
federal government spends each year.

ABOUT

Mission

HELP

FAQs

Community

Email Us

RELATED SITES

Fiscal Data

Bureau of the Fiscal Service

Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2023 USAspending.gov

Ex. 3
51 of 93

An official website of the United States government
Here's how you know ∨

🇺🇸 **USA**SPENDING.gov

☰

AWARD PROFILE
Indefinite Delivery Vehicle

⤴

## Indefinite Delivery / Indefinite Quantity (IDIQ) Contract

📄

PIID   HQ003414D0005

Closed

### Awarding Agency

**Department of Defense (DOD)**

### Recipient

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026-2356
UNITED STATES
Congressional District: VA-07 ⓘ

### Related Awards ⓘ

Parent Award Unique Key
N/A

### Dates ⓘ

| | |
|---|---|
| Start Date | Mar 20, 2014 |
| Ordering Period End Date | Sep 19, 2020 |

## $ Award Amounts

ⓘ

| **Awards Under this IDV** | This IDV |
|---|---|

ⓘ The information in this tab is pulled from the combined data of awards that reference this IDV, not the IDV itself. To see those awards, scroll to the
table of awards under this IDV
on this page.                                                                   ✕

**Ex. 3**
**52 of 93**

$14.6 Million
Combined Obligated Amounts

$14.6 Million
Combined Current Award Amounts

$14.6 Million
Combined Potential Award Amounts

| | |
|---|---|
| Combined Outlayed Amounts | $0.00 |
| Combined Obligated Amounts | $14,563,769.27 |
| Combined Current Award Amounts | $14,563,769.27 |
| Combined Potential Award Amounts | $14,590,625.27 |

**Count of Awards Under this IDV**  ⊞ View table of awards under this IDV

| | |
|---|---|
| Count of Child Contracts | 8 |
| Count of Child IDVs | 0 |
| Count of Grandchild Contracts | 0 |

**Total:** 8

💬 **Description**                                                                                     ⓘ

IGF::OT::IGF BASE YEAR PERFORMANCE PERIOD

**North American Industry Classification System (NAICS) Code** 🗇

23 : Construction

| 2362: Nonresidential Building Construction

**Product or Service Code  (PSC)** 🗇

SERVICES

| Y: CONSTRUCT OF STRUCTURES/FACILITIES

**Ex. 3
53 of 93**

**236220: Commercial and Institutional Building Construction**

Y1: CONSTRUCTION OF BUILDINGS

**Y1AA: CONSTRUCTION OF OFFICE BUILDINGS**

📊 IDV Activity ⓘ

Award Amounts and Periods of Performance of Award Orders



% Obligated of Potential Award Amount          % of Potential Funding Remaining

Show  50 ⌄  per page

**NOTE:** if an award has a zero or negative obligated amount, or is missing a start and/or end date, it is not displayed in this chart.

◕ Federal Accounts ⓘ

**Ex. 3**
**54 of 93**



| Federal Account | Combined Obligated Amount | Percent of Total | Funding Agency |
|---|---|---|---|
| PENTAGON RESERVATION MAINTENANCE REV... | $13,576 | 100% | (DOD) DEPARTMENT OF DEFENSE |

NOTE: Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

### Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | $13,576.25 |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 1 |

⊞ View federal funding submissions

### ⛗ Orders Made Under this IDV ⓘ

| Award ID | Awarding Agency | Award Type | Obligated Amount | Start Date | End Date | Base Transaction Description |
|---|---|---|---|---|---|---|
| HQ003420F0017 | Department of Defense | DELIVERY ORDER | $1,600,664 | 12/12/2019 | 11/30/2020 | PENTAGON ATHLETIC CENTER BEAM 9E SHORING, OVERBURDEN REMOVAL, AND SHORING MONITORING SERVICES |
| HQ003419F0697 | Department of Defense | DELIVERY ORDER | $2,198,501 | 09/26/2019 | 12/11/2020 | MEF ROOF REPLACEMENT |
| HQ003418F0671 | Department of Defense | DELIVERY ORDER | $3,338,891 | 09/27/2018 | 10/30/2020 | IGF::OT::IGF - SECURITY UPGRADES AT PORTAL D CONSTRUCTION PROJECT FOR RAVEN ROCK MOUNTAIN COMPLEX |
| HQ003418F0667 | Department of Defense | DELIVERY ORDER | $2,407,999 | 09/26/2018 | 09/30/2019 | PENTAGON FLAT ROOF REPAIR 5TH FLOOR |
| 0005 | Department of Defense | DELIVERY ORDER | $1,807,221 | 09/28/2016 | 08/30/2019 | CORRIDOR 8/9 CONCRETE LIMESTONE REPAIR IGF::OT::IGF |
| 0004 | Department of Defense | DELIVERY ORDER | $15,660 | 09/29/2015 | 10/12/2016 | AHU 3-2 IGF::OT::IGF |
| 0002 | Department of Defense | DELIVERY ORDER | $3,194,833 | 09/30/2014 | 06/30/2016 | PENTAGON SOUTH PARKING LIGHTING UPGRADE |
| 0001 | Department of Defense | DELIVERY ORDER | $0 | 03/30/2014 | 03/19/2015 | IGF::OT::IGF MINIMUM GUARANTEE - $10K |

↺ Award History for this IDV ⓘ

| Transaction History | 11 ⓘ | Federal Account Funding | 1 ⓘ |

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
|---|---|---|---|---|
| 0 | 03/20/2014 | $0 | -- | IGF::OT::IGF BASE YEAR PERFORMANCE PERIOD |
| P00001 | 07/09/2014 | $0 | D: CHANGE ORDER | IGF::OT::IGF BASE YEAR PERFORMANCE PERIOD |
| P00002 | 09/26/2014 | $0 | M: OTHER ADMINISTRATIVE ACTION | IGF::OT::IGF. BASE YEAR PERFORMANCE PERIOD |
| P00003 | 03/17/2015 | $0 | G: EXERCISE AN OPTION | IGF::OT::IGF OPTION 1 - MULTIPLE AWARD CONSTRUCTION CONTRACT |
| P00004 | 03/15/2016 | $0 | G: EXERCISE AN OPTION | IGF::OT::IGF EXERCISE OPTION 2 |
| P00005 | 03/16/2017 | $0 | G: EXERCISE AN OPTION | IGF::OT::IGF OPTION YEAR 3 PERFORMANCE PERIOD |
| P00006 | 03/08/2018 | $0 | G: EXERCISE AN OPTION | IGF::OT::IGF OPTION YEAR 4 PERFORMANCE PERIOD |
| P00007 | 03/13/2019 | $0 | G: EXERCISE AN OPTION | MULTIPLE AWARD CONSTRUCTION CONTRACT |
| P00008 | 09/19/2019 | $0 | A: ADDITIONAL WORK (NEW AGREEMENT,FAR PART 6 APPLIES) | MULTIPLE AWARD CONSTRUCTION CONTRACT |
| P00009 | 03/18/2020 | $0 | A: ADDITIONAL WORK (NEW AGREEMENT, JUSTIFICATION REQUIRED) | MULTIPLE AWARD CONSTRUCTION CONTRACT |

## ⓘ Additional Information

Expand All

🔘 Unique Award Key  ›

🏛 Agency Details  ›

🔗 Parent Award Details  ›

📅 Period of Performance  ›

✏️ Legislative Mandates  ›

🏢 Recipient Details  ›

**Ex. 3**
**56 of 93**

Acquisition Details ›

Competition Details ›

Additional Details ›

Executive Compensation ›

## Stay in touch

**Share your story**

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

**Learn how to use USAspending**

Access specialized training videos on how to use our tools and data.

Learn More →

**Sign up for release notes**

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →

Building a more transparent government.

Ex. 3

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|---|---|---|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

Accessibility  |  Privacy Policy  |  Freedom of Information Act  |  D&B Information

© 2023 USAspending.gov

**Ex. 3**
**58 of 93**



An official website of the United States government
Here's how you know ⌄

**USA**SPENDING.gov

AWARD PROFILE
## Contract Summary

### Purchase Order (PO)

PIID   ING11PX00408
**Completed**

Unlinked Award

**Awarding Agency**

**Department of the Interior (DOI)**

**Recipient**

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026
UNITED STATES
Congressional District: VA-07 ⓘ

**Related Awards** ⓘ

Parent Award Unique Key
N/A

**Dates** ⓘ

| | |
|---|---|
| Start Date | Mar 22, 2011 |
| Current End Date | May 06, 2011 |
| Potential End Date | May 06, 2011 |

**$ Award Amounts** ⓘ

💬 **Description** ⓘ

G11PX00408 (ATHENA CONSTRUCTION) 6TH FLOOR RENOVATIONS

North American Industry Classification System (NAICS) Code

23 : Construction

2362: Nonresidential Building Construction

**236220: Commercial and Institutional Building Construction**

Product or Service Code (PSC)

SERVICES

Y: CONSTRUCT OF STRUCTURES/FACILITIES

Y1: CONSTRUCTION OF BUILDINGS

Y111: CONSTRUCTION OF OFFICE BUILDINGS

**Ex. 3
59 of 93**



⊞ View Transaction History

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $53,998.00 |
| Current Award Amount | $53,998.00 |
| Potential Award Amount | $53,998.00 |

📈 **Contract Activity**                                                      ⓘ

Start                                          Current End
                                               Potential End

⊞ View transactions table

**Ex. 3**
**60 of 93**



## Federal Accounts

⚠️ This award has not been linked to any federal account.

## Award History

| Transaction History 2 | Sub-Awards 0 | Federal Account Funding 0 |

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
|---|---|---|---|---|
| 0 | 03/22/2011 | $50,423 | -- | G11PX00408 (ATHENA CONSTRUCTION) 6TH FLOOR RENOVATIONS |
| 1 | 04/27/2011 | $3,575 | D: CHANGE ORDER | G11PX00408 (ATHENA CONSTRUCTION) 6TH FLOOR RENOVATIONS |

## ℹ Additional Information

Expand All

🔏 Unique Award Key                                                    ›

🏛 Agency Details                                                      ›

🔗 Parent Award Details                                                ›

📍 Place Of Performance                                                ›

📅 Period Of Performance                                               ›

✏️ Legislative Mandates                                                ›

**Ex. 3**
**61 of 93**

🏢 Recipient Details ›

🏷 Acquisition Details ›

📊 Competition Details ›

••• Additional Details ›

👤 Executive Compensation ›

## Stay in touch

### Share your story

Love USASpending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

### Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →

**Ex. 3**
**62 of 93**

**Building a more transparent government.**

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|-------|------|---------------|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2023 USAspending.gov

An official website of the United States government
Here's how you know ⌄

USA**SPENDING**.gov

☰

AWARD PROFILE
## Contract Summary

⤴

### Purchase Order (PO)

**PIID** ING11PX00891
**Completed**

Unlinked Award

**Awarding Agency**

**Department of the Interior (DOI)**

**Recipient**

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026
UNITED STATES
Congressional District: VA-07 ⓘ

**Related Awards** ⓘ

Parent Award Unique Key
N/A

**Dates** ⓘ

| | |
|---|---|
| Start Date | May 18, 2011 |
| Current End Date | Jul 05, 2011 |
| Potential End Date | Jul 05, 2011 |

**$ Award Amounts** ⓘ

💬 **Description** ⓘ

REMODELING OF ROOMS 4C230 AND 4C232 AT USGS RESTON OFFICE.

North American Industry Classification System (NAICS) Code ⃞

23 : Construction

2362: Nonresidential Building Construction

236220: Commercial and Institutional Building Construction

Product or Service Code (PSC) ⃞

SERVICES

Z: MAINT, REPAIR, ALTER REAL PROPERTY

Z1: MAINT, ALTER, REPAIR BUILDINGS

Z111: MAINT-REP-ALT/OFFICE BLDGS

**Ex. 3
64 of 93**



### Federal Accounts ⓘ

⚠ This award has not been linked to any federal account.

### Award History ⓘ

| Transaction History 1 ⓘ | Sub-Awards 0 ⓘ | Federal Account Funding 0 ⓘ |

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
|---|---|---|---|---|
| 0 | 05/18/2011 | $11,956 | -- | REMODELING OF ROOMS 4C230 AND 4C232 AT USGS RESTON OFFICE. |

### Additional Information

Expand All

⌖ Unique Award Key ›

🏛 Agency Details ›

🖧 Parent Award Details ›

📍 Place Of Performance ›

📅 Period Of Performance ›

✏ Legislative Mandates ›

**Ex. 3**
**66 of 93**

| 🏢 Recipient Details | > |
| 🏷️ Acquisition Details | > |
| 📊 Competition Details | > |
| ••• Additional Details | > |
| 👤 Executive Compensation | > |

## Stay in touch

**Share your story**

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

**Share Now** →

**Learn how to use USAspending**

Access specialized training videos on how to use our tools and data.

**Learn More** →

**Sign up for release notes**

Get release notes to your inbox to keep up with what's new on USAspending.gov.

**Sign Up** →

Building a more transparent government.

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|-------|------|---------------|
| Mission | FAQs | Fiscal Data |
|  | Community | Bureau of the Fiscal Service |
|  | Email Us |  |

Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2023 USAspending.gov



Case 1:18-cv-02080-APM   Document 166-13   Filed 11/24/23   Page 69 of 93

🇺🇸 An official website of the United States government
Here's how you know ⌄

**USA**SPENDING.gov ☰

AWARD PROFILE
Contract Summary

Purchase Order (PO)

PIID  ING11PX02171
Completed

Unlinked Award

Awarding Agency
**Department of the Interior (DOI)**

Recipient

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026
UNITED STATES
Congressional District: VA-07 ⓘ

Related Awards ⓘ

Parent Award Unique Key
N/A

Dates ⓘ

| | |
|---|---|
| Start Date | Sep 17, 2011 |
| Current End Date | Nov 17, 2011 |
| Potential End Date | Nov 17, 2011 |

$ Award Amounts ⓘ

💬 Description ⓘ

G11PX02171 (CREDIT UNION PERSONNEL OFFICES) - ATHENA CONSTRUCTION GROUP

North American Industry Classification System (NAICS) Code
23 : Construction
2362: Nonresidential Building Construction
**236220: Commercial and Institutional Building Construction**

Product or Service Code (PSC)
SERVICES
Y: CONSTRUCT OF STRUCTURES/FACILITIES
Y1: CONSTRUCTION OF BUILDINGS
Y111: CONSTRUCTION OF OFFICE BUILDINGS

**Ex. 3**
**69 of 93**



## Federal Accounts

ⓘ

⚠ This award has not been linked to any federal account.

## Award History

| Transaction History 2 ⓘ | Sub-Awards 0 ⓘ | Federal Account Funding 0 ⓘ |

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
| --- | --- | --- | --- | --- |
| 0 | 09/17/2011 | $40,719 | -- | G11PX02171 (CREDIT UNION PERSONNEL OFFICES) - ATHENA CONSTRUCTION GROUP |
| 1 | 11/28/2011 | $0 | M: OTHER ADMINISTRATIVE ACTION | G11PX02171 (CREDIT UNION PERSONNEL OFFICES) - ATHENA CONSTRUCTION GROUP |

## ℹ Additional Information

Expand All

🔾 Unique Award Key                                                    >

🏛 Agency Details                                                      >

🖧 Parent Award Details                                                >

📍 Place Of Performance                                                >

📅 Period Of Performance                                               >

✏ Legislative Mandates                                                >

🏢 Recipient Details ›

🏷️ Acquisition Details ›

📊 Competition Details ›

••• Additional Details ›

👤 Executive Compensation ›

## Stay in touch

### Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

### Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →

**Ex. 3**
**72 of 93**

**Building a more transparent government.**

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|-------|------|---------------|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2023 USAspending.gov

**Ex. 3**
**73 of 93**



🇺🇸 An official website of the United States government
Here's how you know ⌄

## USASPENDING.gov ☰

AWARD PROFILE
## Contract Summary

**Definitive Contract**

PIID   ING12PC00063
**Completed**

**Unlinked Award**

### Awarding Agency

**Department of the Interior (DOI)**

### Recipient

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026
UNITED STATES
Congressional District: VA-07 ⓘ

**Related Awards** ⓘ

Parent Award Unique Key
N/A

**Dates** ⓘ

| | |
|---|---|
| Start Date | Sep 12, 2012 |
| Current End Date | Apr 08, 2013 |
| Potential End Date | Aug 01, 2013 |

**$ Award Amounts** ⓘ

💬 **Description** ⓘ

REPLACE HOT WATER LINES TO FAN COILS

**North American Industry Classification System (NAICS) Code** 🔲

23 : Construction

  2371: Utility System Construction

    **237110: Water and Sewer Line and Related Structures Construction**

**Product or Service Code (PSC)** 🔲

SERVICES

  Z: MAINT, REPAIR, ALTER REAL PROPERTY

    Z1: MAINT, ALTER, REPAIR BUILDINGS

      **Z1AA: MAINTENANCE OF OFFICE BUILDINGS**

**Ex. 3**
**74 of 93**



⊞ View Transaction History

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $460,183.47 |
| Current Award Amount | $460,183.47 |
| Potential Award Amount | $460,183.47 |

📊 **Contract Activity**                                                ⓘ

⊞ View transactions table



## Federal Accounts ⓘ

⚠️ This award has not been linked to any federal account.

## Award History ⓘ

| Transaction History 4 ⓘ | Sub-Awards 0 ⓘ | Federal Account Funding 0 ⓘ |

| Modification Number ▲ | Action Date ▲ | Amount ▲ | Action Type ▲ | Transaction Description ▲ |
|---|---|---|---|---|
| 0 | 09/21/2012 | $460,184 | -- | REPLACE HOT WATER LINES TO FAN COILS |
| 1 | 11/05/2012 | $0 | D: CHANGE ORDER | REPLACE HOT WATER LINES TO FAN COILS IGF::OT::IGF |
| 2 | 03/01/2013 | $0 | M: OTHER ADMINISTRATIVE ACTION | REPLACE HOT WATER LINES TO FAN COILS IGF::OT::IGF |
| 3 | 09/10/2014 | -$0 | C: FUNDING ONLY ACTION | REPLACE HOT WATER LINES TO FAN COILS IGF::OT::IGF |

## ℹ Additional Information

Expand All



🔒 Unique Award Key                                              ›

🏛 Agency Details                                                ›

📊 Parent Award Details                                          ›

📍 Place Of Performance                                          ›

**Ex. 3**
**76 of 93**

Period Of Performance ›

Legislative Mandates ›

Recipient Details ›

Acquisition Details ›

Competition Details ›

Additional Details ›

Executive Compensation ›

## Stay in touch

### Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

Ex. 3
77 of 93

## Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →



**Building a more transparent government.**

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|-------|------|---------------|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2023 USAspending.gov

Ex. 3
78 of 93



An official website of the United States government
Here's how you know ∨

# USASPENDING.gov

AWARD PROFILE
## Contract Summary

### Definitive Contract

PIID  INP15PC00316
Completed

Unlinked Award

**Awarding Agency**

Department of the Interior (DOI)

**Recipient**

### ATHENA CONSTRUCTION GROUP, INC.

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026-22026
UNITED STATES
Congressional District: VA-07

**Related Awards** ⓘ

Parent Award Unique Key
N/A

**Dates** ⓘ

Start Date | Jun 25, 2015
Current End Date | Aug 31, 2015
Potential End Date | Sep 30, 2015

**$ Award Amounts** ⓘ

💬 **Description** ⓘ

REPLACE FRONT ROYAL ENTRANCE STATION ROOF IGF::OT::IGF ROOF REPLACEMENT

**North American Industry Classification System (NAICS) Code** ⧉

23 : Construction

2381: Foundation, Structure, and Building Exterior Contractors

**238160: Roofing Contractors**

**Product or Service Code (PSC)** ⧉

PRODUCTS

56: CONSTRUCTION AND BUILDING MATERIAL

**5650: ROOFING AND SIDING MATERIAL**

**Ex. 3**
**79 of 93**



Cu

Pote

⊞ View Transaction History

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $24,983.00 |
| Current Award Amount | $24,983.00 |
| Potential Award Amount | $24,983.00 |

📈 **Contract Activity**

⊞ View transactions table

**Ex. 3**
**80 of 93**

### Federal Accounts ⓘ

> ⚠ This award has not been linked to any federal account.

### Award History ⓘ

| Transaction History 1 ⓘ | Sub-Awards 0 ⓘ | Federal Account Funding 0 ⓘ |

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
|---|---|---|---|---|
| 0 | 06/25/2015 | $24,983 | -- | REPLACE FRONT ROYAL ENTRANCE STATION ROOF IGF::OT::IGF ROOF REPLACEMENT |

### ⓘ Additional Information

Expand All

🔎 Unique Award Key ›

🏛 Agency Details ›

🗂 Parent Award Details ›

📍 Place Of Performance ›

📅 Period Of Performance ›

✏ Legislative Mandates ›

Recipient Details ›

Acquisition Details ›

Competition Details ›

Additional Details ›

Executive Compensation ›

## Stay in touch

### Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

### Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →

**Ex. 3**
**82 of 93**

Building a more transparent government.

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|-------|------|---------------|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

Accessibility   |   Privacy Policy   |   Freedom of Information Act   |   D&B Information

© 2023 USAspending.gov

Ex. 3
83 of 93

 An official website of the United States government
Here's how you know ⌄

USA**SPENDING**.gov ☰

AWARD PROFILE
## Contract Summary

⤴

## Purchase Order (PO)


PIID  INP16PX02649
**Completed**

**Unlinked Award**

**Awarding Agency**

**Department of the Interior (DOI)**

**Related Awards** ⓘ

Parent Award Unique Key
N/A

**Recipient**

**ATHENA CONSTRUCTION GROUP, INC.**

17877 OLD TRIANGLE RD
TRIANGLE, VA 22172-1252
UNITED STATES
Congressional District: VA-07 ⓘ

**Dates** ⓘ

| | |
|---|---|
| Start Date | Aug 10, 2016 |
| Current End Date | Dec 21, 2016 |
| Potential End Date | Dec 21, 2016 |

**$ Award Amounts** ⓘ

**Ex. 3**
**84 of 93**

$96,407
Obligated Amount

$96,407
Current Award Amount

$96,407
Potential Award Amount

⊞ View Transaction History

| | |
|---|---|
| Outlayed Amount | $0.00 |
| 💬 Description | |
| Obligated Amount | $96,407.00 |
| Current Award Amount | $96,407.00 |
| IGF::OT::IGF G:CPGRE, G:BIOBA, G:OTHER, MINOR CONSTRUCTION TITLE: RENOVATE THE COMFORT STATIONS AT THE FRENCH QUARTER VISITOR CENTER PMIS: 177247 LOCATION: JEAN LAFITTE NATIONAL HISTORICAL PARK AND PRESERVE, ... | |
| Potential Award Amount | $96,407.00 |

read more

**North American Industry Classification System (NAICS)  Code** 🗒

23 : Construction

  2362: Nonresidential Building Construction

  **236220: Commercial and Institutional Building Construction**

**Product or Service Code  (PSC)** 🗒

SERVICES

  Z: MAINT, REPAIR, ALTER REAL PROPERTY

    Z2: MAINT, ALTER, REPAIR NONBUILDINGS

      **Z2JZ: REPAIR OR ALTERATION OF MISCELLANEOUS BUILDINGS**

📊 Contract Activity                                                                 ⓘ

**Ex. 3**
**85 of 93**



$120 k

$100 k

$80 k

$60 k

$40 k

$20 k

Start

Current End
Potential End

AUG FY '16  AUG FY '16  SEP FY '16  SEP FY '16  OCT FY '17  NOV FY '17  NOV FY '17  DEC FY '17  DEC FY '17

## Federal Accounts

⚠ This award has not been linked to any federal account.

## Award History

| Transaction History 1 | Sub-Awards 0 | Federal Account Funding 0 |

| Modification Number ⬆ | Action Date ⬆ | Amount ⬆ | Action Type ⬆ | Transaction Description ⬆ |
| --- | --- | --- | --- | --- |
| 0 | 08/10/2016 | $96,407 | -- | IGF::OT::IGF G:CPGRE, G:BIOBA, G:OTHER, MINOR CONSTRUCTION TITLE: RENOVATE TH... |

## Additional Information

Expand All

🔑 Unique Award Key

🏛 Agency Details ›

🔗 Parent Award Details ›

📍 Place Of Performance ›

📅 Period Of Performance ›

✏️ Legislative Mandates ›

🏢 Recipient Details ›

🏷 Acquisition Details ›

📊 Competition Details ›

••• Additional Details ›

👤 Executive Compensation ›

## Stay in touch

### Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

**Share Now →**

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

**Ex. 3**
**87 of 93**

Learn More →

## Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →



## Building a more transparent government.

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|-------|------|---------------|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2023 USAspending.gov

Ex. 3
88 of 93





View Transaction History

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $20,999.00 |
| Current Award Amount | $20,999.00 |
| Potential Award Amount | $20,999.00 |

**Contract Activity**

**Ex. 3
90 of 93**



### Federal Accounts

⚠ This award has not been linked to any federal account.

### Award History

| Transaction History 2 | Sub-Awards 0 | Federal Account Funding 0 |

| Modification Number | Action Date | Amount | Action Type | Transaction Description |
|---|---|---|---|---|
| 0 | 06/24/2014 | $20,999 | -- | IGF::OT::IGF BLDG 2593•MATERIAL STORAGE ROOF UPGRADE |
| P00001 | 07/01/2014 | $0 | M: OTHER ADMINISTRATIVE ACTION | BLDG 2593•MATERIAL STORAGE ROOF UPGRADE |

### ℹ Additional Information

Expand All

🔲 Unique Award Key  ›

🏛 Agency Details  ›

🖧 Parent Award Details  ›

📍 Place Of Performance  ›

📅 Period Of Performance  ›

✏ Legislative Mandates  ›

**Ex. 3**
**91 of 93**

🏢 Recipient Details ›

🏷️ Acquisition Details ›

📊 Competition Details ›

••• Additional Details ›

👤 Executive Compensation ›

## Stay in touch

### Share your story

Love USASpending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

### Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →

**Ex. 3**
**92 of 93**

Building a more transparent government.

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|---|---|---|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

Accessibility  |  Privacy Policy  |  Freedom of Information Act  |  D&B Information

© 2023 USAspending.gov

**Ex. 3**
**93 of 93**