# EXHIBIT K

No. 18-cv-2080 (APM)



**New congressional district data available** ✕

USAspending.gov now has new congressional district data as a result of the 2020 census. Districts are identified sitewide as "current" or "submitted" (i.e., original). Learn more about redistricting and the changes you'll find on the site.

An official website of the United States government
Here's how you know

 USASPENDING.gov ☰

AWARD PROFILE
**Indefinite Delivery Vehicle** 

**Indefinite Delivery / Indefinite Quantity (IDIQ) Contract**

PIID HQ003414D0005

Closed

**Ex. 4
2 of 8**

Awarding Agency

**Department of Defense (DOD)**

Recipient

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026-2356
UNITED STATES

Congressional District: VA-07

Related Awards

Parent Award Unique Key
N/A

Dates

Start Date — Mar 20, 2014
Ordering Period End Date — Sep 19, 2020

## $ Award Amounts

**Awards Under this IDV** | This IDV

The information in this tab is pulled from the combined data of awards that reference this IDV, not the IDV itself. To see those awards, scroll to the
table of awards under this IDV
on this page.

$14.6 Million
Combined Obligated Amounts

$14.6 Million
Combined Current Award Amounts

$14.6 Million
Combined Potential Award Amounts

**Ex. 4**
**3 of 8**

| | |
|---|---:|
| Combined Outlayed Amounts | $0.00 |
| Combined Obligated Amounts | $14,563,769.27 |
| Combined Current Award Amounts | $14,563,769.27 |
| Combined Potential Award Amounts | $14,590,625.27 |

### Count of Awards Under this IDV    View table of awards under this IDV

| | |
|---|---:|
| Count of Child Contracts | 8 |
| Count of Child IDVs | 0 |
| Count of Grandchild Contracts | 0 |

**Total:** 8

## Description

IGF::OT::IGF BASE YEAR PERFORMANCE PERIOD

**North American Industry Classification System (NAICS) Code**

23 : Construction
  2362: Nonresidential Building Construction
    **236220: Commercial and Institutional Building Construction**

**Product or Service Code (PSC)**

SERVICES
  Y: CONSTRUCT OF STRUCTURES/FACILITIES
    Y1: CONSTRUCTION OF BUILDINGS
      **Y1AA: CONSTRUCTION OF OFFICE BUILDINGS**

## IDV Activity

**Award Amounts and Periods of Performance of Award Orders**

**Ex. 4**
**4 of 8**



 Federal Accounts

NOTE: if an award has a zero or negative obligated amount, or is missing a start and/or end date, it is not displayed in this chart.

| Federal Account | Combined Obligated Amount | Percent of Total | Funding Agency |
|---|---|---|---|
| PENTAGON RESERVATION MAINTENANCE REV… | $13,576 | 100% | (DOD) DEPARTMENT OF DEFENSE |

NOTE: Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

Summary of All Federal Accounts used by this Award

| | |
|---|---|
| Total Funding Obligated | $13,576.25 |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 1 |

**Ex. 4**

**5 of 8**

View federal funding submissions

## Orders Made Under this IDV

| Award ID | Awarding Agency | Award Type | Obligated Amount | Start Date | End Date | Base Transaction Description |
|---|---|---|---|---|---|---|
| HQ003420F0017 | Department of Defense | DELIVERY ORDER | $1,600,664 | 12/12/2019 | 11/30/2020 | PENTAGON ATHLETIC CENTER BEAM 9E SHORING, OVERBURDEN REMOVAL, AND SHORING MONITORING SERVICES |
| HQ003419F0697 | Department of Defense | DELIVERY ORDER | $2,198,501 | 09/26/2019 | 12/11/2020 | MEF ROOF REPLACEMENT |
| HQ003418F0671 | Department of Defense | DELIVERY ORDER | $3,338,891 | 09/27/2018 | 10/30/2020 | IGF::OT::IGF - SECURITY UPGRADES AT PORTAL D CONSTRUCTION PROJECT FOR RAVEN ROCK MOUNTAIN COMPLEX |
| HQ003418F0667 | Department of Defense | DELIVERY ORDER | $2,407,999 | 09/26/2018 | 09/30/2019 | PENTAGON FLAT ROOF REPAIR 5TH FLOOR |
| 0005 | Department of Defense | DELIVERY ORDER | $1,807,221 | 09/28/2016 | 08/30/2019 | CORRIDOR 8/9 CONCRETE LIMESTONE REPAIR IGF::OT::IGF |
| 0004 | Department of Defense | DELIVERY ORDER | $15,660 | 09/29/2015 | 10/12/2016 | AHU 3-2 IGF::OT::IGF |
| 0002 | Department of Defense | DELIVERY ORDER | $3,194,833 | 09/30/2014 | 06/30/2016 | PENTAGON SOUTH PARKING LIGHTING UPGRADE |
| 0001 | Department of Defense | DELIVERY ORDER | $0 | 03/30/2014 | 03/19/2015 | IGF::OT::IGF MINIMUM GUARANTEE - $10K |

## Award History for this IDV

**Transaction History** 11 | Federal Account Funding 1

| Modification Number | Action Date | Amount | Action Type | Transaction Description |
|---|---|---|---|---|
| 0 | 03/20/2014 | $0 | -- | IGF::OT::IGF BASE YEAR PERFORMANCE PERIOD |
| P00001 | 07/09/2014 | $0 | D: CHANGE ORDER | IGF::OT::IGF BASE YEAR PERFORMANCE PERIOD |
| P00002 | 09/26/2014 | $0 | M: OTHER ADMINISTRATIVE ACTION | IGF::OT::IGF. BASE YEAR PERFORMANCE PERIOD |
| P00003 | 03/17/2015 | $0 | G: EXERCISE AN OPTION | IGF::OT::IGF OPTION 1 - MULTIPLE AWARD CONSTRUCTION CONTRACT |
| P00004 | 03/15/2016 | $0 | G: EXERCISE AN OPTION | IGF::OT::IGF EXERCISE OPTION 2 |
| P00005 | 03/16/2017 | $0 | G: EXERCISE AN OPTION | IGF::OT::IGF OPTION YEAR 3 PERFORMANCE PERIOD |
| P00006 | 03/08/2018 | $0 | G: EXERCISE AN OPTION | IGF::OT::IGF OPTION YEAR 4 PERFORMANCE PERIOD |
| P00007 | 03/13/2019 | $0 | G: EXERCISE AN OPTION | MULTIPLE AWARD CONSTRUCTION CONTRACT |

**Ex. 4**
**6 of 8**



| P00008 | 09/19/2019 | $0 | A: ADDITIONAL WORK (NEW AGREEMENT,FAR PART 6 APPLIES) | MULTIPLE AWARD CONSTRUCTION CONTRACT |
| P00009 | 03/18/2020 | $0 | A: ADDITIONAL WORK (NEW AGREEMENT, JUSTIFICATION REQUIRED) | MULTIPLE AWARD CONSTRUCTION CONTRACT |

## Additional Information

Expand All

- Unique Award Key
- Agency Details
- Parent Award Details
- Period of Performance
- Legislative Mandates
- Recipient Details
- Acquisition Details
- Competition Details
- Additional Details
- Executive Compensation

**Ex. 4**
**7 of 8**

## Stay in touch

### Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

### Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →



**Building a more transparent government.**

Providing publicly accessible and searchable data on what the federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|---|---|---|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2023 USAspending.gov

**Ex. 4**
**8 of 8**