# EXHIBIT L

## No. 18-cv-2080 (APM)



**New congressional district data available**

USAspending.gov now has new congressional district data as a result of the 2020 census. Districts are identified sitewide as "current" or "submitted" (i.e., original). Learn more about redistricting and the changes you'll find on the site.


An official website of the United States government
Here's how you know ⌄

USA**SPENDING**.gov  ☰

AWARD PROFILE
Contract Summary

**Delivery Order (DO)**



PIID  0001
**Completed**

Unlinked Award

**Awarding Agency**

**Department of Defense (DOD)**

**Related Awards** ⓘ

Parent Award Unique Key
CONT_IDV_HQ003414D0005_9700

**Recipient**

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026-2356
UNITED STATES
Congressional District: VA-07 ⓘ

**Dates** ⓘ

●────────────────────●

Start Date

**Ex. 5
2 of 46**

Mar 30, 2014

Current End Date                                              Mar 19, 2015
Potential End Date                                           Mar 19, 2015



**$ Award Amounts**

**Description**

IGF::OT::IGF MINIMUM GUARANTEE - $10K

North American Industry Classification System (NAICS) Code

23 : Construction

2362: Nonresidential Building Construction

**236220: Commercial and Institutional Building Construction**

Product or Service Code (PSC)

SERVICES

Y: CONSTRUCT OF STRUCTURES/FACILITIES

Y1: CONSTRUCTION OF BUILDINGS

**Y1AA: CONSTRUCTION OF OFFICE BUILDINGS**

Chart Not Available

Data in this instance is not suitable for charting

| Outlayed Amount | $0.00 |
| Obligated Amount | $0.00 |
| Current Award Amount | $0.00 |
| Potential Award Amount | $0.00 |

View Transaction History

**Contract Activity**

Ex. 5
3 of 46



### Federal Accounts

📊 View transactions table

⚠️  **This award has not been linked to any federal account.**

### 🕐 Award History                                                                                    ⓘ

| Transaction History 2 ⓘ | Sub-Awards 0 ⓘ | Federal Account Funding 0 ⓘ |
|---|---|---|

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
|---|---|---|---|---|
| 0 | 03/20/2014 | $10,000 | -- | IGF::OT::IGF MINIMUM GUARANTEE - $10K |
| 1 | 05/26/2017 | -$10,000 | K: CLOSE OUT | IGF::OT::IGF MINIMUM GUARANTEE - $10K |

### ⓘ Additional Information

**Ex. 5**
**4 of 46**

Expand All

| | | |
|---|---|---|
| 🔑 Unique Award Key | | › |
| 🏛 Agency Details | | › |
| 🔀 Parent Award Details | | › |
| 📍 Place Of Performance | | › |
| 📅 Period Of Performance | | › |
| ✏️ Legislative Mandates | | › |
| 🏢 Recipient Details | | › |
| 🏷 Acquisition Details | | › |
| 📊 Competition Details | | › |
| ••• Additional Details | | › |
| 👤 Executive Compensation | | › |

## Stay in touch

### Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

**Ex. 5**
**5 of 46**

#### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

**Learn More** →

#### Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

**Sign Up** →



## Building a more transparent government.

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|---|---|---|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

 

Accessibility  |  Privacy Policy  |  Freedom of Information Act  |  D&B Information

© 2023 USAspending.gov

**Ex. 5**
**6 of 46**

10/17/23, 3:02 PM



**New congressional district data available**

USASpending.gov now has new congressional district data as a result of the 2020 census. Districts are identified sitewide as "current" or "submitted" (i.e., original). Learn more about redistricting and the changes you'll find on the site.

✕

🇺🇸 An official website of the United States government
Here's how you know ⌄

 USASPENDING.gov

☰

AWARD PROFILE
## Contract Summary

⬀

### Delivery Order (DO)



PIID 0002
**Completed**

Unlinked Award

**Awarding Agency**

### Department of Defense (DOD)

**Related Awards** ⓘ

Parent Award Unique Key
CONT_IDV_HQ003414D0005_9700

**Recipient**

### ATHENA CONSTRUCTION GROUP, INC.

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026-2356
UNITED STATES
Congressional District: VA-07 ⓘ

**Dates** ⓘ

Start Date                                    Sep 30, 2014

**Ex. 5**
**7 of 46**

Current End Date         Jun 30, 2016
Potential End Date       Jun 30, 2016

$ Award Amounts    ⓘ



💬 Description    ⓘ

PENTAGON SOUTH PARKING LIGHTING UPGRADE

**North American Industry Classification System (NAICS) Code** 🔗

23 : Construction

    2362: Nonresidential Building Construction

      **236220: Commercial and Institutional Building Construction**

**Product or Service Code (PSC)** 🔗

SERVICES

    Y: CONSTRUCT OF STRUCTURES/FACILITIES

      Y1: CONSTRUCTION OF BUILDINGS

        **Y1AA: CONSTRUCTION OF OFFICE BUILDINGS**

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $3,194,833.40 |
| Current Award Amount | $3,194,833.40 |
| Potential Award Amount | $3,194,833.40 |

⊞ View Transaction History

📊 Contract Activity    ⓘ

**Ex. 5**
**8 of 46**



[View transactions table](#)

 **Federal Accounts**                                    ⓘ

> ⚠ This award has not been linked to any federal account.

🕑 **Award History**                                                ⓘ

| Transaction History  9  ⓘ | Sub-Awards  0  ⓘ | Federal Account Funding  0  ⓘ |
|---|---|---|

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
|---|---|---|---|---|
| 0 | 09/30/2014 | $2,401,200 | -- | PENTAGON SOUTH PARKING LIGHTING UPGRADE |
| 1 | 01/27/2015 | $0 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | PENTAGON SOUTH PARKING LIGHTING UPGRADE |
| 2 | 07/23/2015 | $366,983 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | IGF::OT::IGF PENTAGON SOUTH PARKING LIGHTING UPGRADE |
| 3 | 07/30/2015 | $292,314 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | IGF::OT::IGF PENTAGON SOUTH PARKING LIGHTING UPGRADE |
| 4 | 12/11/2015 | $42,648 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | IGF::OT::IGF PENTAGON SOUTH PARKING LIGHTING UPGRADE |
| 5 | 01/21/2016 | $0 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | IGF::OT::IGF PENTAGON SOUTH PARKING LIGHTING UPGRADE |

**Ex. 5
9 of 46**

| 6 | 03/17/2016 | $0 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | IGF::OT::IGF PENTAGON SOUTH PARKING LIGHTING UPGRADE |
| 7 | 06/28/2016 | $91,959 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | IGF::OT::IGF PENTAGON SOUTH PARKING LIGHTING UPGRADE |
| 8 | 07/24/2018 | -$271 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | IGF::OT::IGF DE-OBLIGATE EXCESS FUNDS FOR CLOSEOUT |

### ⓘ Additional Information

Expand All



🔑 Unique Award Key                                                                    ❯

🏛 Agency Details                                                                       ❯

🔗 Parent Award Details                                                                 ❯

📍 Place Of Performance                                                                 ❯

📅 Period Of Performance                                                                ❯

✏️ Legislative Mandates                                                                 ❯

**Ex. 5**
**10 of 46**

Case 1:18-cv-02080-APM Document 166-5 Filed 10/24/23 Page 11 of 46

| | |
|---|---|
| 🏢 Recipient Details | ⟩ |
| 🏷️ Acquisition Details | ⟩ |
| 📊 Competition Details | ⟩ |
| ••• Additional Details | ⟩ |
| 👤 Executive Compensation | ⟩ |

## Stay in touch

**Share your story**

Love USASpending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

**Share Now** →

**Learn how to use USAspending**

Access specialized training videos on how to use our tools and data.

**Learn More** →

**Sign up for release notes**

Get release notes to your inbox to keep up with what's new on USAspending.gov.

**Sign Up** →



**Ex. 5**
**11 of 46**

Building a more transparent government.

Providing publicly accessible and searchable data on what the
federal government spends each year.

Accessibility    |    Privacy Policy    |    Freedom of Information Act    |    D&B Information

© 2023 USAspending.gov

**Ex. 5**
**12 of 46**

AWARD PROFILE
Contract Summary



**congressional district data available**

USAspending.gov now has new congressional district data as a result of the 2020 census. Districts are identified sitewide as "current" or "submitted" (i.e., original). Learn more about redistricting and the changes you'll find on the site.

An official website of the United States government

Here's how you know ⌄

USASPENDING.gov  ☰

## Delivery Order (DO)

PIID  0004

Completed

**Unlinked Award**

### Awarding Agency

**Department of Defense (DOD)**

### Recipient

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ

### Related Awards ⓘ

Parent Award Unique Key

CONT_IDV_HQ003414D0005_9700

### Dates ⓘ

Ex. 5
13 of 46

Case 1:18-cv-02080-APM Document 105-5 Filed 10/24/23 Page 14 of 46

AWARD PROFILE
## Contract Summary

|  |  |
|---|---|
| | Sep 29, 2015 |
| Current End Date | Oct 12, 2016 |
| Potential End Date | Oct 12, 2016 |

### $ Award Amounts 

### 💬 Description

AHU 3-2 IGF::OT::IGF

**North American Industry Classification System (NAICS) Code**

23 : Construction

  2362: Nonresidential Building Construction

    **236220: Commercial and Institutional Building Construction**

**Product or Service Code (PSC)**

SERVICES

  Y: CONSTRUCT OF STRUCTURES/FACILITIES

    Y1: CONSTRUCTION OF BUILDINGS

      **Y1AA: CONSTRUCTION OF OFFICE BUILDINGS**

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $15,660.00 |
| Current Award Amount | $15,660.00 |
| Potential Award Amount | $15,660.00 |

⊞ View Transaction History

**Ex. 5**
**14 of 46**

AWARD PROFILE

## Contract Summary



View transactions table

 Federal Accounts

⚠️ This award has not been linked to any federal account.

 Award History

**Ex. 5**
**15 of 46**

AWARD PROFILE
## Contract Summary

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
|---|---|---|---|---|
| 0 | 09/29/2015 | $802,009 | -- | AHU 3-2 IGF::OT::IGF |
| 1 | 11/12/2015 | $0 | M: OTHER ADMINISTRATIVE ACTION | AHU 3-2 IGF::OT::IGF |
| 2 | 02/21/2019 | -$786,349 | M: OTHER ADMINISTRATIVE ACTION | CLOSEOUT. |

---

## ℹ️ Additional Information

Expand All

🔍 Unique Award Key                                    ›

🏛 Agency Details                                      ›

🗂 Parent Award Details                                ›

📍 Place Of Performance                                ›

📅 Period Of Performance                               ›

✏️ Legislative Mandates                                ›

🏢 Recipient Details                                   ›

🏷 Acquisition Details                                 ›

**Ex. 5**
**16 of 46**

AWARD PROFILE
## Contract Summary ›

●●● Additional Details ›

👤 Executive Compensation ›

# Stay in touch

### Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

**Share Now** →

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

**Learn More** →

### Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

**Sign Up** →



**Ex. 5**
**17 of 46**

AWARD PROFILE
AWARD PROFILE
Contract Summary

federal government spends each year.

ABOUT

Mission

HELP

FAQs
Community
Email Us

RELATED SITES

Fiscal Data
Bureau of the Fiscal Service

Accessibility     |     Privacy Policy     |     Freedom of Information Act     |     D&B Information

© 2023 USAspending.gov

Ex. 5
18 of 46

AWARD PROFILE
Contract Summary

### congressional district data available

USAspending.gov now has new congressional district data as a result of the 2020 census. Districts are identified sitewide as "current" or "submitted" (i.e., original). Learn more about redistricting and the changes you'll find on the site.

---

🇺🇸 An official website of the United States government
Here's how you know ⌄

 USASPENDING.gov

☰

## Delivery Order (DO)



PIID  0005
Completed

Unlinked Award

### Awarding Agency

**Department of Defense (DOD)**

### Recipient

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ

### Related Awards ⓘ

Parent Award Unique Key
CONT_IDV_HQ003414D0005_9700

### Dates ⓘ

**Ex. 5**
**19 of 46**

AWARD PROFILE
## Contract Summary

Current End Date                                      Sep 28, 2016
Potential End Date                                    Aug 30, 2019
                                                      Aug 30, 2019

$ **Award Amounts**                           ⓘ          💬 **Description**                                                                    ⓘ



CORRIDOR 8/9 CONCRETE LIMESTONE REPAIR IGF::OT::IGF

**North American Industry Classification System (NAICS)  Code** 🔲          **Product or Service Code  (PSC)** 🔲

23 : Construction                                              SERVICES

  2362: Nonresidential Building Construction              Y: CONSTRUCT OF STRUCTURES/FACILITIES

    **236220: Commercial and Institutional Building Construction**            Y1: CONSTRUCTION OF BUILDINGS

      **Y1AA: CONSTRUCTION OF OFFICE BUILDINGS**

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $1,807,221.00 |
| Current Award Amount | $1,807,221.00 |
| Potential Award Amount | $1,807,221.00 |

🔲 View Transaction History

**Ex. 5**
**20 of 46**

Case 1:18-cv-02080-APM Document 165-5 Filed 10/24/23 Page 21 of 46

AWARD PROFILE
## Contract Summary



[ View transactions table

## Federal Accounts

⚠ **This award has not been linked to any federal account.**

## Award History

**Ex. 5**
**21 of 46**

AWARD PROFILE
## Contract Summary

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
|---|---|---|---|---|
| 0 | 09/28/2016 | $2,362,900 | -- | CORRIDOR 8/9 CONCRETE LIMESTONE REPAIR IGF::OT::IGF |
| 1 | 04/20/2018 | -$545,223 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | IGF::OT::IGF PENTAGON CORRIDOR 8 AND RIVER TERRACE LIMESTONE REPAIR AND... |
| 2 | 07/27/2018 | $0 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | IGF::OT::IGF PENTAGON CORRIDOR 8 AND RIVER TERRACE LIMESTONE REPAIR AND... |
| 3 | 01/24/2019 | $0 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | PENTAGON CORRIDOR 8 AND RIVER TERRACE LIMESTONE REPAIR AND REPLACEM... |
| 4 | 03/01/2019 | $38,544 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | PENTAGON CORRIDOR 8 AND RIVER TERRACE LIMESTONE REPAIR AND REPLACEM... |
| 5 | 05/10/2019 | $0 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | PENTAGON CORRIDOR 8 AND RIVER TERRACE LIMESTONE REPAIR AND REPLACEM... |
| 6 | 12/06/2021 | -$49,000 | M: OTHER ADMINISTRATIVE ACTION | PENTAGON CORRIDOR 8 AND RIVER TERRACE LIMESTONE REPAIR AND REPLACEM... |

ℹ **Additional Information**

Expand All

🔍  Unique Award Key                                                              ›

🏛  Agency Details                                                                ›

🖧  Parent Award Details                                                          ›

📍  Place Of Performance                                                          ›

📅  Period Of Performance                                                         ›

✏  Legislative Mandates

**Ex. 5**
**22 of 46** ›

AWARD PROFILE
## Contract Summary ›

🏷 Acquisition Details ›

📊 Competition Details ›

••• Additional Details ›

👤 Executive Compensation ›

# Stay in touch

### Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

**Share Now →**

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

**Learn More →**

**Ex. 5**
**23 of 46**

Case 1:18-cv-02080-APM   Document 165-5   Filed 10/24/23   Page 24 of 46

AWARD PROFILE
## Contract Summary

Sign Up →



# Building a more transparent government.

Providing publicly accessible and searchable data on what the
federal government spends each year.

ABOUT

Mission

HELP

FAQs
Community
Email Us

RELATED SITES

Fiscal Data
Bureau of the Fiscal Service

Accessibility    |    Privacy Policy    |    Freedom of Information Act    |    D&B Information

© 2023 USAspending.gov

**Ex. 5**
**24 of 46**



**New congressional district data available**

USASpending.gov now has new congressional district data as a result of the 2020 census. Districts are identified sitewide as "current" or "submitted" (i.e., original). Learn more about redistricting and the changes you'll find on the site.

✕

---

🇺🇸 An official website of the United States government
Here's how you know ⌄

 USASPENDING.gov                                                      ≡

AWARD PROFILE
## Contract Summary                                                         ⤴

### Delivery Order (DO)



**PIID** HQ003418F0667

**Completed**

Unlinked Award

**Awarding Agency**

**Department of Defense (DOD)**

**Related Awards** ⓘ

Parent Award Unique Key
CONT_IDV_HQ003414D0005_9700

**Recipient**

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026-2356
UNITED STATES
Congressional District: VA-07   ⓘ

**Dates** ⓘ

Start Date

Sep 26, 2018

**Ex. 5
25 of 46**

Current End Date                Sep 30, 2019
Potential End Date              Sep 30, 2019

## $ Award Amounts                    ⓘ



### 💬 Description                              ⓘ

PENTAGON FLAT ROOF REPAIR 5TH FLOOR

**North American Industry Classification System (NAICS) Code** 🔲

23 : Construction

  2362: Nonresidential Building Construction

    **236220: Commercial and Institutional Building Construction**

**Product or Service Code (PSC)** 🔲

SERVICES

  Y: CONSTRUCT OF STRUCTURES/FACILITIES

    Y1: CONSTRUCTION OF BUILDINGS

      **Y1AA: CONSTRUCTION OF OFFICE BUILDINGS**

| | |
|---|---:|
| Outlayed Amount | $0.00 |
| Obligated Amount | $2,407,999.45 |
| Current Award Amount | $2,407,999.45 |
| Potential Award Amount | $2,407,999.45 |

⊞ View Transaction History

## 📈 Contract Activity                    ⓘ

**Ex. 5
26 of 46**



## Federal Accounts

⚠ This award has not been linked to any federal account.

## Award History

| Transaction History 2 | Sub-Awards 1 | Federal Account Funding 0 |
| --- | --- | --- |

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
| --- | --- | --- | --- | --- |
| 0 | 09/27/2018 | $2,388,375 | -- | PENTAGON FLAT ROOF REPAIR 5TH FLOOR |
| P00001 | 09/30/2019 | $19,624 | D: CHANGE ORDER | PENTAGON FLAT ROOF REPAIR 5TH FLOOR |

**Ex. 5**
**27 of 46**

ⓘ **Additional Information**

Expand All

🌀 Unique Award Key    ›

🏛 Agency Details    ›

⛓ Parent Award Details    ›

📍 Place Of Performance    ›

📅 Period Of Performance    ›

✏️ Legislative Mandates    ›

🏢 Recipient Details    ›

🏷 Acquisition Details    ›

📊 Competition Details    ›

••• Additional Details    ›

👤 Executive Compensation    ›

## Stay in touch

### Share your story

**Ex. 5
28 of 46**

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

## Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

## Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →



### Building a more transparent government.

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|-------|------|---------------|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |



Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2023 USAspending.gov

**Ex. 5**
**29 of 46**

AWARD PROFILE
## Contract Summary



**congressional**
**district data**
**available**

USAspending.gov
now has new
congressional
district data as a
result of the 2020
census. Districts are
identified sitewide
as "current" or
"submitted" (i.e.,
original). Learn
more about
redistricting and the
changes you'll find
on the site.

 An official website of the United States government
Here's how you know ⌄

🇺🇸 **USA**SPENDING.gov ☰

---

## Delivery Order (DO)

📄

PIID  HQ003418F0671
Completed

### Awarding Agency

**Department of Defense (DOD)**

### Recipient

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026-2356
UNITED STATES

### Related Awards ⓘ

Parent Award Unique Key

CONT_IDV_HQ003414D0005_9700

### Dates ⓘ

●━━━━━━━━━━━━━━━●

**Ex. 5**
**30 of 46**

## Contract Summary

Sep 27, 2018
Oct 30, 2020
Oct 30, 2020

## $ Award Amounts ⓘ

💬 **Description** ⓘ

IGF::OT::IGF - SECURITY UPGRADES AT PORTAL D CONSTRUCTION PROJECT FOR RAVEN ROCK MOUNTAIN COMPLEX



**North American Industry Classification System (NAICS) Code** 📄

23 : Construction

   2362: Nonresidential Building Construction

      **236220: Commercial and Institutional Building Construction**

**Product or Service Code (PSC)** 📄

SERVICES

   Z: MAINT, REPAIR, ALTER REAL PROPERTY

      Z1: MAINT, ALTER, REPAIR BUILDINGS

         **Z1AA: MAINTENANCE OF OFFICE BUILDINGS**

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $3,338,890.50 |
| Current Award Amount | $3,338,890.50 |
| Potential Award Amount | $3,338,890.50 |

🔲 View Transaction History

**Ex. 5**
**31 of 46**

AWARD PROFILE
## Contract Summary



[View transactions table](#)

### 🟤 Federal Accounts

| Federal Account | Combined Obligated Amount | Percent of Total | Funding Agency |
|---|---|---|---|
| PENTAGON RESERVATION MAINTENANCE REV... | $13,576 | 100% | (DOD) DEPARTMENT OF DEFENSE |

NOTE: Result count may differ between treemap view and table view. Treemap view only displays accounts with a positive combined obligated amount, while table view displays all accounts.

Ex. 5
32 of 46

AWARD PROFILE
## Contract Summary

| | |
|---|---|
| Total Funding Obligated | $13,576.25 |
| Total Count of Funding Agencies | 1 |
| Total Count of Awarding Agencies | 1 |
| Total Count of Federal Accounts | 1 |

⊞ View federal funding submissions

↺ **Award History** ⓘ

| **Transaction History** 5 ⓘ | Sub-Awards 0 ⓘ | Federal Account Funding 1 ⓘ |

| Modification Number ⇅ | Action Date ⇅ | Amount ⇅ | Action Type ⬆ | Transaction Description ⇅ |
|---|---|---|---|---|
| 0 | 09/27/2018 | $3,226,522 | -- | IGF::OT::IGF - SECURITY UPGRADES AT PORTAL D CONSTRUCTION PROJECT FOR R... |
| P00004 | 08/03/2020 | $98,793 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | SECURITY UPGRADES AT PORTAL D CONSTRUCTION PROJECT FOR RAVEN ROCK M... |
| P00003 | 05/22/2020 | $13,576 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | SECURITY UPGRADES AT PORTAL D CONSTRUCTION PROJECT FOR RAVEN ROCK M... |
| P00001 | 12/21/2018 | $0 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | SECURITY UPGRADES AT PORTAL D. |
| P00002 | 03/03/2020 | $0 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | SECURITY UPGRADES AT PORTAL D CONSTRUCTION PROJECT FOR RAVEN ROCK M... |

ⓘ **Additional Information**

Expand All

🔲 Unique Award Key

**Ex. 5** ❯
**33 of 46**

AWARD PROFILE
## Contract Summary                                                                               ›

🖧  Parent Award Details                                                                          ›

📍  Place Of Performance                                                                          ›

📅  Period Of Performance                                                                         ›

✏️  Legislative Mandates                                                                          ›

🏢  Recipient Details                                                                             ›

🏷️  Acquisition Details                                                                          ›

📊  Competition Details                                                                           ›

•••  Additional Details                                                                           ›

👤  Executive Compensation                                                                        ›

## Stay in touch

### Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

**Share Now** →

**Ex. 5**
**34 of 46**

AWARD PROFILE
## Contract Summary

Access specialized training videos on how to use our tools and data.

**Learn More** →

## Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

**Sign Up** →



## Building a more transparent government.

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|-------|------|---------------|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2023 USAspending.gov

**Ex. 5**
**35 of 46**



**New congressional district data available**

USASpending.gov now has new congressional district data as a result of the 2020 census. Districts are identified sitewide as "current" or "submitted" (i.e., original). Learn more about redistricting and the changes you'll find on the site.

✕

---

🇺🇸 An official website of the United States government
Here's how you know ⌄

  ☰

AWARD PROFILE
## Contract Summary



### Delivery Order (DO)

**PIID** HQ003420F0017
**Completed**

Unlinked Award

**Awarding Agency**

**Department of Defense (DOD)**

**Recipient**

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ
DUMFRIES, VA 22026-2356
UNITED STATES
Congressional District: VA-07 

**Related Awards** ⓘ

Parent Award Unique Key
CONT_IDV_HQ003414D0005_9700

**Dates** ⓘ

⬤━━━━━━━━━━━━━━━━━━━━⬤

Start Date

Dec 12, 2019

**Ex. 5**
**36 of 46**

Current End Date      Nov 30, 2020
Potential End Date    Nov 30, 2020

## $ Award Amounts     ⓘ



## 💬 Description     ⓘ

PENTAGON ATHLETIC CENTER BEAM 9E SHORING, OVERBURDEN REMOVAL, AND SHORING MONITORING SERVICES

**North American Industry Classification System (NAICS) Code** 🔗

23 : Construction

   2362: Nonresidential Building Construction

      **236220: Commercial and Institutional Building Construction**

**Product or Service Code (PSC)** 🔗

SERVICES

   Y: CONSTRUCT OF STRUCTURES/FACILITIES

      Y1: CONSTRUCTION OF BUILDINGS

         **Y1AA: CONSTRUCTION OF OFFICE BUILDINGS**

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $1,600,664.00 |
| Current Award Amount | $1,600,664.00 |
| Potential Award Amount | $1,627,520.00 |

⊞ View Transaction History

## 📊 Contract Activity     ⓘ

**Ex. 5**
**37 of 46**



View transactions table

🥧 Federal Accounts ⓘ

⚠️ This award has not been linked to any federal account.

🕓 Award History ⓘ

| Transaction History 4 ⓘ | Sub-Awards 3 ⓘ | Federal Account Funding 0 ⓘ |

| Modification Number ⬍ | Action Date ⬍ | Amount ⬍ | Action Type ⬍ | Transaction Description ⬍ |
|---|---|---|---|---|
| 0 | 12/11/2019 | $1,609,392 | -- | PENTAGON ATHLETIC CENTER BEAM 9E SHORING, OVERBURDEN REMOVAL, AND S… |
| P00001 | 12/18/2019 | $0 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | PENTAGON ATHLETIC CENTER BEAM 9E SHORING, OVERBURDEN REMOVAL, AND S… |
| P00003 | 02/02/2021 | -$8,728 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | PENTAGON ATHLETIC CENTER BEAM 9E SHORING, OVERBURDEN REMOVAL, AND S… |
| P00002 | 03/26/2020 | $0 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | PENTAGON ATHLETIC CENTER BEAM 9E SHORING, OVERBURDEN REMOVAL, AND S… |

**Ex. 5**
**38 of 46**

### ℹ Additional Information

Expand All

🔒 Unique Award Key ›

🏛 Agency Details ›

⛓ Parent Award Details ›

📍 Place Of Performance ›

📅 Period Of Performance ›

✏ Legislative Mandates ›

🏢 Recipient Details ›

🏷 Acquisition Details ›

📊 Competition Details ›

••• Additional Details ›

👤 Executive Compensation ›

**Ex. 5**
**39 of 46**

## Stay in touch

### Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

### Sign up for release notes

Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →



## Building a more transparent government.

Providing publicly accessible and searchable data on what the
federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|---|---|---|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

Accessibility    |    Privacy Policy    |    Freedom of Information Act    |    D&B Information

© 2023 USAspending.gov

**Ex. 5**
**40 of 46**

AWARD PROFILE
## Contract Summary



**congressional district data available**

USAspending.gov now has new congressional district data as a result of the 2020 census. Districts are identified sitewide as "current" or "submitted" (i.e., original). Learn more about redistricting and the changes you'll find on the site.

---

🇺🇸 An official website of the United States government

Here's how you know ⌄

 **USASPENDING**.gov ☰

## Delivery Order (DO)

**PIID**  HQ003419F0697

**Completed**

Unlinked Award

### Awarding Agency

**Department of Defense (DOD)**

### Recipient

**ATHENA CONSTRUCTION GROUP, INC.**

18031 DUMFRIES SHOPPING PLZ

**Related Awards** ⓘ

Parent Award Unique Key

CONT_IDV_HQ003414D0005_9700

**Dates** ⓘ

**Ex. 5**
**41 of 46**

AWARD PROFILE
## Contract Summary

|  |  |
|---|---|
|  | Sep 26, 2019 |
| Current End Date | Dec 11, 2020 |
| Potential End Date | Dec 11, 2020 |

**$ Award Amounts** 

💬 **Description**

MEF ROOF REPLACEMENT

**North American Industry Classification System (NAICS) Code**

23 : Construction

2362: Nonresidential Building Construction

**236220: Commercial and Institutional Building Construction**

**Product or Service Code (PSC)**

SERVICES

Y: CONSTRUCT OF STRUCTURES/FACILITIES

Y1: CONSTRUCTION OF BUILDINGS

**Y1AA: CONSTRUCTION OF OFFICE BUILDINGS**

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $2,198,500.92 |
| Current Award Amount | $2,198,500.92 |
| Potential Award Amount | $2,198,500.92 |

⊞ View Transaction History

**Ex. 5**
**42 of 46**



AWARD PROFILE
## Contract Summary



Start
Current End
Potential End

View transactions table

 **Federal Accounts**

 **This award has not been linked to any federal account.**

🕓 **Award History**

**Ex. 5**
**43 of 46**

Case 1:18-cv-02080-APM Document 135-15 Filed 10/24/23 Page 44 of 46

AWARD PROFILE

## Contract Summary

| Modification Number | Action Date | Amount | Action Type | Transaction Description |
|---|---|---|---|---|
| 0 | 09/25/2019 | $1,998,373 | -- | MEF ROOF REPLACEMENT |
| P00001 | 12/17/2019 | $0 | A: ADDITIONAL WORK (NEW AGREEMENT, JUSTIFICATION R... | MEF ROOF REPLACEMENT |
| P00005 | 08/19/2020 | $174,392 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | METRO ENTRANCE FACILITY ROOF REPLACEMENT |
| P00003 | 05/28/2020 | $0 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | METRO ENTRANCE FACILITY ROOF REPLACEMENT |
| P00006 | 09/11/2020 | $21,409 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | METRO ENTRANCE FACILITY ROOF REPLACEMENT |
| P00007 | 10/20/2020 | $0 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | METRO ENTRANCE FACILITY ROOF REPLACEMENT |
| P00004 | 08/10/2020 | $0 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | METRO ENTRANCE FACILITY ROOF REPLACEMENT |
| P00008 | 12/08/2020 | $4,327 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | METRO ENTRANCE FACILITY ROOF REPLACEMENT |
| P00002 | 02/14/2020 | $0 | M: OTHER ADMINISTRATIVE ACTION | MEF ROOF REPLACEMENT |

---

ℹ **Additional Information**

Expand All

🔎 Unique Award Key      ›

🏛 Agency Details      ›

🖧 Parent Award Details      ›

📍 Place Of Performance      ›

**Ex. 5**
**44 of 46**

AWARD PROFILE

# Contract Summary ›

✏️ Legislative Mandates ›

🏢 Recipient Details ›

🏷️ Acquisition Details ›

📊 Competition Details ›

••• Additional Details ›

👤 Executive Compensation ›

## Stay in touch

### Share your story

Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

### Learn how to use USAspending

Access specialized training videos on how to use our tools and data.

Learn More →

### Sign up for release notes

**Ex. 5**

**45 of 46**

AWARD PROFILE

## Contract Summary



Building a more transparent government.

Providing publicly accessible and searchable data on what the
federal government spends each year.

ABOUT        HELP        RELATED SITES

Mission        FAQs        Fiscal Data

Community        Bureau of the Fiscal Service

Email Us

Accessibility   |   Privacy Policy   |   Freedom of Information Act   |   D&B Information

© 2023 USAspending.gov

**Ex. 5**
**46 of 46**