# EXHIBIT M

No. 18-cv-2080 (APM)



Case 1:18-cv-02080-APM   Document 161-6   Filed 10/24/23   Page 3 of 7

Current End Date    Jun 30, 2016
Potential End Date    Jun 30, 2016

## $ Award Amounts

### 💬 Description

PENTAGON SOUTH PARKING LIGHTING UPGRADE

**North American Industry Classification System (NAICS) Code**
23 : Construction
 2362: Nonresidential Building Construction
  236220: Commercial and Institutional Building Construction

**Product or Service Code (PSC)**
SERVICES
 Y: CONSTRUCT OF STRUCTURES/FACILITIES
  Y1: CONSTRUCTION OF BUILDINGS
   Y1AA: CONSTRUCTION OF OFFICE BUILDINGS

| | |
|---|---|
| Outlayed Amount | $0.00 |
| Obligated Amount | $3,194,833.40 |
| Current Award Amount | $3,194,833.40 |
| Potential Award Amount | $3,194,833.40 |

View Transaction History

## 📊 Contract Activity

Ex. 6
3 of 7



Case 1:18-cv-02080-APM    Document 167-16    Filed 10/24/23    Page 5 of 7

| 6 | 03/17/2016 | $0 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | IGF::OT::IGF PENTAGON SOUTH PARKING LIGHTING UPGRADE |
| 7 | 06/28/2016 | $91,959 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | IGF::OT::IGF PENTAGON SOUTH PARKING LIGHTING UPGRADE |
| 8 | 07/24/2018 | -$271 | B: SUPPLEMENTAL AGREEMENT FOR WORK WITHIN SCOPE | IGF::OT::IGF DE-OBLIGATE EXCESS FUNDS FOR CLOSEOUT |

### Additional Information

Expand All

- Unique Award Key
- Agency Details
- Parent Award Details
- Place Of Performance
- Period Of Performance
- Legislative Mandates

Ex. 6
5 of 7

10/17/23, 3:02 PM	CONTRACT to ATHENA CONSTRUCTION GROUP, INC. | USAspending

🏢 Recipient Details	›

🏷️ Acquisition Details	›

📊 Competition Details	›

••• Additional Details	›

👤 Executive Compensation	›

## Stay in touch

### Share your story
Love USAspending.gov? Join the "Your Data, Your Story" campaign to share how you use the data!

Share Now →

### Learn how to use USAspending
Access specialized training videos on how to use our tools and data.

Learn More →

### Sign up for release notes
Get release notes to your inbox to keep up with what's new on USAspending.gov.

Sign Up →

**Ex. 6**
**6 of 7**

CONTRACT to ATHENA CONSTRUCTION GROUP, INC. | USAspending

**Building a more transparent government.**

Providing publicly accessible and searchable data on what the federal government spends each year.

| ABOUT | HELP | RELATED SITES |
|---|---|---|
| Mission | FAQs | Fiscal Data |
| | Community | Bureau of the Fiscal Service |
| | Email Us | |

Accessibility | Privacy Policy | Freedom of Information Act | D&B Information

© 2023 USAspending.gov

**Ex. 6**
**7 of 7**