# EXHIBIT N

No. 18-cv-2080 (APM)

# Application and Certificate for Payment

**AIA DOCUMENT G702**

| | | |
|---|---|---|
| TO  WHS<br>1155 Defense Pentagon<br>Washington DC 20301 | PROJECT:<br>SUBCONTRACT #: | Pentagon Lighting South Parking Upgrade |
| FROM<br>SUBCONTRACTOR: Athena Construction Group<br>18031 Dumfries Shopping Plaza<br>Dumfries, VA 22026 | | FINAL COPY |

APPLICATION NO: 1
APPLICATION DATE: 12/27/2014
PERIOD TO: 12/31/2014
SUBCONTRACT DATE: 9/29/2014
PROJECT NO: HQ003414D00050002

Distribution To:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐ FIELD
☐ OTHER

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract.
Document G703, is attached.

Continuation Sheet, AIA

| | | |
|---|---|---|
| 1. ORIGINAL SUBCONTRACT SUM | $ | 2,401,200.00 |
| 2. Net change by Change Orders | $ | - |
| 3. SUBCONTRACT SUM TO DATE (Line 1 ± 2) | $ | 2,401,200.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 84,137.40 |
| 5. RETAINAGE: | | |
| a. 0% of Completed Work (Column D + E on G703) | $ | - |
| b. 10% of Stored Material (Column F on G703) | $ | - |
| Total Retainage (Lines 5a + 5b or Total in Column 1 of G703) | $ | - |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 84,137.40 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $ | - |
| 8. CURRENT PAYMENT DUE | $ | 84,137.40 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 2,317,062.60 |

The undersigned certifies that to the best of the s Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Subcontract Documents, that all amounts have been paid by the Subcontractor for Work for which previous Certificates for Payment were issued and payments received from the Contractor, and that current payment shown herein is now due.

SUBCONTRACTOR: Athena Construction Group

By: [signature]

State of: Virginia   County of: Prince William

Subscribed and sworn to before me this 5 of February, ~~2014~~ 2015

Notary Public: KAREN ANTONIA PAPA

My Commission expires: 6-30-2018

[Notary seal: KAREN ANTONIA PAPA, NOTARY PUBLIC, REG #7343099, COMMONWEALTH OF VIRGINIA]

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ - | $ - |
| Total approved this Month | $ - | $ - |
| TOTALS | $ - | $ - |
| NET CHANGES by Change Order | $ - | |

# Application and Certificate for Payment

**AIA DOCUMENT G702**

| TO | WHS<br>1155 Defense Pentagon<br>Washington DC 20301 | PROJECT:<br>SUBCONTRACT #: | Pentagon Lighting South Parking Upgrade | APPLICATION NO: 2<br>APPLICATION DATE: 1/28/2015<br>PERIOD TO: 1/31/2015 | Distribution To:<br>☐ OWNER<br>☐ ARCHITECT |
|---|---|---|---|---|---|
| FROM<br>SUBCONTRACTOR: | Athena Construction Group<br>18031 Dumfries Shopping Plaza<br>Dumfries, VA 22026 | | FINAL COPY | SUBCONTRACT DATE: 9/29/2014<br>PROJECT NO: HQ003414D00050002 | ☐ CONTRACTOR<br>☐ FIELD<br>☐ OTHER |

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL SUBCONTRACT SUM | $ | 2,401,200.00 |
| 2. Net change by Change Orders | $ | - |
| 3. SUBCONTRACT SUM TO DATE (Line 1 ± 2) | $ | 2,401,200.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 116,514.20 |
| 5. RETAINAGE: | | |
|    a. 0% of Completed Work (Column D + E on G703) | $ | - |
|    b. 10% of Stored Material (Column F on G703) | $ | - |
|    Total Retainage (Lines 5a + 5b or Total in Column 1 of G703) | $ | - |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 116,514.20 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | | $84,137.00 |
| 8. CURRENT PAYMENT DUE | $ | 32,377.20 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 2,284,685.80 |

The undersigned certifies that to the best of the s Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Subcontract Documents, that all amounts have been paid by the Subcontractor for Work for which previous Certificates for Payment were issued and payments received from the Contractor, and that current payment shown herein is now due.

SUBCONTRACTOR: Athena Construction Group

By: [signature]

State of: Virginia   County of: Prince William

Subscribed and sworn to before me this 23 of February, 2014

Notary Public: Karen Antonia Papa

My Commission expires: 6-30-2018

[Notary Seal: KAREN ANTONIA PAPA, NOTARY PUBLIC, REG #7343099, COMMONWEALTH OF VIRGINIA]

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ - | $ - |
| Total approved this Month | $ - | $ - |
| TOTALS | $ - | $ - |
| NET CHANGES by Change Order | $ - | |

## Application and Certificate for Payment

**AIA DOCUMENT G702**

| | |
|---|---|
| TO: WHS<br>1155 Defense Pentagon<br>Washington DC 20301 | PROJECT: Pentagon Lighting South Parking Upgrade<br>SUBCONTRACT #: |
| FROM<br>SUBCONTRACTOR: Athena Construction Group<br>18031 Dumfries Shopping Plaza<br>Dumfries, VA 22026 | FINAL COPY |

APPLICATION NO: 3
APPLICATION DATE: 2/25/2015
PERIOD TO: 2/28/2015
SUBCONTRACT DATE: 9/29/2014
PROJECT NO: HQ003414D00050002

Distribution To:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐ FIELD
☐ OTHER

### SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract.
Document G703, is attached.

Continuation Sheet, AIA

| | | |
|---|---|---|
| 1. ORIGINAL SUBCONTRACT SUM | $ | 2,401,200.00 |
| 2. Net change by Change Orders | $ | - |
| 3. SUBCONTRACT SUM TO DATE (Line 1 ± 2) | $ | 2,401,200.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 162,277.00 |
| 5. RETAINAGE: | | |
| a. 0% of Completed Work (Column D + E on G703) | $ | - |
| b. 10% of Stored Material (Column F on G703) | $ | - |
| Total Retainage (Lines 5a + 5b or Total in Column 1 of G703) | $ | - |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 162,277.00 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | | $116,514.00 |
| 8. CURRENT PAYMENT DUE | $ | 45,763.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 2,238,923.00 |

The undersigned certifies that to the best of the Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Subcontract Documents, that all amounts have been paid by the Subcontractor for Work for which previous Certificates for Payment were issued and payments received from the, Contractor, and that current payment shown herein is now due.

SUBCONTRACTOR: Athena Construction Group

By: _(signature)_

State of: Virginia   County of: Prince William

Subscribed and sworn to before me this 11 of March, 2015

_(signature)_
Notary Public: KAREN ANTONIA PAPA
My Commission expires: 6-30-2018

_(notary stamp: KAREN ANTONIA PAPA, NOTARY PUBLIC, REG. #7343099, COMMONWEALTH OF VIRGINIA)_

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ - | $ - |
| Total approved this Month | $ - | $ - |
| TOTALS | $ - | $ - |
| NET CHANGES by Change Order | $ - | |

ACG-0000753

Ex. 7
4 of 15

# Application and Certificate for Payment

**AIA DOCUMENT G702**

ACG-0000789

TO  WHS
1155 Defense Pentagon
Washington DC 20301

FROM
SUBCONTRACTOR: Athena Construction Group
18031 Dumfries Shopping Plaza
Dumfries, VA 22026

PROJECT: Pentagon Lighting South Parking Upgrade
SUBCONTRACT #:

FINAL COPY

APPLICATION NO: 4
APPLICATION DATE: 3/19/2015
PERIOD TO: 3/31/2015
SUBCONTRACT DATE: 9/29/2014
PROJECT NO: HQ003414D00050002

Distribution To:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐ FIELD
☐ OTHER

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract.
Document G703, is attached.

Continuation Sheet, AIA

| | | |
|---|---|---|
| 1. ORIGINAL SUBCONTRACT SUM | $ | 2,401,200.00 |
| 2. Net change by Change Orders | $ | - |
| 3. SUBCONTRACT SUM TO DATE (Line 1 ± 2) | $ | 2,401,200.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 183,415.75 |
| 5. RETAINAGE: | | |
| a.  0% of Completed Work | $ | - |
| (Column D + E on G703) | | |
| b.  10% of Stored Material | $ | - |
| (Column F on G703) | | |
| Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ | - |
| 6. TOTAL EARNED LESS RETAINAGE | $ | 183,415.75 |
| (Line 4 Less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | | $162,277.00 |
| (Line 6 from prior Certificate) | | |
| 8. CURRENT PAYMENT DUE | $ | 21,138.75 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | |
| (Line 3 less Line 6) | $ | 2,217,784.25 |

The undersigned certifies that to the best of the Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Subcontract Documents, that all amounts have been paid by the Subcontractor for Work for which previous Certificates for Payment were issued and payments received from the Contractor, and that current payment shown herein is now due.

SUBCONTRACTOR: Athena Construction Group, Inc.

By: _[signature]_

State of: Virginia  County of: Prince William

Subscribed and sworn to before me this 30 of March, 2014

_[signature] Karen Antonia Papa_

Notary Public: 6-30-2018
My Commission expires:

[Notary Seal: KAREN ANTONIA PAPA, NOTARY PUBLIC, REG #7343099, COMMONWEALTH OF VIRGINIA]

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ - | $ - |
| Total approved this Month | $ - | $ - |
| TOTALS | $ - | $ - |
| NET CHANGES by Change Order | $ - | |

# Application and Certificate for Payment

**AIA DOCUMENT G702**

TO: WHS
1155 Defense Pentagon
Washington DC 20301

FROM SUBCONTRACTOR: Athena Construction Group
18031 Dumfries Shopping Plaza
Dumfries, VA 22026

PROJECT: Pentagon Lighting South Parking Upgrade
SUBCONTRACT #:

PENCIL COPY

APPLICATION NO: 5
APPLICATION DATE: 4/27/2015
PERIOD TO: 4/30/2015
SUBCONTRACT DATE: 9/29/2014
PROJECT NO: HQ003414D00050002

Distribution To:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐ FIELD
☐ OTHER

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL SUBCONTRACT SUM | $ | 2,401,200.00 |
| 2. Net change by Change Orders | $ | - |
| 3. SUBCONTRACT SUM TO DATE (Line 1 ± 2) | $ | 2,401,200.00 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 259,739.00 |
| 5. RETAINAGE: | | |
| a. 0% of Completed Work (Column D + E on G703) | $ | - |
| b. 10% of Stored Material (Column F on G703) | $ | - |
| Total Retainage (Lines 5a + 5b or Total in Column 1 of G703) | $ | - |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 259,739.00 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | | $183,415.00 |
| 8. CURRENT PAYMENT DUE | $ | 76,324.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 2,141,461.00 |

The undersigned certifies that to the best of the Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Subcontract Documents, that all amounts have been paid by the Subcontractor for Work for which previous Certificates for Payment were issued and payments received from the Contractor, and that current payment shown herein is now due.

SUBCONTRACTOR: Athena Construction Group, Inc.

By: _____

State of: _____ County of: _____

Subscribed and sworn to before me this ____ of ____, 2014

Notary Public: _____
My Commission expires: _____

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ - | $ - |
| Total approved this Month | $ - | $ - |
| TOTALS | $ - | $ - |
| NET CHANGES by Change Order | $ - | |

ACG-0000795

Ex. 7
6 of 15

# Application and Certificate for Payment

*AIA DOCUMENT G702*

| TO | WHS |
| --- | --- |
| | 1155 Defense Pentagon |
| | Washington DC 20301 |
| FROM | |
| SUBCONTRACTOR: | Athena Construction Group |
| | 18031 Dumfries Shopping Plaza |
| | Dumfries, VA 22026 |

PROJECT: Pentagon Lighting South Parking Upgrade
SUBCONTRACT #:

FINAL COPY

APPLICATION NO: 6
APPLICATION DATE: 5/27/2015
PERIOD TO: 5/30/2015
SUBCONTRACT DATE: 9/29/2014
PROJECT NO: HQ003414D00050002

Distribution To:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐ FIELD
☐ OTHER

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract.
Document G703, is attached.

Continuation Sheet, AIA

The undersigned certifies that to the best of the Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Subcontract Documents, that all amounts have been paid by the Subcontractor for Work for which previous Certificates for Payment were issued and payments received from the Contractor, and that current payment shown herein is now due.

| | | |
| --- | --- | --- |
| 1. ORIGINAL SUBCONTRACT SUM | $ | 2,401,200 |
| 2. Net change by Change Orders | $ | - |
| 3. SUBCONTRACT SUM TO DATE (Line 1 ± 2) | $ | 2,401,200 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 624,987 |
| 5. RETAINAGE: | | |
|     a. 10% of Completed Work    $ 44,157 | | |
|         (Column D + E on G703) | | |
|     b. 0% of Stored Material    $ - | | |
|         (Column F on G703) | | |
|     Total Retainage (Lines 5a + 5b or Total in Column 1 of G703) | $ | 44,157 |
| 6. TOTAL EARNED LESS RETAINAGE | $ | 580,830 |
|     (Line 4 Less Line 5 Total) | | |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT | | $222,256 |
|     (Line 6 from prior Certificate) | | |
| 8. CURRENT PAYMENT DUE | $ | 358,574 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE | | |
|     (Line 3 less Line 6)    $ 1,820,370 | | |

SUBCONTRACTOR: Athena Construction Group, Inc.

By: _____

State of: Virginia    County of: Prince William

Subscribed and sworn to before me this _____ of _____, 2014

_____
Notary Public:
My Commission expires:

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
| --- | --- | --- |
| Total changes approved in previous months by Owner | $ - | $ - |
| Total approved this Month | $ - | $ - |
| TOTALS | $ - | $ - |
| NET CHANGES by Change Order | $ - | |

ACG-0000836

# Application and Certificate for Payment

**AIA DOCUMENT G702**

| | | |
|---|---|---|
| TO WHS<br>1155 Defense Pentagon<br>Washington DC 20301 | PROJECT: Pentagon Lighting South Parking Upgrade<br>SUBCONTRACT #: | APPLICATION NO: 7<br>APPLICATION DATE: 6/27/2015<br>PERIOD TO: 6/30/2015 |
| FROM<br>SUBCONTRACTOR: Athena Construction Group<br>18031 Dumfries Shopping Plaza<br>Dumfries, VA 22026 | FINAL COPY | SUBCONTRACT DATE: 9/29/2014<br>PROJECT NO: HQ003414D00050002 |

Distribution To:
- [ ] OWNER
- [ ] ARCHITECT
- [ ] CONTRACTOR
- [ ] FIELD
- [ ] OTHER

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract.
Continuation Sheet, AIA Document G703, is attached.

The undersigned certifies that to the best of the Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Subcontract Documents, that all amounts have been paid by the Subcontractor for Work for which previous Certificates for Payment were issued and payments received from the Contractor, and that current payment shown herein is now due.

| | | |
|---|---|---|
| 1. ORIGINAL SUBCONTRACT SUM | $ | 2,401,200 |
| 2. Net change by Change Orders | $ | - |
| 3. SUBCONTRACT SUM TO DATE (Line 1 ± 2) | $ | 2,401,200 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 1,030,595 |
| 5. RETAINAGE: | | |
|    a. 10% of Completed Work (Column D + E on G703) | $ | 84,718 |
|    b. 0% of Stored Material (Column F on G703) | $ | - |
|    Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ | 84,718 |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 945,877 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | | $580,830 |
| 8. CURRENT PAYMENT DUE | $ | 365,047 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 1,455,323 |

SUBCONTRACTOR: Athena Construction Group, Inc.

By: _____

State of: Virginia     County of: Prince William

Subscribed and sworn to before me this _____ of _____, 2015

_____
Notary Public:
My Commission expires:

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ - | $ - |
| Total approved this Month | $ - | $ - |
| TOTALS | $ - | $ - |
| NET CHANGES by Change Order | $ - | |

ACG-0000849

Ex. 7
8 of 15

# Application and Certificate for Payment

**AIA DOCUMENT G702**

TO: WHS
1155 Defense Pentagon
Washington DC 20301

FROM SUBCONTRACTOR: Athena Construction Group
18031 Dumfries Shopping Plaza
Dumfries, VA 22026

PROJECT: Pentagon Lighting South Parking Upgrade
SUBCONTRACT #:

FINAL COPY

APPLICATION NO: 8
APPLICATION DATE: 7/27/2015
PERIOD TO: 7/31/2015
SUBCONTRACT DATE: 9/29/2014
PROJECT NO: HQ003414D00050002

Distribution To:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐ FIELD
☐ OTHER

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet, AIA Document G703, is attached.

1. ORIGINAL SUBCONTRACT SUM — $ 2,401,200 ~~3,060,497~~
2. Net change by Change Orders — $ 659,297.00
3. SUBCONTRACT SUM TO DATE (Line 1 ± 2) — $ 3,060,497 ~~3,719,794~~
4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) — $ 1,900,511 ~~1,901,908~~
5. RETAINAGE:
   a. 10% of Completed Work — $ 171,709 ~~171,849~~
      (Column D + E on G703)
   b. 0% of Stored Material — $ —
      (Column F on G703)

   handwritten: 171,709 = (1,900,511 − 183,415.75) = 1,717,095.25 × 10%

   Total Retainage (Lines 5a + 5b or Total in Column I of G703) — $ 171,709 ~~171,849~~
6. TOTAL EARNED LESS RETAINAGE — $ 1,728,802 ~~(1,730,058)~~
   (Line 4 Less Line 5 Total)
7. LESS PREVIOUS CERTIFICATES FOR PAYMENT — 945,377 ~~$945,873~~
   (Line 6 from prior Certificate)
8. CURRENT PAYMENT DUE — $ 784,185
9. BALANCE TO FINISH, INCLUDING RETAINAGE — $ ~~1,989,736~~ 1,331,695   782,925
   (Line 3 less Line 6)

The undersigned certifies that to the best of the Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Subcontract Documents, that all amounts have been paid by the Subcontractor for Work for which previous Certificates for Payment were issued and payments received from the Contractor, and that current payment shown herein is now due.

SUBCONTRACTOR: Athena Construction Group, Inc.

By: _____

State of: Virginia   County of: Prince William

Subscribed and sworn to before me this ____ of ____, 2015

Notary Public: _____
My Commission expires: _____

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ - | $ - |
| Total approved this Month | $659,297 | $ - |
| TOTALS | $ 659,297.00 | $ - |
| NET CHANGES by Change Order | $ | 659,297.00 |

ACG-0000615

# Application and Certificate for Payment

**AIA DOCUMENT G702**

TO  WHS
  1155 Defense Pentagon
  Washington DC 20301

FROM
SUBCONTRACTOR: Athena Construction Group
  18031 Dumfries Shopping Plaza
  Dumfries, VA 22026

PROJECT: Pentagon Lighting South Parking Upgrade
SUBCONTRACT #:

FINAL COPY

APPLICATION NO: 9
APPLICATION DATE: 8/27/2015
PERIOD TO: 8/31/2015
SUBCONTRACT DATE: 9/29/2014
PROJECT NO: HQ003414D00050002

Distribution To:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐ FIELD
☐ OTHER

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract.
Document G703, is attached.

Continuation Sheet, AIA

The undersigned certifies that to the best of the s Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Subcontract Documents, that all amounts have been paid by the Subcontractor for Work for which previous Certificates for Payment were issued and payments received from the, Contractor, and that current payment shown herein is now due.

| Line | Description | Amount |
|---|---|---|
| 1. | ORIGINAL SUBCONTRACT SUM | $ 2,401,200 |
| 2. | Net change by Change Orders | $ 659,297.00 |
| 3. | SUBCONTRACT SUM TO DATE (Line 1 ± 2) | $ 3,060,497 |
| 4. | TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ 2,369,573 |
| 5. | RETAINAGE: | |
|  | a. 10% of Completed Work (Column D + E on G703) | $ 218,616 |
|  | b. 0% of Stored Material (Column F on G703) | $ - |
|  | Total Retainage (Lines 5a + 5b or Total in Column I of G703) | $ 218,616 |
| 6. | TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ 2,150,957 |
| 7. | LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | $1,728,798 |
| 8. | CURRENT PAYMENT DUE | $ 422,159 |
| 9. | BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ 909,540 |

SUBCONTRACTOR: Athena Construction Group, Inc.

By:

State of: Virginia    County of: Prince William

Subscribed and sworn to before me this _____ of _____, 2015

Notary Public:
My Commission expires:

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ - | $ - |
| Total approved this Month | $659,297 | $ - |
| TOTALS | $ 659,297.00 | $ - |
| NET CHANGES by Change Order | $ | 659,297.00 |

ACG-0000897

Ex. 7
10 of 15

# Application and Certificate for Payment

**AIA DOCUMENT G702**

TO  WHS
1155 Defense Pentagon
Washington DC 20301

FROM
SUBCONTRACTOR: Athena Construction Group
18031 Dumfries Shopping Plaza
Dumfries, VA 22026

PROJECT: Pentagon Lighting South Parking Upgrade
SUBCONTRACT #:

FINAL COPY

APPLICATION NO: 10
APPLICATION DATE: 9/27/2015
PERIOD TO: 9/30/2015

SUBCONTRACT DATE: 9/29/2014
PROJECT NO: HQ003414D00050002

Distribution To:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐ FIELD
☐ OTHER

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract.
Document G703, is attached.

Continuation Sheet, AIA

The undersigned certifies that to the best of the Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Subcontract Documents, that all amounts have been paid by the Subcontractor for Work for which previous Certificates for Payment were issued and payments received from the, Contractor, and that current payment shown herein is now due.

| | | |
|---|---|---|
| 1. ORIGINAL SUBCONTRACT SUM | $ | 2,401,200 |
| 2. Net change by Change Orders | $ | 659,297.00 |
| 3. SUBCONTRACT SUM TO DATE (Line 1 ± 2) | $ | 3,060,497 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 2,679,461 |

SUBCONTRACTOR: Athena Construction Group, Inc.

By:

State of: Virginia    County of: Prince William

Subscribed and sworn to before me this _____ of _____, 2015

5. RETAINAGE:
a. 10% of Completed Work    $ 138,959.60
(Column D + E on G703)
b. 0% of Stored Material    $ -
(Column F on G703)
Total Retainage (Lines 5a + 5b or Total in Column I of G703)    $ 138,959.60

6. TOTAL EARNED LESS RETAINAGE    $ 2,540,501
(Line 4 Less Line 5 Total)

7. LESS PREVIOUS CERTIFICATES FOR PAYMENT    $2,147,349
(Line 6 from prior Certificate)

8. CURRENT PAYMENT DUE    $ 393,152

9. BALANCE TO FINISH, INCLUDING RETAINAGE
(Line 3 less Line 6)    $ 519,996

Notary Public:
My Commission expires:

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $ - | $ - |
| Total approved this Month | $659,297 | $ - |
| TOTALS | $ 659,297.00 | $ - |
| NET CHANGES by Change Order | $ 659,297.00 | |

ACG-0000931

Ex. 7
11 of 15

# Application and Certificate for Payment

**AIA DOCUMENT G702**

TO: WHS
1155 Defense Pentagon
Washington DC 20301

FROM SUBCONTRACTOR: Athena Construction Group
18031 Dumfries Shopping Plaza
Dumfries, VA 22026

PROJECT: Pentagon Lighting South Parking Upgrade
SUBCONTRACT #:

FINAL COPY

APPLICATION NO: 11
APPLICATION DATE: 10/27/2015
PERIOD TO: 10/31/2015
SUBCONTRACT DATE: 9/29/2014
PROJECT NO: HQ003414D00050002

Distribution To:
☐ OWNER
☐ ARCHITECT
☐ CONTRACTOR
☐ FIELD
☐ OTHER

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract.
Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL SUBCONTRACT SUM | $ | 2,401,200 |
| 2. Net change by Change Orders | $ | 659,297.00 |
| 3. SUBCONTRACT SUM TO DATE (Line 1 ± 2) | $ | 3,060,497 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 3,060,497 |
| 5. RETAINAGE: | | |
| a. 10% of Completed Work (Column D + E on G703) | $ | - |
| b. 0% of Stored Material (Column F on G703) | $ | - |
| Total Retainage (Lines 5a + 5b or Total in Column 1 of G703) | $ | - |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 3,060,497 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | | $2,488,773 |
| 8. CURRENT PAYMENT DUE | $ | 571,724.42 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | - |

The undersigned certifies that to the best of the Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Subcontract Documents, that all amounts have been paid by the Subcontractor for Work for which previous Certificates for Payment were issued and payments received from the, Contractor, and that current payment shown herein is now due.

SUBCONTRACTOR: Athena Construction Group, Inc.

By: _____

State of: Virginia   County of: Prince William

Subscribed and sworn to before me this _____ of _____, 2015

_____
Notary Public:
My Commission expires:

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $659,297 | $ - |
| Total approved this Month | | $ - |
| TOTALS | $ 659,297.00 | $ - |
| NET CHANGES by Change Order | $ | 659,297.00 |
| Previous Held Retainage | $ | 151,426.00 |
| Approved Retainage Reduction | $ | (151,426.00) |
| New Retainage | $ | - |

ACG-000965

Ex. 7
12 of 15

# Application and Certificate for Payment

**AIA DOCUMENT G702**

| | | |
|---|---|---|
| TO  WHS<br>1155 Defense Pentagon<br>Washington DC 20301<br>FROM<br>SUBCONTRACTOR:  Athena Construction Group<br>18031 Dumfries Shopping Plaza<br>Dumfries, VA 22026 | **PROJECT:** Pentagon Lighting South Parking Upgrade<br>**SUBCONTRACT #:**<br><br>FINAL COPY | **APPLICATION NO:** 12<br>**APPLICATION DATE:** 11/27/2015<br>**PERIOD TO:** 11/30/2015<br><br>**SUBCONTRACT DATE:** 9/29/2014<br>**PROJECT NO:** HQ003414D00050002 |

Distribution To:
- [ ] OWNER
- [ ] ARCHITECT
- [ ] CONTRACTOR
- [ ] FIELD
- [ ] OTHER

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL SUBCONTRACT SUM | $ | 2,401,200 |
| 2. Net change by Change Orders | $ | 659,297.00 |
| 3. SUBCONTRACT SUM TO DATE (Line 1 ± 2) | $ | 3,060,497 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 3,033,929 |
| 5. RETAINAGE: | | |
| a. 10% of Completed Work (Column D + E on G703) | $0.00 | |
| b. 0% of Stored Material (Column F on G703) | $ - | |
| Total Retainage (Lines 5a + 5b or Total in Column 1 of G703) | $ | - |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 3,033,929 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | | $2,864,891.00 |
| 8. CURRENT PAYMENT DUE | $ | 169,038.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 26,568 |

The undersigned certifies that to the best of the s Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Subcontract Documents, that all amounts have been paid by the Subcontractor for Work for which previous Certificates for Payment were issued and payments received from the Contractor, and that current payment shown herein is now due.

SUBCONTRACTOR:  Athena Construction Group, Inc.

By: _____

State of:  Virginia      County of:  Prince William

Subscribed and sworn to before me this _____ of _____, 2015

Notary Public: _____

My Commission expires:

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $659,297 | $ - |
| Total approved this Month | | $ - |
| TOTALS | $ 659,297.00 | $ - |
| NET CHANGES by Change Order | $ | 659,297.00 |
| Previous Held Retainage | $ | 151,426.00 |
| Retainage Deducted | $ | 151,426.00 |
| New Retainage | $ | - |

ACG-0001033

Ex. 7
13 of 15

# Application and Certificate for Payment

**AIA DOCUMENT G702**

| | | |
|---|---|---|
| TO  WHS<br>1155 Defense Pentagon<br>Washington DC 20301 | PROJECT: Pentagon Lighting South Parking Upgrade<br>SUBCONTRACT #:<br><br>FINAL COPY | APPLICATION NO: 13<br>APPLICATION DATE: 11/27/2015<br>PERIOD TO: 11/30/2015 |
| FROM<br>SUBCONTRACTOR: Athena Construction Group<br>18031 Dumfries Shopping Plaza<br>Dumfries, VA 22026 | | SUBCONTRACT DATE: 9/29/2014<br>PROJECT NO: HQ003414D00050002 |

Distribution To:
- [ ] OWNER
- [ ] ARCHITECT
- [ ] CONTRACTOR
- [ ] FIELD
- [ ] OTHER

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract. Continuation Sheet, AIA Document G703, is attached.

| | | |
|---|---|---|
| 1. ORIGINAL SUBCONTRACT SUM | $ | 2,401,200 |
| 2. Net change by Change Orders | $ | 701,945.00 |
| 3. SUBCONTRACT SUM TO DATE (Line 1 ± 2) | $ | 3,103,145 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 3,076,577 |
| 5. RETAINAGE: | | |
| a. 10% of Completed Work (Column D + E on G703) | $0.00 | |
| b. 0% of Stored Material (Column F on G703) | $  - | |
| Total Retainage (Lines 5a + 5b or Total in Column 1 of G703) | $ | - |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 3,076,577 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | | $3,033,929.00 |
| 8. CURRENT PAYMENT DUE | $ | 42,648.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | $ | 26,568 |

The undersigned certifies that to the best of the Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Subcontract Documents, that all amounts have been paid by the Subcontractor for Work for which previous Certificates for Payment were issued and payments received from the Contractor, and that current payment shown herein is now due.

SUBCONTRACTOR: Athena Construction Group, Inc.

By: _____

State of: Virginia   County of: Prince William

Subscribed and sworn to before me this _____ of _____, 2015

Notary Public: _____

My Commission expires:

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $701,945 | $ - |
| Total approved this Month | | $ - |
| TOTALS | $ 701,945.00 | $ - |
| NET CHANGES by Change Order | $ | 701,945.00 |
| Previous Held Retainage | $ | - |
| Retainage Deducted | $ | - |
| New Retainage | $ | - |

ACG-0001052

Ex. 7
14 of 15

# Application and Certificate for Payment

**AIA DOCUMENT G702**

| | | |
|---|---|---|
| TO: WHS<br>1155 Defense Pentagon<br>Washington DC 20301 | PROJECT: Pentagon Lighting South Parking Upgrade<br>SUBCONTRACT #: | APPLICATION NO: 14<br>APPLICATION DATE: 6/27/2016<br>PERIOD TO: 6/30/2016 |
| FROM SUBCONTRACTOR: Athena Construction Group<br>18031 Dumfries Shopping Plaza<br>Dumfries, VA 22026 | FINAL COPY | SUBCONTRACT DATE: 9/29/2014<br>PROJECT NO: HQ003414D00050002 |

**Distribution To:**
- [ ] OWNER
- [ ] ARCHITECT
- [ ] CONTRACTOR
- [ ] FIELD
- [ ] OTHER

## SUBCONTRACTOR'S APPLICATION FOR PAYMENT

Application is made for payment, as shown below, in connection with the Subcontract.
G703, is attached.

Continuation Sheet, AIA Document

| | | |
|---|---|---|
| 1. ORIGINAL SUBCONTRACT SUM | $ | 2,401,200 |
| 2. Net change by Change Orders | | |
| 3. SUBCONTRACT SUM TO DATE (Line 1 ± 2) | $ | 2,401,200 |
| 4. TOTAL COMPLETED & STORED TO DATE (Column G on G703) | $ | 3,195,104 |
| 5. RETAINAGE: | | |
| a. 10% of Completed Work (Column D + E on G703) | $0.00 | |
| b. 0% of Stored Material (Column F on G703) | $ - | |
| Total Retainage (Lines 5a + 5b or Total in Column 1 of G703) | $ | - |
| 6. TOTAL EARNED LESS RETAINAGE (Line 4 Less Line 5 Total) | $ | 3,195,104 |
| 7. LESS PREVIOUS CERTIFICATES FOR PAYMENT (Line 6 from prior Certificate) | | $3,100,845.00 |
| 8. CURRENT PAYMENT DUE | $ | 94,259.00 |
| 9. BALANCE TO FINISH, INCLUDING RETAINAGE (Line 3 less Line 6) | | |

The undersigned certifies that to the best of the Subcontractor's knowledge, information and belief the Work covered by this Application for Payment has been completed in accordance with the Subcontract Documents, that all amounts have been paid by the Subcontractor for Work for which previous Certificates for Payment were issued and payments received from the Contractor, and that current payment shown herein is now due.

SUBCONTRACTOR: Athena Construction Group, Inc.

By: _____

State of: Virginia     County of: Prince William

Subscribed and sworn to before me this _____ of _____, 2016

Notary Public: _____

My Commission expires:

| CHANGE ORDER SUMMARY | ADDITIONS | DEDUCTIONS |
|---|---|---|
| Total changes approved in previous months by Owner | $701,945 | $ - |
| Total approved this Month | $91,959 | $ - |
| TOTALS | $ 793,904.00 | $ - |
| NET CHANGES by Change Order | $ | 793,904.00 |
| Previous Held Retainage | $ | - |
| Retainage Deducted | $ | - |
| New Retainage | $ | - |

ACG-0000403

Ex. 7
15 of 15