# EXHIBIT O

## No. 18-cv-2080 (APM)

### Detail Report

| | | | |
|---|---|---|---|
| Contract Number: | HQ003414D0005 | Status: | PAID |
| Delivery Order Number: | 0002 | | |
| Invoice Number: | 8 | Reason : | F |
| Shipment Number: | | Remarks : | IG |
| CLIN: | | Fuel Lift Date: | |
| ACRN: | | Quantity Paid: | .00 |
| Invoice Amount: | 782,925.00 | Unit Price: | .00 |
| Freight: | .00 | UM: | |
| Interest: | 568.16 | Issue Date: | 28-AUG-15 |
| Discount: | .00 | Received Date: | 28-AUG-15 |
| Tax Withheld: | .00 | Acceptance Date: | 28-AUG-15 |
| Adjustment 1: | .00 | Last Action Date: | |
| Adjustment 2: | .00 | Payment Due Date: | 11-SEP-15 |
| Invoice Amount Paid: | 782,925.00 | Actual Payment Date: | 21-SEP-15 |
| Check/EFT Amount: | 783,493.16 | Voucher Number: | 192330 |
| Interest Reason : | G | | |
| Adjustment Reason 1 : | | Trace Number: | 074036089000714 |
| Adjustment Reason 2 : | | Check Number: | |
| CAGE Code: | 4TZW5 | Currency: | US DOLLAR |
| DUNS Code: | 143133754 | Processing Site: | INDIANAPOLIS INDIANA |
| Account Number: | | DSSN: | 5570 |
| Payee Name: | | | |
| Address: | | | |
| Voucher Remarks: | | | |

◀◀ Back

ⓘ Help