IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLUMBIA

\- - - - - - - - - - - - - - - - - x
                               :

UNITED STATES OF AMERICA     :

ex rel. WILLIAM "BILL" SMITH,  :

           Plaintiffs,   :

vs.                            :  Case 1:18-CV-02080

ATHENA CONSTRUCTION GROUP, INC., :

           Defendant.    :

\- - - - - - - - - - - - - - - - - x


WASHINGTON, D.C.

TUESDAY, AUGUST 23, 2022


AUDIO-VISUAL DEPOSITION OF

WILLIAM "BILL" SMITH

called for examination by counsel for Defendant,

pursuant to notice, at the offices of Baron & Budd, PC,

600 New Hampshire Avenue, NW, Suite 10-A, Lincoln

Board Room, Washington, D.C., commencing at 10:06 a.m. and

concluding at p.m., before Kirk A. Sturges, a Notary

Public for the District of Columbia.

Ex. 9

```
 1  A P P E A R A N C E S:

 2  ON BEHALF OF PLAINTIFFS:

 3  For William Smith:

 4  GLENN ANDREW ELLIS, ESQ.

 5  Glenn Ellis Law Firm, PLLC

 6  2301 Bryn Mawr Avenue

 7  Philadelphia, PA   19131

 8  GAE@glennellislaw.com

 9

10  ON BEHALF OF DEFENDANT:

11  MILTON C. JOHNS, ESQ.

12  JILL F. HELWIG, ESQ.

13  Executive Law Partners, PLLC

14  11130 Fairfax Boulevard; Suite 303

15  Washington, D.C.   20037

16  571-500-1010

17  mjohns@xlppllc.com

18  jhelwig@xlppllc.com

19

20  ALSO PRESENT:

21  Amber Peebles, Athena Construction

22  Malcolm Peplow, Evident Videographer
```

**Ex. 9**

```
 1                    C O N T E N T S

 2            WITNESS:  WILLIAM "BILL" SMITH

 3  EXAMINATION BY COUNSEL FOR                          PAGE

 4  DEFENDANT

 5  BY MR. JOHNS  . . . . . . . . . . . . . . . . . .    6

 6

 7                      E X H I B I T S

 8  SMITH DEPO NO.        DESCRIPTION                  PAGE

 9  1            Complaint                              17
10  2            Amended Complaint                      16
11  3            2nd Amended Complaint                  16
12  4            3rd Amended Complaint                  14
13  5            Smith Initial Disclosure with         134
14               Exhibit A
15  6            Smith Response to Request for         164
16               Production of Documents
17  7            Smith Responses to Interrogatories     18
18  8            Smith Response to Demand for          165
19               Admissions
20  9            Second Interrogatories and Request    167
21               for Production
22               (EXHIBITS CONTINUE ON NEXT PAGE.)
```

```
                    E X H I B I T S  (CONT.)

 SMITH DEPO NO.         DESCRIPTION                    PAGE


 10              1/18/16 Termination acceptance         88

                 letter and full general release

 12              Emails 1/25/15 & 1/26/15              210

                 Athena's greatest asset

 13              Emails 5/10/17-6/14/17                205

                 RE Construction V. Athena

                 Construction Group, Inc. -
                 Case 01-16-0002-7628
 14              Schedule of Order for Supplies or     129
                 Services
 16              Smith Response to 2nd                 189
                 Interrogatories and 2nd Request for
                 Production of Documents
 17              Smith Response to 1st Set of          197
                 Interrogatories

   (EXHIBIT NUMBERS OMITTED ABOVE WERE NOT REFERENCED.)
      (THE EXHIBITS ARE PROVIDED WITH THE TRANSCRIPT.)
```

```
                    P R O C E E D I N G S
1
2               THE VIDEOGRAPHER:  Here begins volume one,
3  disk one in the video deposition of William "Bill"
4  Smith taken in the matter of United States of America
5  ex rel. William "Bill" Smith, versus Athena
6  Construction Group, Incorporated, et al., in the
7  United States District Court for the District of
8  Columbia, Case Number 1:18-CV-02080.
9               Today's date is August 23rd, 2022, and
10 the time on the video monitor is 10:06 a.m.
11              This deposition is being held at Baron
12 and Budd, P.C., 600 New Hampshire Avenue, Suite 10-A,
13 Washington, DC, 20037.
14              The court reporter is Kirk Sturges on
15 behalf of ICR.  The video camera operator is Malcolm
16 Peplow on behalf of ICR.
17              Will counsel please introduce themselves
18 and state whom they represent beginning with the
19 party noticing the deposition?
20              MR. JOHNS:  Yes.  My name is Milton
21 Johns, and I represent Athena Construction Group.
22              MS. DAVID:  I'm Jill Helwig also here on
```

```
 1  10 percent discount to HUBZone or other -- whatever
 2  the minority business they're trying to help.  It
 3  just gives them a leg up.
 4              BY MR. JOHNS:
 5       Q      If we skip forward to paragraph 164 --
 6  that's just the next page -- 39 of 81 at the top and
 7  35 at the bottom -- there is a table that runs
 8  through page 37.
 9              Do you recognize this table?
10       A      I do recognize some of it.  Yes.
11       Q      Did you compile this table?
12       A      No.
13       Q      Do you know which, if any, of the
14  contracts in this table -- strike that.
15              Do you know for which, if any, contract
16  in this table Athena received a 10 percent
17  procurement preference?
18       A      I'm not sure.
19       Q      Do you have any personal knowledge of
20  the -- strike that.
21              Do you have any personal knowledge of the
22  competitor's bids on any of these contracts?
```

1    A    No.

2    Q    Looking again at the chart in
3  paragraph 164, do you believe this information is
4  still accurate today?

5    A    I don't know what they are doing today.

6    Q    Well, just with the information on this
7  chart?

8    A    When you're saying today. Do you mean
9  present day?

10   Q    Is the information in this chart still
11 accurate?

12   A    Yes.

13   Q    So is it your testimony today that from
14 2012 to 2018, Athena received $87 million in HUBZone
15 set-aside contracts?

16   A    I don't know about 2018.

17        I don't know about 2017.

18        This is information that the counsel
19 compiled.

20   Q    So you don't have personal knowledge
21 about 2017 or 2018?

22   A    No.

```
 1        Q       Do you recall what Athena's annual yearly
 2   revenue was while you were an employee?
 3        A       No.
 4        Q       Is it your understanding that each of
 5   these items listed in this chart is a HUBZone
 6   contract?
 7        A       I'm not sure.
 8        Q       So if we look at 164 again, the statement
 9   is:  Using its fraudulent HUBZone certification,
10   Athena received at least 31 contracts totaling
11   $87,646,677.06.
12                So it's your testimony, though, that you
13   don't know if they were HUBZone contracts or not.
14        A       I'm not sure.
15        Q       And you read this complaint before it was
16   submitted.  Correct?
17        A       Yes.
18        Q       What responsibility did you have,
19   Mr. Smith, with regard to Athena's Online
20   Representations and Certifications Application?
21        A       None.
22        Q       How often, if ever, did you review it?
```

**Ex. 9**

```
 1                THE WITNESS:  I wouldn't have a way of
 2   figuring that out right now.
 3                MR. ELLIS:  Also, under the law you
 4   cannot allow a jury to just determine it, as well.
 5                BY MR. JOHNS:
 6       Q        Have you calculated your attorney fees to
 7   date?
 8       A        No.
 9       Q        The lawsuit that was brought against you
10   was for breach of contract.  Correct?
11                MR. ELLIS:  I object to the form.
12                Which one?
13                BY MR. JOHNS:
14       Q        The lawsuit that you referred to in
15   paragraph 315 of the third amended complaint was for
16   breach of contract.  Correct?
17       A        Yes.
18       Q        And you did sign a severance agreement.
19   Correct?
20       A        Yes.
21                MR. JOHNS:  Why don't we go off the
22   record and take a short break?
```

## CERTIFICATE OF NOTARY PUBLIC

I, Kirk A. Sturges, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me by machine shorthand and thereafter reduced to typewriting, by myself; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

Kirk A. Sturges, Notary Public for the District of Columbia

My Commission Expires:

August 14, 2027