UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel.<br>WILLIAM "BILL" SMITH,<br><br>        Plaintiff-Relator,<br><br>    v.<br><br>ATHENA CONSTRUCTION GROUP,<br>INC., *et al.*,<br><br>        Defendants, | )<br>)<br>)<br>)<br>)<br>)  Case No. 18-cv-2080 (APM)<br>)<br>)<br>)<br>)<br>)<br>) |

**INITIAL DISCLOSURES OF PLANTIFF-RELATOR**
**WILLIAM "BILL' SMITH**

Pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure, Plaintiff-Relator provides these initial disclosures. Plaintiff-Relator makes these initial disclosures based on the information currently reasonably available and reserves the right to supplement or amend these initial disclosures at any time, including through discovery responses. These initial disclosures are made subject to and without waiver of any objection to or privilege protecting the production or use of any document described herein or the testimony of any person identified.

**I.    WITNESSES**

    **A.    Individuals likely to have information relating to Plaintiff's HUBZone claims against Defendant Athena Construction Group, Inc. (herein "Athena")**

        1.    William M. Smith, III - Plaintiff-Relator

        2.    Amber Peebles - Owner and President of Athena

        Ms. Peebles has relevant information concerning the HUBZone allegations of the Third Amended Complaint, including Athena's initial HUBZone application and subsequent re-certifications. Ms. Peebles also has relevant information regarding Athena's employee advertising, employee hiring, employee acquisition and maintenance of employee records and HUBZone submissions to the Government. Ms. Peebles also may have relevant information concerning the creation and

accuracy of Defendant Athena's records and submissions to the Government showing compliance with the SBA's HUBZone requirements.

3.     Melissa Schneider - Owner and Vice President of Athena

Ms. Schneider has relevant information concerning the HUBZone allegations of the Third Amended Complaint, including Athena's initial HUBZone application and subsequent re-certifications. Ms. Schneider also has relevant information regarding Athena's employee advertising, employee hiring, employee acquisition and maintenance of employee records and HUBZone submissions to the Government. Ms. Schneider also may have relevant information concerning the creation and accuracy of Defendant Athena's records and submissions to the Government showing compliance with the SBA's HUBZone requirements.

4.     Karen Nelson - CHO and Senior VP of Athena

Ms. Nelson has relevant information concerning the HUBZone allegations of the Third Amended Complaint, including employee advertising, employee hiring, and maintenance of employee records and HUBZone submissions to the Government. Ms. Nelson also may have relevant information concerning the creation and accuracy of Defendant Athena's records and submissions to the Government showing compliance with the SBA's HUBZone requirements.

5.     Clay Frook – Chief Operations Officer of Athena

Mr. Frook has relevant information concerning the HUBZone allegations of the Third Amended Complaint, including employee advertising, employee hiring, and maintenance of employee records and HUBZone submissions to the Government. Mr. Frook also may have relevant information concerning the accuracy of Defendant Athena's records and submissions to the Government showing compliance with the SBA's HUBZone requirements.

6.     Karen Papa - Former Office and Contracts Administrator of Athena

Ms. Papa has relevant information concerning the HUBZone allegations of the Third Amended Complaint, including employee advertising, employee hiring, and maintenance of employee records and HUBZone submissions to the Government. Ms. Papa also may have relevant information concerning the creation and accuracy of Defendant Athena's records and submissions to the Government showing compliance with the SBA's HUBZone requirements.

7.     Mary Frezza - Athena Employee

Ms. Frezza has relevant information concerning the HUBZone allegations of the Third Amended Complaint, including her work history at Athena and her

Ex. 10
2 of 14

inclusion in Athena's submissions to the Government showing compliance with the SBA's HUBZone requirements.

8. Sarah Anderson- Athena Employee

Ms. Anderson has relevant information concerning the HUBZone allegations of the Third Amended Complaint, including her work history at Athena and her inclusion in Athena's submissions to the Government showing compliance with the SBA's HUBZone requirements.

9. There are numerous individuals who have been identified as current or former employees of Athena who may have relevant information concerning the Plaintiff-Relator's HUBZone allegations. These individuals are identified in Exhibit A.

10. Any person identified by Defendant Athena.

Plaintiff-Relator reserves the right to supplement or amend this list as appropriate.

**B. Individuals likely to have information relating to Plaintiff's retaliation claims against Defendant Athena.**

1. William M. Smith, III - Plaintiff-Relator

2. Amber Peebles - Owner and President of Athena

Ms. Peebles has relevant information concerning the retaliation allegations of the Third Amended Complaint, including Athena's business and services; Athena's trade secrets and the value and protection thereof; Athena's security system and procedures; Plaintiff-Relator's employment and termination of employment at Athena; termination of Plaintiff-Relator's authorized access to Athena computers and computer networks; results of the forensic analysis of the hard drive at issue; Athena's response to discovery of unauthorized access to computers and computer networks, and including damage assessment and security enhancements.

3. Melissa Schneider - Owner and Vice President of Athena

Ms. Schneider has relevant information concerning the retaliation allegations of the Third Amended Complaint, including Athena's business and services; Athena's trade secrets and the value and protection thereof; Athena's security system and procedures; Plaintiff-Relator's employment and termination of employment at Athena; termination of Plaintiff-Relator's authorized access to Athena computers and computer networks; results of the forensic analysis of the hard drive at issue; Athena's response to discovery of unauthorized access to computers and computer networks, and including damage assessment and security enhancements.

3

4.  Sheila Henderson – Chief Administrative Officer of Athena

Ms. Henderson has relevant information concerning the retaliation allegations of the Third Amended Complaint, including Athena's business and services; Athena's trade secrets and the value and protection thereof; Athena's security system and procedures; Plaintiff-Relator's employment and termination of employment at Athena; termination of Plaintiff-Relator's authorized access to Athena computers and computer networks; results of the forensic analysis of the hard drive at issue; Athena's response to discovery of unauthorized access to computers and computer networks, and including damage assessment and security enhancements.

5.  James Andrew M. Lyle – Forensic Analyst at TransPerfect Legal Solutions at 1250 Broadway, 32nd Floor New York, NY 10001

Mr. Andrew has relevant information concerning the retaliation allegations of the Third Amended Complaint, including Athena's alleged investigation into the creation and contents of the Hard Drive at issue in the Virginia litigation.

6.  Any person identified by Defendant Athena.

Plaintiff-Relator reserves the right to supplement or amend this list as appropriate.

**C.   Individuals likely to have information relating to Plaintiff's pass-through claims against Defendant Component Assembly System (herein "CAS")**

1.  William M. Smith, III - Plaintiff-Relator

2.  Amber Peebles - Owner and President of Athena

Ms. Peebles has relevant information concerning the pass-through of the Third Amended Complaint against CAS, including Athena's business relationship with CAS. Ms. Peebles also has relevant information regarding Athena's work on projects wherein CAS served either as prime or subcontractor. Ms. Peebles also has relevant information on how work, revenue and profits were split between Athena and CAS. Ms. Peebles also has relevant information concerning the creation and accuracy of Athena and CAS's records and submissions to the Government showing compliance with the SBA's requirements.

3.  Melissa Schneider - Owner and Vice President of Athena

Ms. Schneider has relevant information concerning the pass-through of the Third Amended Complaint against CAS, including Athena's business relationship with CAS. Ms. Schneider also has relevant information regarding Athena's work on projects wherein CAS served either as prime or subcontractor. Ms. Schneider

also has relevant information on how work, revenue and profits were split between Athena and CAS. Ms. Schneider also has relevant information concerning the creation and accuracy of Athena and CAS's records and submissions to the Government showing compliance with the SBA's requirements.

4.     Ali Khosravi – Assistant VP of CAS

Mr. Khosravi has relevant information concerning the pass-through of the Third Amended Complaint against CAS, including Athena's business relationship with CAS. Mr. Khosravi also has relevant information regarding Athena's work on projects wherein CAS served either as prime or subcontractor. Mr. Khosravi also has relevant information on how work, revenue and profits were split between Athena and CAS. Mr. Khosravi also has relevant information concerning the creation and accuracy of Athena and CAS's records and submissions to the Government showing compliance with the SBA's requirements.

5.     Richard Unger – VP and Regional Manager of CAS

Mr. Unger has relevant information concerning the pass-through of the Third Amended Complaint against CAS, including Athena's business relationship with CAS. Mr. Unger also has relevant information regarding Athena's work on projects wherein CAS served either as prime or subcontractor. Mr. Unger also has relevant information on how work, revenue and profits were split between Athena and CAS. Mr. Unger also has relevant information concerning the creation and accuracy of Athena and CAS's records and submissions to the Government showing compliance with the SBA's requirements.

6.     Karen Papa - Former Office and Contracts Administrator of Athena

Ms. Papa has relevant information concerning the pass-through of the Third Amended Complaint against CAS, including Athena's business relationship with CAS. Ms. Papa also has relevant information regarding Athena's work on projects wherein CAS served either as prime or subcontractor. Ms. Papa also has relevant information on how work, revenue and profits were split between Athena and CAS.

7.     Employees of the U.S. government involved in the awarding, reviewing, managing, or otherwise involved with the projects that CAS and Athena worked on either as a prime or subcontractor.

8.     Any person identified by Defendants Athena and CAS.

Plaintiff-Relator reserves the right to supplement or amend this list as appropriate.

5

## II. DOCUMENTS

### A. Documents, Electronically Stored Information, and Tangible Things that relating to Plaintiff's HUBZone claims against Defendant Athena.

1. All Athena documents, including but not limited to correspondence, emails and text messages, has relating to its HubZone certification. These documents include, but are not limited to, certified payroll documents, employee files and bank records. These documents are located in Defendant Athena's offices, desktop computers, servers and on its phones.

2. All Athena documents, including but not limited to correspondence, emails and text messages, has relating to its attempts to acquire HubZone related government contracts. These documents include, but are not limited to, emails, correspondence, draft proposals, bids, contracts, change orders, checks, and wire transfers. These documents are located in Defendant Athena's offices, desktop computers, servers and on its phones.

3. Internal U.S. government documents relating to the bidding and awarding of HUBZone related contracts to Defendant Athena.

4. Documents relating to each of the topics listed in the above Section IA.

### B. Documents, Electronically Stored Information, and Tangible Things relating to Plaintiff's retaliation claims against Defendant Athena.

1. Plaintiff-Relator's personnel file, including but not limited to performance reviews, and on the job assessments. These documents are located in Defendant Athena's offices, desktop computers, servers and on its phones.

2. Documents, including emails, between Plaintiff-Relator and officers and/or employees of Athena. This should include any and all emails from Athena's clients and/or partners relating to the Plaintiff-Relator's job performance. These documents are located in Defendant Athena's offices, desktop computers, servers and on its phones.

3. Documents, including emails, between Athena and Mr. Lyle and/or other employees at TransParent regarding their investigation into the creation and content of the Hard Drive at issue in the Virginia litigation. These documents are located in the offices of Defendants Athena and CAS's desktop computers, servers and on its phones.

4. Athena documents and/or emails relating to the Plaintiff-Relator's hiring, firing, separation, litigation against. These documents are located in Defendant Athena's offices, desktop computers, servers and on its phones.

5. Documents relating to each of the topics listed in Section IB.

**Ex. 10**
**6 of 14**

**C.     Documents, Electronically Stored Information, and Tangible Things relating to Plaintiff's pass-through claims against Defendant Component Assembly System (herein "CAS").**

1.     All CAS documents, including but not limited to correspondence, emails and text messages, has relating to Athena. These documents include, but are not limited to emails, correspondence, draft proposals, bids, contracts, change orders, checks, and wire transfers. These documents are located in Defendant CAS's offices, desktop computers, servers and on its phones.

2.     All Athena documents, including but not limited to correspondence, emails and text messages, has relating to CAS. These documents include, but are not limited to emails, correspondence, draft proposals, bids, contracts, change orders, checks, wire transfers, and Job Profitability Summaries. These documents are located in Defendant Athena's offices, desktop computers, servers and on its phones.

3.     Internal U.S. government documents relating to the bidding and awarding of contracts wherein Defendants Athena and/or CAS were either the prime or subcontractor.

4.     Documents relating to each of the topics listed in the above Section IC.

This investigation is ongoing and Relator reserves the right to supplement this response in accordance with Federal Rules of Civil Procedure.

## III.    DAMAGES

Defendant Athena was improperly awarded millions of dollars in contracts pursuant to its HUBZone certification. Plaintiff-Relator is seeking the return of this money to the United States Government along with all recovery, including attorney's fees and treble damages under 31 U.S.C. §§ 3729-3733.

Defendant Component Assembly Systems was improperly awarded $24.8 million for the BRAC 132 project and $17.8 million for the Camp Pendleton Naval Hospital project based on its pass-through arrangement with Defendant Athena. Relator is seeking the return of this money to the United States Government along with all recovery, including attorney's fees and treble damages under 31 U.S.C. §§ 3729-3733.

Relator Smith has suffered and will continue to suffer emotional and litigation costs to defend himself against Defendant Athena's retaliatory litigations against him in an amount to be determined.

Relator will supplement this response as additional information becomes available.

## IV. INSURANCE

Not applicable to Relator.

Respectfully submitted,

/s/ Glenn A. Ellis
W. Scott Simmer
Andrew M. Miller
BARON & BUDD, P.C.
600 New Hampshire Avenue, N.W., Suite 10-A Washington, D.C. 20037
amiller@baronbudd.com
ssimmer@baronbudd.com
*Counsel for William Smith*

Glenn Andrew Ellis
FREIWALD LAW, P.C.
1500 Walnut Street 18th Floor Philadelphia, PA 19102 gae@freiwaldlaw.com
*Counsel for William Smith*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 13, 2022, the foregoing was served via email on all parties of record.

                                        /s/ Glenn A. Ellis
                                        W. Scott Simmer
                                        Andrew M. Miller
                                        BARON & BUDD, P.C.
                                        600 New Hampshire Avenue, N.W., Suite 10-A Washington, D.C. 20037
                                        amiller@baronbudd.com
                                        ssimmer@baronbudd.com
                                        *Counsel for William Smith*

                                        Glenn Andrew Ellis
                                        FREIWALD LAW, P.C.
                                        1500 Walnut Street 18th Floor Philadelphia, PA 19102 gae@freiwaldlaw.com
                                        *Counsel for William Smith*

Exhibit A

| |
|---|
| Anderson, Sarah |
| Armstrong, Carl |
| Aubert, Nathan |
| Carter, Albright |
| Chari, Said |
| Daly, Zach |
| Frezza, Mary |
| Grant, Greg |
| Henderson, Waldo |
| Hiatt, Hershel |
| Holland, Shannon |
| Smith, William B. |
| Strother, Darla |
| Wang, Sylvia |
| Wilson, Holly |
| Atkinson, Nicole T |
| Abdelkarim A. |
| Aubert, Nathan |
| Haija, Abe |
| Basile, Ryan |
| Berryman, Brandon |
| Barazi, Hesham |
| Callazo, Holly |
| Cason, Darrel |
| Cook, Jerome |
| Daly, Zach |
| Darrel, Cason |
| Escobar, Hector |
| Frook, Clay |
| Genua, Stuart |
| Godbey, Toby |
| Guerrero, Rocky |

Exhibit A

| |
|---|
| Guidry, George |
| Hardey, Jamie |
| Herring, Eureka |
| Hersey, Travis |
| Jordan, Yvette |
| Kaffenbarger, Brian |
| Kania, Jasin |
| Knight, Becky |
| Kongolo, Aime |
| Kopp, Alexander |
| Kopp, Schyler |
| Kwon, Esther |
| Lee, Dana |
| Malli, Bhuvana |
| Mayeske, Kristin |
| Mize, Angela |
| Moses, Marvin |
| O'Briant, Dennis |
| Pate, Gabriel |
| Perez, Jairo |
| Portillo, Julio |
| Quigley, Patrick |
| Richhart, Darla |
| Robinson, Rose |
| Ryan, Ryan |
| Sandoval, Jorge |
| Sauvinent, Elliott |
| Schneider, Robert |
| Shufritz, Richard |
| Stansbury, Drake |
| Thomas, Brian |
| Vantine, Corey |

Exhibit A

| |
|---|
| Vastardis, George |
| Wood, Christina Lynn |
| Wright, Bobbi |
| Yvonne, Grant-Robinson |
| Strother, Sharon |
| Middleton, Richard |
| Middleton, Danny |
| Blair, Dave |
| Porges, Sonya |