## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* WILLIAM "BILL" SMITH<br><br>v.<br><br>ATHENA CONSTRUCTION GROUP, INC., *et al* | **Civil Action No.: 1:18-cv-02080-APM** |

### PLAINTIFF'S SUPPLEMENTAL RESPONSE TO DEFENDANT ATHENA CONSTRUCTION GROUP, INC.'S FIRST SET OF REQUEST FOR PRODUCTION OF DOCUMENTS

Pursuant to Rules 26 and 34 of the Federal Rules of Civil Procedure and applicable local rules, Plaintiff by and through its attorneys, Glenn Ellis Law, PLLC, supplements his response to Defendant Athena's First Set of Request for Production of Documents (the "Requests") as follows:

4.      Copies of documents received through subpoena duces-tecum, FOIA requests (whether submitted/filed before or after suit was filed) or other formal or informal request in this matter.

**RESPONSE:** See attached.

Glenn Andrew Ellis
GLENN ELLIS LAW, PLLC
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
gae@glennellislaw.com
*Counsel for William Smith*

W. Scott Simmer
Andrew M. Miller
BARON & BUDD, P.C.
600 New Hampshire Ave, N.W., Suite 10-A
Washington, D.C. 20037
amiller@baronbudd.com
ssimmer@baronbudd.com
*Counsel for William Smith*

Dated:  8/22/22

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via email to the following:

Amibka J. Biggs, Esqurie
Hirschler Fleischer
8270 Greensboro Drive, Suite 700
Tysons, VA 22102

Matthew A. Lipman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1617 JFK Blvd., Suite 1500
Philadelphia, PA 19102

Milton C. Johns, Esquire
Executive Law Partners, PLLC
11130 Fairfax Blvd., Suite 303
Fairfax, VA 22030

GLENN A. ELLIS, ESQUIRE

Dated:  8/22/22

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* WILLIAM "BILL" SMITH | Civil Action No.:  1:18-cv-02080-APM |
| v. | |
| ATHENA CONSTRUCTION GROUP, INC., *et al* | |

## **VERIFICATION**

I, William "Bill" Smith, state that I have read Defendant Athena's First Set of

Interrogatories and Requests for Production of Documents, my supplemental answers to those

interrogatories and requests, which are true to the best of my knowledge, information, and belief.

I declare under penalty of perjury that the foregoing is true and correct.

_____
William "Bill" Smith



**Salem VA Medical Center**
**1970 Roanoke Blvd**
**Salem, Virginia 24153**

In Reply Refer To: 658/00PO

September 27, 2016

FOIA Request No.:  16-12528-F

Glenn Ellis
1500 Walnut Street 18th Floor
Philadelphia, PA 19102

Dear Mr. Ellis:

This letter seeks clarification to your August 16, 2016 (and your September 6, 2016 follow-up) request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, for a copy of:

- *Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to*
- *present; and*
- *Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.*

It is my understanding that a preliminary search has revealed that the Salem VA Medical Center has one contract that may be responsive to your request (VA 246-16-C-0006).  Your FOIA request was received in my office on September 26, 2016.

For the purposes of this FOIA request, you have been classified as a <u>commercial use FOIA requester</u>.  Our FOIA implementing regulations found at 38 C.F.R. § 1.555(d)(1) state that such requestors will be charged fees which recover the full reasonable direct costs of searching for, reviewing and reproducing records or documents that are responsive to the request.

Your request does not address the willingness on your part to pay applicable FOIA processing fees and I have placed your request in a 'hold status' while I determine your intention in this regard.  You may communicate: 1) that you are willing to pay all applicable fees or 2) a 'willing amount' and we will process up to that amount.  Additionally, you may request a fee estimate with the knowledge that the estimate may be less than, or go over that amount.

**In accordance with VA's implementing regulations, found at 38 C.F.R. § 1.554(e), I am providing you with 10 calendar days to provide clarification on the fee portion of your request. If I have not heard from you by October 7, 2016, I will assume that you are no longer interested in pursuing your request and will take the appropriate measures to administratively close your request.  Please keep in**

**Ex. 14**
**5 of 64**

**mind that the timeframe, which we have to respond to your FOIA request does not run while we are waiting your response to our request for clarification.**

If you have any questions regarding this matter please contact me at 540.855.5050.  I am generally available Monday through Friday from 7:30AM to 4:00PM, except Federal Holidays.  If you are unable to reach me, please leave a phone message and I will return your call as soon as I am able.

Sincerely,

Charles R. Hurd
Privacy/FOIA Officer



**Salem VA Medical Center**
**1970 Roanoke Blvd**
**Salem, Virginia 24153**

In Reply Refer To: 658/00PO

September 27, 2016

FOIA Request No.: 16-12528-F

Glenn Ellis
1500 Walnut Street 18th Floor
Philadelphia, PA 19102



Dear Mr. Ellis:

This letter seeks clarification to your August 16, 2016 (and your September 6, 2016 follow-up) request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, for a copy of:

- *Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to*
- *present; and*
- *Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.*

It is my understanding that a preliminary search has revealed that the Salem VA Medical Center has one contract that may be responsive to your request (VA 246-16-C-0006). Your FOIA request was received in my office on September 26, 2016.

For the purposes of this FOIA request, you have been classified as a <u>commercial use FOIA requester</u>. Our FOIA implementing regulations found at 38 C.F.R. § 1.555(d)(1) state that such requestors will be charged fees which recover the full reasonable direct costs of searching for, reviewing and reproducing records or documents that are responsive to the request.

Your request does not address the willingness on your part to pay applicable FOIA processing fees and I have placed your request in a 'hold status' while I determine your intention in this regard. You may communicate: 1) that you are willing to pay all applicable fees or 2) a 'willing amount' and we will process up to that amount. Additionally, you may request a fee estimate with the knowledge that the estimate may be less than, or go over that amount.

**In accordance with VA's implementing regulations, found at 38 C.F.R. § 1.554(e), I am providing you with 10 calendar days to provide clarification on the fee portion of your request. If I have not heard from you by October 7, 2016, I will assume that you are no longer interested in pursuing your request and will take the appropriate measures to administratively close your request. Please keep in**

mind that the timeframe, which we have to respond to your FOIA request does not run while we are waiting your response to our request for clarification.

If you have any questions regarding this matter please contact me at 540.855.5050.  I am generally available Monday through Friday from 7:30AM to 4:00PM, except Federal Holidays.  If you are unable to reach me, please leave a phone message and I will return your call as soon as I am able.

Sincerely,

Charles R. Hurd
Privacy/FOIA Officer



**Salem VA Medical Center**
**1970 Roanoke Blvd**
**Salem, Virginia 24153**

In Reply Refer To: 658/00PO

October 12, 2016

FOIA Request No.: 16-12528-F

Glenn Ellis
1500 Walnut Street 18th Floor
Philadelphia, PA 19102

Dear Mr. Ellis:

This letter is the official notification that I have administratively closed your September 6, 2016 request under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, because you have not provided the clarification we requested (regarding fees) to process your FOIA request.

In the enclosed September 27, 2016 correspondence, I informed you of need to address the fee portion of your FOIA request. As of this date, I have not received any indication of your intent to pay applicable fees and you did not request a fee estimate. Consequently, I have administratively closed your FOIA request. Therefore, if you wish to pursue this request, please re-submit your request in writing by sending a letter which clearly describes your request, and indicates your willingness to pay applicable FOIA fees. You may send your request to me at:

> Salem VA Medical Canter
> Attn: Charles Hurd, Privacy Officer (00PO)
> 1970 Roanoke Blvd
> Salem, Virginia 24153

Please be advised you may appeal the administrative closure of your request to:

> Office of the General Counsel (024)
> Department of Veterans Affairs
> 810 Vermont Avenue, N.W.
> Washington, D.C. 20420
> Email: ogcfoiaappeals@va.gov

If you choose to file an appeal, your appeal must be postmarked or electronically transmitted no later than ninety (90) calendar days from the date of this letter. Please include a copy of this letter with your written appeal and clearly state why you disagree with the determinations set forth in this response.

**Ex. 14**
**9 of 64**

In addition to filing an appeal with the Office of General Counsel regarding my determination, you may also seek assistance and/or dispute resolution services regarding your FOIA request from VHA's FOIA Public Liaison and or Office of Government Information Services (OGIS) as provided below:

> VHA FOIA Public Liaison:
> Email Address:      vhafoia2@va.gov
> Phone Number:      (877) 461-5038

> Office of Government Information Services (OGIS)
> Email: ogis@nara.gov
> Fax: (202) 741-5769
> Mailing address: Office of Government Information Services
> National Archives and Records Administration
> 8601 Adelphi Road
> College Park, MD  20740-6001

Thank you for your interest in VA.  If you have any further questions please contact me at (540) 855-5050.  I am generally available Monday through Friday from 7:30AM to 4:00PM, except Federal Holidays.  If you are unable to reach me, please leave a phone message and I will return your call as soon as I am able.

Sincerely,

Charles R. Hurd
Privacy/FOIA Officer

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

March 23, 2016

Small Business Administration
ATTN: Chief, Freedom of Information/Privacy Acts Office
409 3rd St., S.W., 8th Floor
Washington, DC 20416

    Re:  **FOIA Request**

Dear Sir/Madam:

This is a request under the Freedom of Information Act. I would like to obtain any and all documents you have pertaining to the following:

1)   Any and all HUBZone set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

2)   Any and all Service-Disabled Veteran-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

3)   Any and all Woman-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

4)   Any and all SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/rae

**Ex. 14**
**11 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

March 23, 2016

Small Business Administration
ATTN: Chief, Freedom of Information/Privacy Acts Office
409 3rd St., S.W., 8th Floor
Washington, DC 20416

      **Re: FOIA Request**

Dear Sir/Madam:

This is a request under the Freedom of Information Act. I would like to obtain any and all documents you have pertaining to the following:

1)     Any and all HUBZone set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

2)     Any and all Service-Disabled Veteran-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

3)     Any and all Woman-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

4)     Any and all SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLINN A. ELLIS

GAE/rae

1500 Walnut Street, 18th Floor | **W** 215.875.8000 | The Law Matters
Philadelphia, PA 19102 | **F** 215.875.8575 | www.freiwaldlaw.com

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

August 16, 2016

U.S. Department of Agriculture
ATTN: Chief, Freedom of Information/Privacy Acts Office
1400 Independence Ave., S.W.
Washington, DC 20250

     Re:   **FOIA Request**

Dear Sir/Madam:

This is a request under the Freedom of Information Act. I would like to obtain any and all documents you have pertaining to the following:

1)    Any and all HUBZone set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

2)    Any and all Service-Disabled Veteran-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

3)    Any and all Woman-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

4)    Any and all SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14**
**13 of 64**



**United States Department of Agriculture**

Rural Development

Operations and
Management

1400 Independence
Ave SW
Washington, DC
20250
Voice 202.692.0200
Fax 202.692.0203

October 12, 2016

Glenn A. Ellis
Trial Lawyer
Freiwald Law
1500 Walnut Street, 18th Flr.
Philadelphia, Pennsylvania  19102

Re:  FOIA Case No. 2017-RD-00139-F

Dear Ms. Ellis:

This letter acknowledges receipt of your Freedom of Information Act (FOIA) request
to the US Department of Agriculture (USDA), Rural Development (RD), which
arrived in our office on October 6, 2016.  It has been assigned FOIA Case Number
2017-RD-00139-F.

Your request is being reviewed to determine whether RD is in possession of any
documents that are responsive to your request.  Once that determination has been
made, you will be notified of any costs/fees which may be associated with
processing this request.

Please know that we will make all reasonable efforts to process your request as
soon as possible; however, FOIA requests are handled on a first in, first out basis.
Additionally, we will have to coordinate with other activities to provide you with a
comprehensive response and this coordination can sometimes be lengthy.  Be
assured, we will respond to your request at our earliest opportunity.

If you have any questions, you may contact me at (202) 690-5523, or via e-mail at
Dupe.Sole@wdc.usda.gov.  Please reference the case number listed above in any
of your communications with our office.

Sincerely,

Dupe Sole
Rural Development
Contracting FOIA Analyst

USDA is an equal opportunity provider, employer, and lender.

If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form (PDF),
found online at http://www.ascr.usda.gov/complaint_filing_cust.html, or at any USDA office, or call (866) 632-9992 to request the form.
You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter to us by
mail at U.S. Department of Agriculture, Director, Office of Adjudication, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410,
by fax (202) 690-7442 or email at program.intake@usda.gov.

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

September 6, 2016

U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250

     **Re:   FOIA Request**

Dear Sir/Madam:

     This is a request under the Freedom of Information Act.  I would like to obtain any and all documents, including but not limited to, applications, email, letters and bids you have pertaining to the following:

1) Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to present; and

2) Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

                      Very truly yours,

                      GLENN A. ELLIS

GAE/jae

**Ex. 14**
**15 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

September 6, 2016

U.S. Department of Agriculture
1400 Independence Ave., S.W.
Washington, DC 20250

**Re:  FOIA Request**

Dear Sir/Madam:

This is a request under the Freedom of Information Act.  I would like to obtain any and all documents, including but not limited to, applications, email, letters and bids you have pertaining to the following:

1) Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to present; and

2) Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14
16 of 64**



**USDA**

**United States Department of Agriculture**

Rural Development

Operations and
Management

1400 Independence
Ave SW
Washington, DC
20250
Voice 202.692.0200
Fax 202.692.0203

October 13, 2016

Mr. Glenn A. Ellis
Freiwald Law
Trial Lawyers
1500 Walnut Street, 18th Floor
Philadelphia, Pennsylvania 19102

Re:  FOIA Case No. 2017-RD00139-F

This letter is in response to your Freedom of Information Act (FOIA) request dated
September 6, 2016, and received in this office on October 6, 2016.  You requested
information pertaining to Athena Construction Group, Inc.

This office contacted the Rural Business-Cooperative Service (RBS) to conduct a
search of their records.  RBS informed us they did not have any records relating to this
company.  Please also be aware that Rural Development would not have information
for loans administered by the Small Business Administration (SBA).  The enclosure
provides information on how to submit a FOIA request to SBA.

If you need any further assistance or would like to discuss any aspect of your request,
please do not hesitate to contact me at:  (202) 692-0004 or Lolita.ellis@wdc.usda.gov.
You may also contact the Rural Development FOIA Public Liaison, Joseph Shunk, at:
(202) 692-0032 or Joseph.shunk@wdc.usda.gov.

Sincerely,

Lolita Ellis
Government Information Specialist
FOIA, Privacy Act and Torts Unit

USDA is an equal opportunity provider, employer, and lender.

If you wish to file a Civil Rights program complaint of discrimination, complete the USDA Program Discrimination Complaint Form (PDF),
found online at http://www.ascr.usda.gov/complaint_filing_cust.html, or at any USDA office, or call (866) 632-9992 to request the form.
You may also write a letter containing all of the information requested in the form. Send your completed complaint form or letter to us by
mail at U.S. Department of Agriculture, Director, Office of Adjudication, 1400 Independence Avenue, S.W., Washington, D.C. 20250-9410,
by fax (202) 690-7442 or email at program.intake@usda.gov.

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

June 17, 2016

Leo Sanchez, Government Contracting
Small Business Administration
409 3rd St., S.W.
Suite 8800
Washington, DC 20416

      **Re:  FOIA Request**

Dear Mr. Sanchez:

      Enclosed is a copy of a Freedom of Information Act request directed to the Small Business Administration dated March 23, 2016.  To date SBA has not responded.

      After multiple attempts to find the contact person for my request in the Government Contracting office of SBA I obtained your name.  Please forward the information requested on the attached letter at your earliest convenience.

      Please feel free to contact me with any questions.

              Very truly yours,

              GLENN A. ELLIS

GAE/jae
Enclosure

**Ex. 14**
**18 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

August 16, 2016

U.S. Department of Commerce
ATTN: Chief, Freedom of Information/Privacy Acts Office
1401 Constitution Ave., N.W.
Washington, DC 20230

**Re:  FOIA Request**

Dear Sir/Madam:

This is a request under the Freedom of Information Act. I would like to obtain any and all documents you have pertaining to the following:

1) Any and all HUBZone set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

2) Any and all Service-Disabled Veteran-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

3) Any and all Woman-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

4) Any and all SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14**
**19 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

September 6, 2016

U.S. Department of Commerce
ATTN: Chief, Freedom of Information/Privacy Acts Office
1401 Constitution Ave., N.W.
Washington, DC 20230

     **Re:  FOIA Request**

Dear Sir/Madam:

     This is a request under the Freedom of Information Act.  I would like to obtain any and all documents, including but not limited to, applications, email, letters and bids you have pertaining to the following:

1) Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to present; and

2) Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

     Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14
20 of 64**



**UNITED STATES DEPARTMENT OF COMMERCE**
**Chief Financial Officer and**
**Assistant Secretary for Administration**
Washington, D C 20230

September 12, 2016

Glenn A. Ellis
Freiwald Law
1500 Walnut Street
Philadelphia, PA 19102

RE: Freedom of Information Act Request DOC-OS-2016-001744

Dear Mr. Ellis:

You submitted a FOIA request for records maintained by the Department of Commerce for "1)
Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to present; and 2)
Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present;
wherein the contracting officer considered and gave credit for the company being HUBZone,
Service-Disabled Veteran Owned, and/or Woman-Owned."

"A FOIA request can be made for any agency record that is not publicly available. Please be
aware that the FOIA does not require agencies to answer questions, or to create records to
respond to a request. The Department of Commerce now operates under FOIAonline."

The information you seek is available to the public online.  The information you seek is found by
going to https://usaspending.com  and putting "Athena Construction Group" in the search box.
The information you will seek will be found there.

Your FOIA request with the Department of Commerce is hereby closed.

Sincerely,

James H. Davis
jdavis@doc.gov
FOIA Analyst
Office of Privacy
& Open Government

**Ex. 14**
**21 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

August 16, 2016

U.S. Department of Defense
ATTN: Chief, Freedom of Information/Privacy Acts Office
1400 Defense Pentagon
Washington, DC 20301-1400

   **Re: FOIA Request**

Dear Sir/Madam:

This is a request under the Freedom of Information Act. I would like to obtain any and all
documents you have pertaining to the following:

1) Any and all HUBZone set aside SBA contracts awarded to Athena Construction
  Group, Inc., from 2010 to present.

2) Any and all Service-Disabled Veteran-Owned set aside SBA contracts awarded to
  Athena Construction Group, Inc., from 2010 to present.

3) Any and all Woman-Owned set aside SBA contracts awarded to Athena Construction
  Group, Inc., from 2010 to present.

4) Any and all SBA contracts awarded to Athena Construction Group, Inc., from 2010 to
  present, wherein the contracting officer considered and gave credit for the company
  being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14**
**22 of 64**



**DEPARTMENT OF DEFENSE**
OFFICE OF FREEDOM OF INFORMATION
1155 DEFENSE PENTAGON
WASHINGTON, DC 20301-1155

SEP 15 2016

Ref: 16-F-1596

Mr. Glenn A. Ellis
Freiwald Law
1500 Walnut Street
18th Floor
Philadelphia, PA  19102

Dear Mr. Ellis:

This is an interim response to your enclosed August 16, 2016, Freedom of Information Act (FOIA) request, received in this office on August 29, 2016, and assigned FOIA case number 16-F-1596 (copy of request enclosed).  We ask that you use this number when referring to your request.

Please note that we are currently processing your request and will task the office of the Acquisition Directorate, Washington Headquarters Executive Service Directorate, to search for four different categories of contracts, dating from 2010 to the present, concerning a variety of awards involving the Athena Construction Group as specified in your request.

You should know that although we have already begun processing your request, we will not be able to respond to your request within the FOIA's 20-day statutory time period as there are unusual circumstances which impact our ability to quickly process your request.  These unusual circumstances are (a) the need to search for and collect records from a facility geographically separated from this office; (b) the potential volume of records responsive to your request; and (c) the need for consultation with one or more other agencies or DoD components having a substantial interest in either the determination or the subject matter of the records.  For these reasons, your request has been placed in our complex processing queue and will be worked in the order the request was received.  Our current administrative workload is approximately 1,900 open requests.  We regret the anticipated delay in responding to your request and your continued patience is appreciated.

If you have any questions, please contact the Action Officer assigned to your request, Mr. David Swiney at david.k.swiney.civ@mail.mil or (571-372-0427).

If you are not satisfied with this response, you may contact our OSD FOIA Public Liaison, Jim Hogan, at 571-372-0462 or by email at OSD.FOIALiaison@mail.mil.  Alternately, please note that the Office of Government Information Services (OGIS) offers services to

requesters who have disputes with Federal agencies. If you have concerns about the processing of your request, please contact OGIS as shown on enclosed address list.

Sincerely,

Stephanie L. Carr
Chief

Enclosures:
As stated

16-F-1596

AUG 29 2016

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

August 16, 2016

U.S. Department of Defense
ATTN: Chief, Freedom of Information/Privacy Acts Office
1400 Defense Pentagon
Washington, DC 20301-1400

**Re:  FOIA Request**

Dear Sir/Madam:

This is a request under the Freedom of Information Act. I would like to obtain any and all documents you have pertaining to the following:

1)  Any and all HUBZone set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

2)  Any and all Service-Disabled Veteran-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

3)  Any and all Woman-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

4)  Any and all SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone. Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14**
**25 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com


September 6, 2016


U.S. Department of Defense
ATTN: Chief, Freedom of Information/Privacy Acts Office
1400 Defense Pentagon
Washington, DC 20301-1400

Re:  **FOIA Request**

Dear Sir/Madam:

This is a request under the Freedom of Information Act.  I would like to obtain any and all documents, including but not limited to, applications, email, letters and bids you have pertaining to the following:

1) Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to present; and

2) Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14**
**26 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

October 6, 2016

***Via Electronic Mail***
U.S. Department of Defense
Office of Freedom of Information
1155 Defense Pentagon
Washington, DC 20301-1155
Attention: David Swiney, Action Officer

> **Re: FOIA Request**
> **16-F-1596**

Dear Mr. Swiney:

Please forward to my office, per my previous Freedom of Information Act Request under the Department of Defense Case number 16-F-1596, any information relating to the transaction between the Department of Defense and Athena Construction Group Inc. pertaining to IDV Procurement Instrument Number HQ003414D0005 for Fiscal Year 2014.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14
27 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

August 16, 2016

U.S. Department of Education
ATTN: Chief, Freedom of Information/Privacy Acts Office
LBJ Department of Education Building
400 Maryland Ave., SW
Washington, DC 20202

     **Re:  FOIA Request**

Dear Sir/Madam:

This is a request under the Freedom of Information Act. I would like to obtain any and all documents you have pertaining to the following:

1)     Any and all HUBZone set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

2)     Any and all Service-Disabled Veteran-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

3)     Any and all Woman-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

4)     Any and all SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14**
**28 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

September 6, 2016

U.S. Department of Education
ATTN: Chief, Freedom of Information/Privacy Acts Office
LBJ Department of Education Building
400 Maryland Ave., SW
Washington, DC 20202

      **Re:  FOIA Request**

Dear Sir/Madam:

      This is a request under the Freedom of Information Act.  I would like to obtain any and all documents, including but not limited to, applications, email, letters and bids you have pertaining to the following:

1) Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to present; and

2) Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

                  Very truly yours,

                  GLENN A. ELLIS

GAE/jae

**Ex. 14**
**29 of 64**

1500 Walnut Street, 18th Floor   |   W 215.875.8000 |   **The Law Matters**
Philadelphia, PA 19102                |   F  215.875.8575 |   www.freiwaldlaw.com

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

August 16, 2016

U.S. Department of Energy
ATTN: Chief, Freedom of Information/Privacy Acts Office
1000 Independence Ave., SW
Washington, DC 20585

      Re:  **FOIA Request**

Dear Sir/Madam:

This is a request under the Freedom of Information Act. I would like to obtain any and all documents you have pertaining to the following:

1)      Any and all HUBZone set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

2)      Any and all Service-Disabled Veteran-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

3)      Any and all Woman-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

4)      Any and all SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14**
**30 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

September 6, 2016

U.S. Department of Energy
ATTN: Chief, Freedom of Information/Privacy Acts Office
1000 Independence Ave., SW
Washington, DC 20585

      **Re:  FOIA Request**

Dear Sir/Madam:

      This is a request under the Freedom of Information Act.  I would like to obtain any and all documents, including but not limited to, applications, email, letters and bids you have pertaining to the following:

1) Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to present; and

2) Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

              Very truly yours,

              GLENN A. ELLIS

GAE/jae

**Ex. 14**
**31 of 64**



**Department of Energy**
Washington, DC 20585

September 15, 2016

Mr. Glenn A. Ellis
Freiwald Law
1500 Walnut Street, 18th Floor
Philadelphia, PA 19102

Via email: gae@freiwaldlaw.com

Re:  HQ-2016-01455-F

Re:  1. Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to
present; and 2. Any and all SBA contracts awarded to Athena Construction Group, Inc.,
from 2010 to present, wherein the contracting officer considered and gave credit for the
company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Dear Mr. Ellis:

Thank you for the request for information that you made to the Department of Energy
(DOE) under the Freedom of Information Act (FOIA), 5 U.S.C. § 552.  Your letter was
received in this office on September 14, 2016, and has been assigned a controlled
number, HQ-2016-01455-F.  Since we receive several hundred requests a year, please use
this number in any correspondence with the Department about your request.

We are reviewing your letter to determine if it addresses all of the criteria of a proper
request under the FOIA and the DOE regulation that implements the FOIA at Title 10,
Code of Federal Regulations, Part 1004.  We will send you a subsequent letter to inform
you if we need additional information or to state where the request has been assigned to
conduct a search for responsive documents.

I appreciate the opportunity to assist you with this matter.  If you have any questions
about this letter, please contact this office on (202) 586-5955.

Sincerely,

Alexander C. Morris
FOIA Officer
Office of Information Resources

**Ex. 14**
**32 of 64**



# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

August 16, 2016

U.S. Department of Health and Human Services
ATTN: Chief, Freedom of Information/Privacy Acts Office
200 Independence Ave., SW
Washington, DC 20201

   **Re: FOIA Request**

Dear Sir/Madam:

This is a request under the Freedom of Information Act. I would like to obtain any and all
documents you have pertaining to the following:

1) Any and all HUBZone set aside SBA contracts awarded to Athena Construction
Group, Inc., from 2010 to present.

2) Any and all Service-Disabled Veteran-Owned set aside SBA contracts awarded to
Athena Construction Group, Inc., from 2010 to present.

3) Any and all Woman-Owned set aside SBA contracts awarded to Athena Construction
Group, Inc., from 2010 to present.

4) Any and all SBA contracts awarded to Athena Construction Group, Inc., from 2010 to
present, wherein the contracting officer considered and gave credit for the company
being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

September 6, 2016

U.S. Department of Health and Human Services
ATTN: Chief, Freedom of Information/Privacy Acts Office
200 Independence Ave., SW
Washington, DC 20201

### Re:   FOIA Request

Dear Sir/Madam:

    This is a request under the Freedom of Information Act.  I would like to obtain any and all documents, including but not limited to, applications, email, letters and bids you have pertaining to the following:

1) Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to present; and

2) Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

    Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

1500 Walnut Street, 18th Floor   |   W 215.875.8000   |   The Law Matters
Philadelphia, PA 19102            |   F  215.875.8575  |   www.freiwaldlaw.com

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

August 16, 2016

U.S. Department of Homeland Security
ATTN: Chief, Freedom of Information/Privacy Acts Office
25 Murray Lane SW
Washington, DC 20528-0075

### Re:  FOIA Request

Dear Sir/Madam:

This is a request under the Freedom of Information Act. I would like to obtain any and all documents you have pertaining to the following:

1)   Any and all HUBZone set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

2)   Any and all Service-Disabled Veteran-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

3)   Any and all Woman-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

4)   Any and all SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14**
**35 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

September 6, 2016

U.S. Department of Homeland Security
ATTN: Chief, Freedom of Information/Privacy Acts Office
25 Murray Lane SW
Washington, DC 20528-0075

      **Re:  FOIA Request**

Dear Sir/Madam:

      This is a request under the Freedom of Information Act.  I would like to obtain any and all documents, including but not limited to, applications, email, letters and bids you have pertaining to the following:

1) Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to present; and

2) Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

      Please feel free to contact me with any questions.

                    Very truly yours,

                    GLENN A. ELLIS

GAE/jae

**Ex. 14
36 of 64**

1500 Walnut Street, 18th Floor  |  W 215.875.8000 |  The Law Matters
Philadelphia, PA 19102           |  F  215.875.8575 |  www.freiwaldlaw.com

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

August 16, 2016

U.S. Department of Housing and Urban Development
ATTN: Chief, Freedom of Information/Privacy Acts Office
451 7th Street S.W.
Washington, DC 20410

     **Re: FOIA Request**

Dear Sir/Madam:

This is a request under the Freedom of Information Act. I would like to obtain any and all documents you have pertaining to the following:

1)     Any and all HUBZone set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

2)     Any and all Service-Disabled Veteran-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

3)     Any and all Woman-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

4)     Any and all SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14**
**37 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

September 6, 2016

U.S. Department of Housing and Urban Development
ATTN: Chief, Freedom of Information/Privacy Acts Office
451 7th Street S.W.
Washington, DC 20410

     **Re:  FOIA Request**

Dear Sir/Madam:

     This is a request under the Freedom of Information Act.  I would like to obtain any and all documents, including but not limited to, applications, email, letters and bids you have pertaining to the following:

1) Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to present; and

2) Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

1500 Walnut Street, 18th Floor  |  **W** 215.875.8000  |  **The Law Matters**
Philadelphia, PA 19102          |  **F** 215.875.8575  |  www.freiwaldlaw.com

# FREIWALD LAW

**TRIAL LAWYERS**

Glenn A. Ellis
gae@freiwaldlaw.com

August 16, 2016

U.S. Department of the Interior
ATTN: Chief, Freedom of Information/Privacy Acts Office
1849 C Street NW
Washington, DC 20240

    **Re:   FOIA Request**

Dear Sir/Madam:

This is a request under the Freedom of Information Act. I would like to obtain any and all documents you have pertaining to the following:

1)    Any and all HUBZone set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

2)    Any and all Service-Disabled Veteran-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

3)    Any and all Woman-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

4)    Any and all SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14**
**39 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

September 6, 2016

U.S. Department of the Interior
ATTN: Chief, Freedom of Information/Privacy Acts Office
1849 C Street NW
Washington, DC 20240

      **Re:  FOIA Request**

Dear Sir/Madam:

      This is a request under the Freedom of Information Act.  I would like to obtain any and all documents, including but not limited to, applications, email, letters and bids you have pertaining to the following:

1) Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to present; and

2) Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

                        Very truly yours,

                        GLENN A. ELLIS

GAE/jae

**Ex. 14**
**40 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

August 16, 2016

U.S. Department of Justice
ATTN: Chief, Freedom of Information/Privacy Acts Office
950 Pennsylvania Avenue
Washington, DC 20530-0001

    Re:  **FOIA Request**

Dear Sir/Madam:

This is a request under the Freedom of Information Act. I would like to obtain any and all
documents you have pertaining to the following:

1)     Any and all HUBZone set aside SBA contracts awarded to Athena Construction
Group, Inc., from 2010 to present.

2)     Any and all Service-Disabled Veteran-Owned set aside SBA contracts awarded to
Athena Construction Group, Inc., from 2010 to present.

3)     Any and all Woman-Owned set aside SBA contracts awarded to Athena Construction
Group, Inc., from 2010 to present.

4)     Any and all SBA contracts awarded to Athena Construction Group, Inc., from 2010 to
present, wherein the contracting officer considered and gave credit for the company
being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14**
**41 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

September 6, 2016

U.S. Department of Justice
ATTN: Chief, Freedom of Information/Privacy Acts Office
950 Pennsylvania Avenue
Washington, DC 20530-0001

    **Re:   FOIA Request**

Dear Sir/Madam:

    This is a request under the Freedom of Information Act.  I would like to obtain any and all documents, including but not limited to, applications, email, letters and bids you have pertaining to the following:

1) Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to present; and

2) Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

    Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

1500 Walnut Street, 18th Floor  |  W 215.875.8000  |  The Law Matters
Philadelphia, PA 19102          |  F 215.875.8575  |  www.freiwaldlaw.com

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

August 16, 2016

U.S. Department of Labor
ATTN: Chief, Freedom of Information/Privacy Acts Office
Francis Perkins Building
200 Constitution Ave., NW
Washington, DC 20210

    Re: **FOIA Request**

Dear Sir/Madam:

This is a request under the Freedom of Information Act. I would like to obtain any and all documents you have pertaining to the following:

1)    Any and all HUBZone set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

2)    Any and all Service-Disabled Veteran-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

3)    Any and all Woman-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

4)    Any and all SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14**
**43 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

September 6, 2016

U.S. Department of Labor
ATTN: Chief, Freedom of Information/Privacy Acts Office
Francis Perkins Building
200 Constitution Ave., NW
Washington, DC 20210

     **Re:  FOIA Request**

Dear Sir/Madam:

     This is a request under the Freedom of Information Act.  I would like to obtain any and all documents, including but not limited to, applications, email, letters and bids you have pertaining to the following:

1) Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to present; and

2) Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

                         Very truly yours,

                         GLENN A. ELLIS

GAE/jae

1500 Walnut Street, 18th Floor  |  W 215.875.8000  |  The Law Matters
Philadelphia, PA 19102           |  F 215.875.8575  |  www.freiwaldlaw.com

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

September 6, 2016

U.S. Department of Labor
ATTN: Chief, Freedom of Information/Privacy Acts Office
Francis Perkins Building
200 Constitution Ave., NW
Washington, DC 20210

      **Re:  FOIA Request**

Dear Sir/Madam:

      This is a request under the Freedom of Information Act.  I would like to obtain any and all documents, including but not limited to, applications, email, letters and bids you have pertaining to the following:

1) Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to present; and

2) Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14**
**45 of 64**

**U.S. Department of Labor**

Office of the Assistant Secretary
for Administration and Management
Washington, D.C. 20210



**NOV - 9 2016**

FOIA# FY16-813967

Glenn A. Ellis
Freiwald Law
1500 Walnut Street
18th Floor
Philadelphia, Pennsylvania  19102

Dear Mr. Ellis:

This letter is in response to your request, dated September 6, 2016, for a copy of any and
all contracts awarded to Athena Construction Group, Inc. from 2010 to present including
any and all SBA contracts awarded to Athena Construction Group, Inc.  Your request was
made pursuant to the Freedom of Information Act, 5 U.S.C. 552 (FOIA).

A search was conducted to identify responsive documents in the Office of the Assistant
Secretary for Administration and Management, Business Operations Center, Office of
Procurement Services. Enclosed are records responsive to your request, in accordance
with FOIA Exemption 4, the records were redacted to remove financial information and
personnel names.  Exemption 4 protects "trade secrets and commercial or financial
information obtained from a person [that is] privileged or confidential."  This exemption
affords protection to those submitters who are required to furnish commercial or financial
information to the government by safeguarding them from the competitive disadvantages
that could result from disclosure.

As the Disclosure Officer, I believe that we have been responsive to your request.
You may file an appeal of this determination with the Solicitor of Labor within 90 days
from the date you receive this letter.  The appeal must state, in writing, the grounds for
the appeal, including any supporting statement or arguments.  To facilitate processing any
additional correspondence on this matter, please refer to SIMS FOIA number 813967.
The appeal should include a copy of your initial request and a copy of this letter.  The
appeal must be addressed to: Solicitor of Labor, U.S. Department of Labor, 200
Constitution Avenue, N.W. Room N-2428 Washington, D.C. 20210.  If mailed, both the
envelope and the letter of appeal itself should be clearly marked: "Freedom of
Information Act Appeal."  You may email your appeal to FOIAappeal@dol.gov and
attach the same documentation as if you were mailing the appeal.

Sincerely,

Al Stewart
Director
Business Operations Center

Enclosure

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

August 16, 2016

U.S. Department of State
ATTN: Chief, Freedom of Information/Privacy Acts Office
2201 C Street NW
Washington, DC 20520

   Re:  **FOIA Request**

Dear Sir/Madam:

This is a request under the Freedom of Information Act. I would like to obtain any and all documents you have pertaining to the following:

1) Any and all HUBZone set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

2) Any and all Service-Disabled Veteran-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

3) Any and all Woman-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

4) Any and all SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14**
**47 of 64**

1500 Walnut Street, 18th Floor | **W** 215.875.8000 | **The Law Matters**
Philadelphia, PA 19102 | **F** 215.875.8575 | www.freiwaldlaw.com



United States Department of State

*Washington, D.C. 20520*

SEP 2

Dear Requester,

RE: SBA Contracts Awarded to Athena Construction Group, Inc, from 2010 to Present.

This is in response to your request dated *Aug 16, 2016*, which was received on *Aug 26, 2016*. We have assigned Case Control Number *F-2016-10825* and will begin the processing of your request based upon the information provided in your communication.

The cut-off date is the date the search is initiated unless you have provided a specific timeframe.

Unusual circumstances (including the number and location of Department components involved in responding to your request, the volume of requested records, etc.) may arise that would require additional time to process your request.

We will notify you as soon as responsive material has been retrieved and reviewed.

Should you have any questions, you may call our FOIA Requester Service Center at (202) 261-8484 or send an email to FOIAstatus@state.gov. Please refer to the Case Control Number in any communication.

Sincerely,

Requester Communications Branch
Office of Information Programs & Services

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
*Website: www.foia.state.gov*

Exhibit 14

48 of 64

*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*E-mail: FOIAStatus@state.gov*

<u>Fees</u>: The Freedom of Information Act (FOIA) provides that agencies may assess fees to recover the direct costs of processing requests, unless a fee waiver has been granted.

According to our regulations, by making a FOIA request, you have agreed to pay all applicable fees up to $25 unless a fee waiver has been granted. You may specify a willingness to pay a greater amount. If the estimated fees exceed this limit, you will be notified. **Please do <u>not</u> send payment in advance. If there are fees incurred in the processing of your request, you will be notified of the amount owed in separate correspondence.**

____✓____ You have stated your willingness to pay the fees incurred in the processing of this request up to $ _ALL_ .

_____ Please let us know if you are willing to pay the fees that will be incurred in the processing of your request. You may set a limit of the maximum amount that you wish to pay. Please be advised that, without an agreement to pay fees, your request will be processed without cost up to the required first 2 hours of search time (for all other requester category only) and duplication of the first 100 pages (for all other, media, educational and non-commercial scientific requester categories).

Based upon the information that you have provided, we have placed you in the requester category checked below. This request will be processed in accordance with the fee schedule designated for that category (see 22 C.F.R. 171, enclosed).

_____ **Commercial Use Requesters** – Charges may be assessed that recover the full direct costs of searching for, reviewing for release, and duplicating the record(s) sought.

_____ **Educational Institution Requesters** – Charges may be assessed that recover the cost of duplicating the record(s) sought only, after the first 100 pages of duplication.

_____ **Non-commercial Scientific Institution Requesters** – Charges may be assessed that recover the cost of duplicating the record(s) sought only, after the first 100 pages of duplication.

_____ **Representatives of the News Media** – Charges may be assessed that recover the cost of duplicating the record(s) sought only, after the first 100 pages of duplication.

___✓___ **All Other Requesters** – Charges may be assessed that recover the full reasonable direct cost of searching for and duplicating the record(s) sought, after the first 100 pages of duplication, and the first two hours of search time.

_____ You have indicated your inclusion in a category different than the one indicated above. Please forward the information requested on the enclosed sheet titled "Requester Categories" to substantiate your inclusion in a particular category of requester.

We will notify you of the costs incurred in processing your request as soon as the search for, and review of, any responsive documents have been completed.

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

September 6, 2016

U.S. Department of State
ATTN: Chief, Freedom of Information/Privacy Acts Office
2201 C Street NW
Washington, DC 20520

      **Re: FOIA Request**

Dear Sir/Madam:

      This is a request under the Freedom of Information Act. I would like to obtain any and all documents, including but not limited to, applications, email, letters and bids you have pertaining to the following:

1) Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to present; and

2) Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

      Please feel free to contact me with any questions.

                      Very truly yours,

                      GLENN A. ELLIS

GAE/jae

**Ex. 14**
**50 of 64**



United States Department of State

*Washington, D.C. 20520*

SEP 2 0

Dear Requester:

RE: _Contracts awarded to Athena Construction Group, Inc._

This is in response to your request dated _September 6th_, which was received on _September 13th_. We have assigned Case Control Number _F-2016-11481_ to your request.

Based on our review of your correspondence, we have determined that we cannot process your request for the following reason(s):

_✓_ You have not reasonably described the records you seek in a way that someone familiar with Department records and programs could locate them. _Contract numbers_

_____ You have not provided identifying information (such as your date and/or place of birth, or the date and/or place of birth for all parties associated with your request; citizenship status for all parties associated with your request).

_____ You have not provided proof of your identity (see attached information sheet pertaining to certification of identity).

_✓_ Some or all of the records you have requested do not appear to be State Department records (other agency information may be enclosed).

_____ The records you seek are in the public domain.

_____ Your request is not dated.

_____ You have submitted your identifying information on forms that were not issued by the State Department, which we do not accept.

_____ You have not agreed to pay the fees associated with the processing of your request.

_____ Your request is not a FOIA Request.

_____ Your request was not submitted in English.

Accordingly, your request is invalid and your case has been closed.

_____ Please see the enclosed information sheet pertaining to access to third party information.

_____ Please see the enclosed information sheet pertaining to custodial verification.

Should you want to contact us, you may call our FOIA Requester Service Center on (202) 261-8484 or send an email to FOIAstatus@state.gov. If you want information concerning how to file a request, please refer to the Information Access Guide which is available at www.foia.state.gov. Please refer to the Case Control Number in any communication.

Sincerely,

Requester Communications Branch
Office of Information Programs & Services

*Office of Information Programs and Services*
U.S. Department of State, SA-2
Washington, DC 20522-8100
*Website: www.foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*E-mail: FOIAStatus@state.gov*

Ex. 14
51 of 64



United States Department of State

*Washington, D.C. 20520*

SEP 2 0

Dear Requester:

RE: Contracts awarded to Athena Construction Group, Inc.

This is in response to your request dated September 6th, which was received on September 15th. We have assigned Case Control Number F-2016-11481 to your request.

Based on our review of your correspondence, we have determined that we cannot process your request for the following reason(s):

✓    You have not reasonably described the records you seek in a way that someone familiar with Department records and programs could locate them. Contract numbers

     You have not provided identifying information (such as your date and/or place of birth, or the date and/or place of birth for all parties associated with your request; citizenship status for all parties associated with your request).

     You have not provided proof of your identity (see attached information sheet pertaining to certification of identity).

✓    Some or all of the records you have requested do not appear to be State Department records (other agency information may be enclosed).

     The records you seek are in the public domain.

     Your request is not dated.

     You have submitted your identifying information on forms that were not issued by the State Department, which we do not accept.

     You have not agreed to pay the fees associated with the processing of your request.

     Your request is not a FOIA Request.

     Your request was not submitted in English.

Accordingly, your request is invalid and your case has been closed.

     Please see the enclosed information sheet pertaining to access to third party information.

     Please see the enclosed information sheet pertaining to custodial verification.

Should you want to contact us, you may call our FOIA Requester Service Center on (202) 261-8484 or send an email to FOIAstatus@state.gov. If you want information concerning how to file a request, please refer to the Information Access Guide which is available at www.foia.state.gov. Please refer to the Case Control Number in any communication.

Sincerely,

Requester Communications Branch
Office of Information Programs & Services

*Office of Information Programs and Services*
*U.S. Department of State, SA-2*
*Washington, DC 20522-8100*
*Website:  www.foia.state.gov*

*Inquiries:*
*Phone: 1-202-261-8484*
*FAX: 1-202-261-8579*
*E-mail: FOIAStatus@state.gov*

EX-14
52 of 64

## Requests for Contracts

**Contract Number:**  In accordance with our regulations at 22 C.F.R. § 171.4(b), a request must "reasonably describe the Department records that are sought."  In general, in response to FOIA requests for contract information, the Department can search by contract number, solicitation number or requisition number.  In order to better serve our requesters, it is important that they provide us with specific contract and solicitation numbers. To assist with this, online research capability is available to you using Federal Business Opportunities (www.FBO.gov) or the Federal Procurement Data System (www.fpds.gov).  Using the websites, you can locate archived awards (in some cases of solicitations the archive only retains postings for six years).

In addition, please be aware that locating a contract number in the database does not guarantee having immediate access to the contract and supporting documentation.  Pursuant to Part 4.805 of the Federal Acquisition Regulation, which pertains to storage, handling and disposal of contract files, the Department is not federally mandated to retain original, signed documents for more than 6 years and 3 months after final payment.  Therefore, those documents that are older may be housed in one of the Department's storage facilities.

Some or all of the records you seek appear to have been originated by another agency.  If you wish to contact the Freedom of Information Act/Privacy Act Office of that agency, the address and contact information follows:

Small Business Administration
FOI/PA Office/Requester Service Center
409 Third St., S.W.
Washington, D.C. 20416

foia@sba.gov

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

August 16, 2016

U.S. Department of Transportation
ATTN: Chief, Freedom of Information/Privacy Acts Office
1200 New Jersey Avenue, SE
Washington, DC 20590

     **Re:  FOIA Request**

Dear Sir/Madam:

This is a request under the Freedom of Information Act. I would like to obtain any and all documents you have pertaining to the following:

1)    Any and all HUBZone set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

2)    Any and all Service-Disabled Veteran-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

3)    Any and all Woman-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

4)    Any and all SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14
55 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

September 6, 2016

U.S. Department of Transportation
ATTN: Chief, Freedom of Information/Privacy Acts Office
1200 New Jersey Avenue, SE
Washington, DC 20590

     **Re: FOIA Request**

Dear Sir/Madam:

     This is a request under the Freedom of Information Act. I would like to obtain any and all documents, including but not limited to, applications, email, letters and bids you have pertaining to the following:

1) Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to present; and

2) Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

     Very truly yours,

     GLENN A. ELLIS

GAE/jae

**Ex. 14
56 of 64**



U.S. Department
of Transportation

**General Counsel**

1200 New Jersey Ave., S.E.
Washington, DC 20590

Office of the Secretary
of Transportation

9/15/2016

Glenn A. Ellis
Freiwald Law
1500 Walnut Street
18th Floor
Philadelphia, PA - 19102

**File No. 2016-277**

Dear Mr. Ellis:

The purpose of this letter is to acknowledge receipt of your recent request for records under the Freedom of Information Act (FOIA), 5 U.S.C. 552. You requested a copy of all contracts awarded to Athena Construction Group, Icn. from 2010 - present; and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 - present. **(See Request)**

Please be advised that all FOIA requests will be handled on a first-in/first-out basis. Your request will be addressed in the order it was received. We regret any inconvenience caused by the delay.

Processing fees may apply for FOIA requests as set forth in the Department of Transportation's (DOT) FOIA regulation (49 CFR Part 7.41).

If you have questions concerning your request, please call our FOIA Request Service Center at (202) 366-4542.

Sincerely,

*Darlene A. Wallace*

Darlene A. Wallace
Program Assistant
FOIA Division

**Ex. 14
57 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

August 16, 2016

U.S. Department of the Treasury
ATTN: Chief, Freedom of Information/Privacy Acts Office
1500 Pennsylvania Avenue, NW
Washington, DC 20220

      Re:  **FOIA Request**

Dear Sir/Madam:

This is a request under the Freedom of Information Act. I would like to obtain any and all documents you have pertaining to the following:

1)     Any and all HUBZone set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

2)     Any and all Service-Disabled Veteran-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

3)     Any and all Woman-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

4)     Any and all SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14**
**58 of 64**



**DEPARTMENT OF THE TREASURY**
WASHINGTON, D.C.

March 28, 2017

RE: 2016-08-168

Mr. Glenn A. Ellis
Freiwald Law
1500 Walnut Street, 18th Floor
Philadelphia, PA  19102

Dear Mr. Ellis:

This concerns your Freedom of Information Act (FOIA) request submitted to the Department of the
Treasury, dated August 16, 2016.  You seek records relating to Athena Construction Group, Inc., from
2010 to the present.

The Department of the Treasury does not maintain centralized records or a central index.  The
Department does not have the ability to conduct a global search of Treasury employee email.  A
search of the Federal Procurement Data System website:
https://www.fpds.gov/fpdsng_cms/index.php/en/  failed to locate or identify any contracts
between "Athena Construction Group, Inc.," and the Department of the Treasury.

Your file has been appropriately closed. Please be advised that this action will not preclude you
from filing valid FOIA requests in the future with U.S. Department of the Treasury.

If questions arise concerning this action, please contact me via telephone at (202) 622-0930; or via email
at TreasFOIA@treasury.gov.  Please reference FOIA request 2016-08-168 when inquiring about this
request.

Sincerely,

*Michelle L. Henshaw*

Digitally signed by Michelle L. Henshaw
DN: c=US, o=U.S. Government, ou=Department of the
Treasury, ou=Department of Offices, ou=People,
serialNumber=3110354, cn=Michelle L. Henshaw
Date: 2017.03.28 10:15:52 -04'00'

Michelle Henshaw
FOIA Case Manager, FOIA and Transparency

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

September 6, 2016

U.S. Department of the Treasury
ATTN: Chief, Freedom of Information/Privacy Acts Office
1500 Pennsylvania Avenue, NW
Washington, DC 20220

      **Re:  FOIA Request**

Dear Sir/Madam:

      This is a request under the Freedom of Information Act.  I would like to obtain any and all documents, including but not limited to, applications, email, letters and bids you have pertaining to the following:

1) Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to present; and

2) Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

      Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14**
**60 of 64**

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

August 16, 2016

U.S. Department of Veteran's Affairs
ATTN: Chief, Freedom of Information/Privacy Acts Office
810 Vermont Avenue NW
Washington, DC 20420

### Re:  FOIA Request

Dear Sir/Madam:

This is a request under the Freedom of Information Act. I would like to obtain any and all documents you have pertaining to the following:

1)    Any and all HUBZone set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

2)    Any and all Service-Disabled Veteran-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

3)    Any and all Woman-Owned set aside SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present.

4)    Any and all SBA contracts awarded to Athena Construction Group, Inc., from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

Very truly yours,

GLENN A. ELLIS

GAE/jae

**Ex. 14**
**61 of 64**

1500 Walnut Street, 18th Floor  |  W 215.875.8000  |  The Law Matters
Philadelphia, PA 19102          |  F  215.875.8575  |  www.freiwaldlaw.com

# FREIWALD LAW

TRIAL LAWYERS

Glenn A. Ellis
gae@freiwaldlaw.com

September 6, 2016

U.S. Department of Veteran's Affairs
ATTN: Chief, Freedom of Information/Privacy Acts Office
810 Vermont Avenue NW
Washington, DC 20420

      **Re:  FOIA Request**

Dear Sir/Madam:

      This is a request under the Freedom of Information Act.  I would like to obtain any and all documents, including but not limited to, applications, email, letters and bids you have pertaining to the following:

1) Any and all contracts awarded to Athena Construction Group, Inc. from 2010 to present; and

2) Any and all SBA contracts awarded to Athena Construction Group, Inc. from 2010 to present, wherein the contracting officer considered and gave credit for the company being HUBZone, Service-Disabled Veteran Owned, and/or Woman-Owned.

Please feel free to contact me with any questions.

                    Very truly yours,

                    GLENN A. ELLIS

GAE/jae

**Ex. 14
62 of 64**



**VA** | U.S. Department
of Veterans Affairs

SEP 2 6 2016

VIA Email: gae@freiwaldlaw.com

Mr. Glenn A. Ellis
1500 Walnut Street, 18th floor
Philadelphia, PA 19102

Re: Freedom of Information Act Tracking Numbers **16-12159-F and 16-12528-F**

Dear Mr. Ellis:

This letter acknowledges receipt of two Freedom of Information Act (FOIA) requests to the Department of Veterans Affairs (VA) dated August 16, 2016 and September 6, 2016, in which you requested documents pertaining to contract information awarded to Athena Construction Group, Inc., from 2010 to present.

The FOIA Service received your requests on August 24, 2016 and September 14, 2016, and assigned them FOIA tracking numbers **16-12159-F and 16-12528-F**. Please refer to these numbers when communicating with the VA about these requests.

The records you requested are maintained at the Contracting Service Area Office (SAO West) and the Salem VA Medical Center. Your request has been referred to Mr. John Weiss and Mr. Charles Hurd, respectively, at the following facilities:

Department of Veterans of Affairs
Attention: Mr. John Weiss
Contracting Service Area Office (SAO West) (VISN 17)
3237 Peacekeeper Way, Bldg., 200, Suite 204
McClellan, CA 95652
Email: visn17contractingfoia@va.gov
Phone: (803) 776-4000 x6205
Fax: (803) 647-5802

Questions regarding the status of FOIA tracking no. **16-12159-F** should be directed to Mr. Weiss.

Department of Veterans of Affairs
Attention: Mr. Charles Hurd
Salem VA Medical Center (VISN 6)
1970 Roanoke Blvd.
Salem, VA 24153
Email: vhasamfoiaoffice@va.gov
Phone: (540) 855-5050
Fax: (540) 855-3458

Questions regarding the status of FOIA tracking no. **16-12528-F** should be directed to Mr. Hurd. (Contract no. VA246-16-C-0006)

**Ex. 14**
**63 of 64**

Mr. Glenn A. Ellis
Page 2

Please be advised, a determination on the releasability of records is due to you within twenty business days. Should you not receive a response within twenty business days you have the right to file an appeal. You may appeal in writing to:

Department of Veterans Affairs
General Counsel (024)
810 Vermont Avenue, NW
Washington, DC 20420

You may also submit your appeal via facsimile to (202) 273-6388 or via e-mail to ogcfoiaappeals@va.gov. Please include a copy of your request and my acknowledgment letter with your appeal, and clearly state why you disagree with this determination (in this case you would be appealing based on the timeliness of the processing of your request). If you mail your appeal, both the front of the envelope and the letter should be clearly marked "Freedom of Information Act Appeal."

As an alternative to submitting an appeal, you may contact the Office of Government Information Services (OGIS) which was created to offer mediation services to resolve disputes between FOIA requesters and federal agencies. Using OGIS does not affect your right to appeal. You may contact OGIS in any of the following ways:

Office of Government Information Services
National Archives and Records Administration
8601 Adelphi Road
College Park, MD 20740-6001
Email: ogis@nara.gov
Toll-free: 1-877-684-6448
Phone: (202) 741-5770
Facsimile: (202) 741-5769

We appreciate your interest in the VA. If you have any further questions concerning this letter, you may contact Ms. Joan Haynesworth of my staff at (202) 632-8466.

Sincerely,

James P. Horan
Director, FOIA Service

**Ex. 14
64 of 64**