**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* WILLIAM "BILL" SMITH<br><br>v.<br><br>ATHENA CONSTRUCTION GROUP, INC., *et al* | **Civil Action No.: 1:18-cv-02080-APM** |

**PLAINTIFF'S SUPPLEMENTAL RESPONSES TO DEFENDANT ATHENA CONSTRUCTION GROUP, INC.'S FIRST INTERROGATORIES AND FIRST REQUESTS TO PRODUCTION TO PLAINTIFF**

Pursuant to Rules 26, 33, 34 of the Federal Rules of Civil Procedure and applicable local rules, Plaintiff by and through its attorneys at Glenn Ellis Law, PLLC, provides the following supplemental responses to Defendant Athena's First Set of Interrogatories and First Requests to Production to Plaintiff, as follows:

INTERROGATORY No. 7: Identify the time period and the process through which you compiled the information put forth in paragraph 157 of the Third Amended Complaint that purports to provide the Athena employee count by year. The "process" is to include, but not be limited to, how you secured the information related to each individual you counted as an employee (name, address, status with Athena) and how your job responsibilities required or provided you access to the personal identifying information of these employees.

**RESPONSE: The Plaintiff did not compile the information set forth in paragraph 157 of the Third Amended Complaint. That information was compiled by his attorneys from various paid and public information sites and as such constitutes privileged attorney work product. By way of further response, the Plaintiff has requested rosters, employee files and payroll records forAthena's HUBZone qualified employees.**

**By way of further response, at the request of the Court, Plaintiff-Relator and counsel have worked together to recreate the chart at Paragraph 157. The below chart was created by reviewing and cross referencing the documents identified below, which were found on the Hard Drive, to determine the years they worked for Athena. Those individuals were then cross referenced with private and publicly available database to confirm the years worked and addresses.**

| Year | Paragraph 157 | HUBZone | Non-HUBZone | HUBZone % |
|---|---|---|---|---|
| 2011 | 14%<br>(1/7) | Greg Grant | Melissa Schneider<br>Amber Peebles<br>William Smith<br>Karen Papa<br>Hesham Barazi<br>Stuart Genua<br>Carl Armstrong | 12.5%<br>(1/8) |
| 2012 | 7%<br>(1/14) | Greg Grant | Melissa Schneider<br>Amber Peebles<br>William Smith<br>Karen Papa<br>Hesham Barazi<br>Stuart Genua<br>Herschel Hiatt<br>Carl Armstrong | 11%<br>(1/9) |
| 2013 | 14%<br>(3/21) | Greg Grant<br>Carl Armstrong<br>Nathan Aubert<br>Albright Carter<br>Said Chari<br>Zach Daly | Melissa Schneider<br>Amber Peebles<br>William Smith<br>Karen Papa<br>Phillipe Douthard<br>John Fielden<br>Greg Grant<br>Hershel Hiatt<br>Esther Kwon<br>Darla Strother<br>Sylvia Wang<br>Holly Wilson<br>Mark Gramling<br>Phillip McCarthy<br>Waldo Henderson<br>Shannon Holland<br>Hesham Barazi - Project Engineer<br>Stuart Genua<br>Greg Grant | 25%<br>(6/24) |

| Year | Paragraph 157 | HUBZone | Non-HUBZone | HUBZone % |
|---|---|---|---|---|
| 2014 | 19%<br>(4/21) | Carl Armstrong•<br>Nathan Aubert<br>Said Chari•<br>Zach Daly•<br>Brian Basile*<br>Ereke Herring*<br>Jorge Sandoval* | Melissa Schneider<br>Amber Peebles<br>William Smith<br>Karen Papa<br>Phillipe Douthard<br>John Fielden<br>Greg Grant<br>Hershel Hiatt<br>Mark Gramling<br>Esther Kwon<br>Darla Strother•<br>Sylvia Wang<br>Holly Wilson<br>Waldo Henderson<br>Shannon Holland<br>Clay Frook<br>Julio Tatis | 30%<br>(7/23) |
| 2015 | 23%<br>(4/17) | Carl Armstrong<br>Brandon Berryman*<br>Jairo Perez*<br>Jorge Sandoval* | Melissa Schneider<br>Amber Peebles<br>William Smith<br>Karen Papa<br>Darla Strother<br>Esther Kwon<br>Clay Frook<br>Julio Tatis<br>Sheila Henderson<br>Richard Shufritz<br>Greg Grant<br>Waldo Henderson<br>Mark Gramling | 25%<br>(4/16) |
| 2016 | 12%<br>(2/13) | Jorge Sandoval*<br>Yvette Jordan | Melissa Schneider<br>Amber Peebles<br>William Smith<br>Darla Strother<br>Clay Frook<br>Julio Tatis<br>Sheila Henderson<br>Geoffrey Guidry<br>Richard Shufritz<br>James Walsh | 17%<br>(2/12) |

| Year | Paragraph 157 | HUBZone | Non-HUBZone | HUBZone % |
|---|---|---|---|---|
| 2017 | 11% (1/9) | Ricardo Vera | Melissa Schneider<br>Amber Peebles<br>Darla Strother<br>Clay Frook<br>Julio Tatis<br>Sheila Henderson<br>Geoffrey Guidry<br>Megan Guy<br>Richard Shufritz | 10% (1/10) |

RPD No. 5: All documents in your possession that support the claims set forth in Count I and II of the Third Amended Complaint as it applies to Plaintiff's claims of "Athena's HUBZone scheme".

**RESPONSE: Objection, this request is unduly vague, overly broad and references several undefined terms. By way of further response, any documents relating to Plaintiff's HUBZone allegations are in the possession of Athena and/or contained in the Hard Drive, which has already been provided to Athena. By way of further response, the Plaintiff has requested rosters, employee files and payroll records forAthena's HUBZone qualified employees.**

**By way of further response, at the request of the Court, Plaintiff-Relator and counsel have re-reviewed the Hard Drive and the following categories of documents that may be relevant to the HUBZone allegations and were reviewed to recreate the chart at paragraph 157:**

- **"All Hands" emails sent from management to all employees including the Plaintiff-Relator;**
- **Recall Rosters (ATHENA_0096020);**
- **Emails and attached weekly OPS Emails and presentations (ATHENA_0057667);**
- **Emails and attached Operations Meeting sheets, which identify employees (ATHENA_0090462);**
- **Weekly Safety Meeting Emails sent to all employees including the Plaintiff-Relator (ATHENA_0075440);**
- **Weekly Employee Time Sheets that were emailed to Plaintiff-Relator (ATHENA_0090469);**
- **Employee Expense Reports that were emailed to Plaintiff-Relator (ATHENA_0090470);**
- **Employee Wage Detail Reports that were emailed to Plaintiff-Relator (ATHENA_0090439)**
- **Job History Detail Reports (ATHENA_0096077-8); and**
- **Emails relating to Athena's Christmas parties (ATHENA_0065954).**

**An example of each of the above document types have been attached to this response.**

**In addition to above there are a few emails that either refer to Athena's HUBZone (ATHENA_0082030-1) and/or corroborate Plaintiff-Relator's testimony. For example, the Plaintiff-Relator testified as follows:**

> **Q. So, the second sentence says:· The plaintiff recalls being concerned that Athena could get in trouble for dumping construction waste into the common dumpster behind their offices. Ms. Peebles reassured the plaintiff that it would not be an issue because the property manager was on Athena's payroll to help meet their HUBZone 16 obligations.**
>
> **So, do you recall when that exchange with Ms. Peebles took place?**
>
> **A. It was when we were renovating the office. We were gutting the old walls.· So that was I don't remember the exact date but —**

***See* Mr. Smith's Dep at pg. 198 ln. 5-21. While it does not detail the above conversation, there is a corroborating email (ATHENA_0078023) that the Plaintiff-Relator sent to Ms. Peebles informing her that Ms. Frezza had stopped his workers from placing construction waste in the dumpster. Ms. Peebles asked for Ms. Frezza's telephone number and then talked to Plaintiff-Relator to let him know that he could go ahead and used the dumpster.**

Glenn Andrew Ellis
GLENN ELLIS LAW, PLLC
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
gae@glennellislaw.com
*Counsel for William Smith*

W. Scott Simmer
Andrew M. Miller
BARON & BUDD, P.C.
600 New Hampshire Ave, N.W., Suite 10-A
Washington, D.C. 20037
amiller@baronbudd.com
ssimmer@baronbudd.com
*Counsel for William Smith*

Dated: 10/24/22

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing was served via email to the following:

Amibka J. Biggs, Esqurie
Hirschler Fleischer
8270 Greensboro Drive, Suite 700
Tysons, VA 22102

Matthew A. Lipman, Esquire
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1617 JFK Blvd., Suite 1500
Philadelphia, PA 19102

Milton C. Johns, Esquire
Executive Law Partners, PLLC
11130 Fairfax Blvd., Suite 303
Fairfax, VA 22030

GLENN A. ELLIS, ESQUIRE

Dated:10/24/22

Employee Wage Detail
12/01/13 To 12/29/13

Taxable Status: SS=FICA, F=Federal, S=State, L=Local, UF=FUTA, US=SUTA

| Employee Earnings, Tax, or Deduction | Taxable | Tax/Ded |
|---|---|---|
| 126 - Charl , Said | | |
| **Taxable Wages & Compensation** | | |
| BONUS EARNINGS (SS,F,S,L,UF,US) | 250.00 | |
| HOLIDAY (SS,F,S,L,UF,US) | 384.62 | |
| Salary Prorate (SS,F,S,L,UF,US) | -0.06 | |
| Salary Hours (SS,F,S,L,UF,US) | 3,269.29 | |
| VACATION TIME (SS,F,S,L,UF,US) | 192.31 | |
| Total: | 4,096.16 | |
| **Non-Taxable Wages & Compensation** | | |
| REIMBURSED EXPENSES | 722.00 | |
| Total: | 722.00 | |
| **Federal Taxes** | | |
| Federal Income Tax | 4,001.00 | 569.78 |
| Social Security Employee at 6.2% | 4,001.00 | 248.06 |
| Medicare Employee at 1.45% | 4,001.00 | 58.02 |
| Total: | | 875.86 |
| **State Taxes** | | |
| LA - Louisiana | 3,755.91 | 116.30 |
| VA - Virginia | 245.09 | 6.87 |
| Total: | 4,001.00 | 123.17 |
| **Work City Taxes** | | |
| LA - LANOLOCAL - LA No Local at 0% | 3,755.91 | 0.00 |
| VA - VANOLOC - VA No Local Tax at 0% | 245.09 | 0.00 |
| Total: | 4,001.00 | 0.00 |
| **Pre-Tax Miscellaneous Deductions** | | |
| Section 125 | | 95.16 |
| Total: | | 95.16 |
| **Net Pay** | | |
| Net Pay | 3,723.97 | |
| Total: | 3,723.97 | 0.00 |

Ex. 16
7 of 14

ATHENA_0090439

02/05/2014 08:21:41 AM

**Athena Construction Group Inc**
**Job History Detail Report**
**NOLA-13-03 - Interiors-Drywall**
**12/30/13 To 02/02/14**



| Cost Code | Description | Source | Date | Class | Category | | Dollars | Hours/Units | Comment | Quantity | % | Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ONSITEWALK | Onsite Walk-throughs | P/R | 01/03/14 | LAB | 4003 | SREG | 24.04 | 1.000 | 127 Daly, Zachary M | | | |
| | | P/R | 01/03/14 | LAB | 4003 | SREG | 27.80 | 1.000 | 111 Armstrong, Carl W | | | |
| | | P/R | 01/03/14 | LAB | 4003 | SREG | 173.61 | 8.500 | 128 Chari, Said | | | |
| | | P/R | 01/03/14 | LAB | 5000 | SREG | 251.21 | 11.000 | 138 Rodrigue, Joseph P | | | |
| | | P/R | 01/03/14 | LAB | 5000 | SREG | 410.50 | 18.500 | 137 Middleton, Richard D | | | |
| | | P/R | 01/03/14 | LAB | 5100 | SREG | 569.81 | 15.000 | 131 Strother, Sharon D | | | |
| | | P/R | 01/10/14 | LAB | 4003 | SREG | 45.79 | 2.000 | 127 Daly, Zachary M | | | |
| | | P/R | 01/10/14 | LAB | 4003 | SREG | 53.05 | 2.000 | 111 Armstrong, Carl W | | | |
| | | P/R | 01/10/14 | LAB | 4003 | SREG | 376.69 | 19.000 | 128 Chari, Said | | | |
| | | P/R | 01/10/14 | LAB | 5000 | SREG | 410.50 | 18.500 | 137 Middleton, Richard D | | | |
| | | P/R | 01/10/14 | LAB | 5100 | SREG | 581.61 | 15.500 | 131 Strother, Sharon D | | | |
| | | P/R | 01/17/14 | LAB | 4003 | SREG | 105.87 | 5.000 | 127 Daly, Zachary M | | | |
| | | P/R | 01/17/14 | LAB | 4003 | SREG | 117.74 | 5.000 | 111 Armstrong, Carl W | | | |
| | | P/R | 01/17/14 | LAB | 4003 | SREG | 250.00 | 13.000 | 128 Chari, Said | | | |
| | | P/R | 01/17/14 | LAB | 5000 | SREG | 500.01 | 26.000 | 137 Middleton, Richard D | | | |
| | | P/R | 01/17/14 | LAB | 5100 | SREG | 815.39 | 19.000 | 131 Strother, Sharon D | | | |
| | | P/R | 01/24/14 | LAB | 4003 | SREG | 26.96 | 1.000 | 111 Armstrong, Carl W | | | |
| | | P/R | 01/24/14 | LAB | 4003 | SREG | 43.46 | 2.000 | 127 Daly, Zachary M | | | |
| | | P/R | 01/24/14 | LAB | 4003 | SREG | 210.34 | 10.500 | 128 Chari, Said | | | |
| | | P/R | 01/24/14 | LAB | 5000 | SREG | 538.47 | 28.000 | 137 Middleton, Richard D | | | |
| | | P/R | 01/24/14 | LAB | 5100 | SREG | 572.00 | 14.500 | 131 Strother, Sharon D | | | |
| | | P/R | 01/31/14 | LAB | 4003 | SREG | 82.71 | 4.000 | 127 Daly, Zachary M | | | |
| | | P/R | 01/31/14 | LAB | 4003 | SREG | 117.74 | 4.000 | 111 Armstrong, Carl W | | | |
| | | P/R | 01/31/14 | LAB | 4003 | SREG | 194.35 | 9.500 | 128 Chari, Said | | | |
| | | P/R | 01/31/14 | LAB | 5000 | PRO | -0.01 | | 137 Middleton, Richard D | | | |
| | | P/R | 01/31/14 | LAB | 5000 | SREG | 534.79 | 27.500 | 137 Middleton, Richard D | | | |
| | | P/R | 01/31/14 | LAB | 5100 | SREG | 555.56 | 13.000 | 131 Strother, Sharon D | | | |
| | | P/R | 01/03/14 | FIC | | | 110.99 | 53.000 | | | | |
| | | P/R | 01/10/14 | FIC | | | 111.29 | 57.000 | | | | |
| | | P/R | 01/17/14 | FIC | | | 108.31 | 68.000 | | | | |
| | | P/R | 01/24/14 | FIC | | | 94.60 | 56.000 | | | | |
| | | P/R | 01/31/14 | FIC | | | 101.80 | 58.000 | | | | |
| | | P/R | 01/03/14 | FSU | | | 48.14 | 53.000 | | | | |

Ex. 16
8 of 14

ATHENA_0096077

**To:** amber@athenaconstructiongroup.com[amber@athenaconstructiongroup.com]; melissa@athenaconstructiongroup.com[melissa@athenaconstructiongroup.com]; Bill Smith[bill@athenaconstructiongroup.com]; stuart@athenaconstructiongroup.com[stuart@athenaconstructiongroup.com]; holly@athenaconstructiongroup.com[holly@athenaconstructiongroup.com]; carl@athenaconstructiongroup.com[carl@athenaconstructiongroup.com]; Hesham Barazi[hesham@athenaconstructiongroup.com]; Teni Ladipo[tladi001@vt.edu]; Cameron McNinch[cameronmcninch@live.com]; Linda Nelson[linmap@aol.com]
**From:** Karen Papa
**Sent:** Wed 10/31/2012 6:51:59 PM
**Subject:** Save the Date

Your presence is requested at Athena's Annual Christmas Party...Thursday, December 13, 2012. More details to follow.

Lynn, please let Mary Ann know she's invited too...I just couldn't find her email address.

Karen Papa
Office Administrator
Athena Construction Group, Inc.
*Notary Public*
703-221-7748
Karen@athenaconstructiongroup.com




**Operations Meeting 2/3/14**

| Attendees | Attendees | Attendees | |
|---|---|---|---|
| Melissa Schneider | Carl Armstrong | Zach Daly | |
| Amber Peebles - absent | Darla Strother | Phil Douthard - absent | |
| Bill Smith | Nathan Aubert | Sylvia Wang - absent | |
| Karen Papa | Said Chari | | |
| Holly Wilson | Esther Kwon | | |

| # | Tasks | ACK | Date | Notes |
|---|---|---|---|---|
| 1 | PEs to be assigned responsibility of finding and emailing the week's safety investigation monthly. Said to do February. | | | |
| 2 | Written "variance" for steps to lift rail height (from CMJV) to be fowarded to Melissa and Amber from NOLA team. (Larry Brooks?) | | | |
| 3 | Need to have someone assigned to P237 to assign Prolog account to. | | | |

Respectfully,
Athena Construction Group
Melissa Schneider
Vice President



Ex. 16
10 of 14

ATHENA_0090462

Year: 2014

# ATHENA CONSTRUCTION GROUP

Week Ending: 02/09

## NAME: Darla Strother (Safety Director)

| Item | Monday | Tuesday | Wednesday | Thursday | Friday | Saturday | Sunday | TOTALS |
|---|---|---|---|---|---|---|---|---|
| Miles Driven | | | | | | | | |
| Material Costs by Job: | | | | | | | | |
| TCC-8 | | | | | | | | |
| Pax River | | | | | | | | |
| POFF | | | | | | | | |
| Walter Reed MOR | | | | | | | | |
| Ft. Belvoir/EMCOR | | | | | | | | |
| St. Elizabeth's | | | | | | | | |
| Camp Pendleton | | | | | | | | |
| | | | | | | | | |
| Mileage @ $0.555 | $ - | $ - | $ - | $ - | $ - | $ - | $ - | |
| Phone | | | | | | | | |
| Office Supplies | | | | | | | | |
| Postage / Shipping | | | | | | | | |
| OTHER: | | | | | | | | |
| Safety | 133.7 | 32.66 | | | | | | 166.36 |
| | | | | | | | | |
| | | | | | | | | |
| Air line Ticket | | | | | | | | |
| | | | | | | | | |
| TOTALS: | $ 133.70 | $ 32.66 | $ | $ | $ | $ | $ | 166.36 |
| | | | | | | | | $ |

NOTES:

Ex. 16
11 of 14
ATHENA_0090470

ATHENA CONSTRUCTION GROUP

Employee Name: Darla Strother

Employee Signature: Darla Strother

Supervisor Sign-off:

Time Sheet for Week Ending: 2/9/2014 (Sunday)

***ALL OVERTIME MUST BE PRE-APPROVED

| Day | Job No. | / Cost Code | Time In | Lunch | Time Out | Total Net Hours | Descr. of Work/Supervisor Daily Sign-off |
|---|---|---|---|---|---|---|---|
| Mon | NOLA | 10 | 6:00 | | | 1 | Office, Timesheet, |
| | | | | | | 3 | Onsite Safety |
| | | | | | | 2 | Office, meeting, emails |
| | | | | | | 2 | Onsite Safety |
| | | | | | 16:00 | 2 | Office, paperwork |
| Tues | NOLA | 10 | 6:00 | | | 0.5 | Office, Paperwork for training |
| | | | | | | 3.5 | Onsite Safety , Training CAS |
| | | | | | | 3 | office, training documents,emails |
| | | | | | | 1 | Onsite Safety |
| | | | | | 15:30 | 1.5 | Office,paperwork, safety |
| Wed | NOLA | 10 | 6:00 | | | 0.5 | Office, paperwork |
| | | | | | | 2 | Onsite Safety |
| | | | | | | 6.5 | Drywall Safety Day |
| | | | | | | | CWIS Seminar |
| | | | | | 16:00 | 0.5 | Office, emails |
| Thur | NOLA | 10 | 6:00 | | | 0.5 | Office, paperwork |
| | | | | | | 4.5 | Onsite Safety, meeting |
| | | | | | | 5 | Office, paperwork, answer to |
| | | | | | 16:00 | | affidavit, meeting with subcontractor |
| | | | | | | | |
| Fri | NOLA | 10 | 6:00 | | | 0.5 | Office, Paperwork |
| | | | | | | 2 | Onsite Safety |
| | | | | | | 2 | Office,paperwork |
| | | | | | | 4 | Onsite Safety |
| | | | | | 16:00 | 1.5 | Office, phone calls, paperwork |
| Sat | | | | | | | |
| | | | | | | | |
| | | | | | | | |
| Sun | | | | | | | |
| | | | | | | | |
| | | | | | | | |

| | |
|---|---|
| Onsite Hours | 24 |
| Office Hours | 27 |
| TOTAL | 51 |

Ex. 16
12 of 14

ATHENA_0090469

**To:** 'amber@athenaconstructiongroup.com'[amber@athenaconstructiongroup.com]; 'Karen Papa'[karen@athenaconstructiongroup.com]; 'melissa@athenaconstructiongroup.com'[melissa@athenaconstructiongroup.com]
**From:** Bill Smith
**Sent:** Mon 1/28/2013 4:36:06 PM
**Subject:** RE: Interpretation help/address search

And they will be in charge of your healthcare!! The proverbial government smoke.

---

**From:** Amber Peebles [mailto:amber@athenaconstructiongroup.com]
**Sent:** Monday, January 28, 2013 11:05 AM
**To:** Karen Papa; Bill Smith; melissa@athenaconstructiongroup.com
**Subject:** FW: Interpretation help/address search

When you having nothing else to do with your time please see my questions to the SBA and then read the boilerplate response....

We pay for this $%^&....

Amber Peebles
President
Athena Construction Group, Inc.
O 703 221 7131
C 202 270 9695

---

**From:** Hubzone Helpdesk [mailto:hubzone@sba.gov]
**Sent:** Monday, January 28, 2013 10:59 AM
**To:** amber@athenaconstructiongroup.com
**Subject:** RE: Interpretation help/address search

Dear Amber Peebles,

Qualified HUBZone areas are based on specific statutory criteria that are passed by Congress and evaluated by other Federal Agencies such as: qualified census tracts from HUD, County designations from the U.S. Department of Labor (Bureau of Labor statistics) as well as the Census Bureau, Indian Reservations from the U.S. Department of Interior (Bureau of Indian Affairs) to coincide with boundaries of Indian country set in treaties with respective Indian Nations, etc. Therefore, the HUBZone program has no control over what areas will or will not qualify as HUBZones.

All re-designated areas with an expiration date of October 2013 are set to expire on October 1, 2013. These re-designated areas have received the 3 year period; per the direction the SBA has received these areas will receive no additional grandfathering. When the map server is updated on October 1, 2013 it will remove all re-designated areas. Therefore, if your firm's principal office address or its employees are located in a re-designated area and the location is not re-classified as a qualified HUBZone and or Congress does not intervene your firm could no longer be meeting the HUBZone eligibility requirements.

To determine if your company is located in a re-designated area please view the HUBZone Map at http://map.sba.gov/hubzone/maps/. The HUBZone Map is the primary source to determine HUBZone eligibility. However, if you believe the HUBZone Map is locating the address (geocoding it) in the wrong place there are alternative mapping sources to determine your census tract number, which can be used to determine your HUBZone eligibility on the basis of whether it is in a qualified census tract or qualified nonmetropolitan county. The alternative mapping sources are supplied below. Once you have determined the census tract the address is located in you may look up the census tract in the HUBZone mapping system by clicking on the county and the corresponding census tract. If you are unable to locate the address using the mapping sources supplied below you are welcome to contact your local court house to determine what census tract the address is located in. Please ensure that you acquire proof of this information.

1. FFIEC Geocoding System
   http://www.ffiec.gov/Geocode/default.aspx
2. HUD
   http://209.48.228.153/qctmap.html

For further information on these re-designated areas please visit our online website at http://www.sba.gov/content/hubzone-latest-news-and-articles.
The HUBZone office offers eligibility assistance on Tuesdays and Thursdays from 2:00 to 3:00 p.m. EST. You are invited to call 1-888-858-2144 Access code 3061773#. This is an interactive conference call where HUBZone staff will present a specific eligibility topic followed by a general question session.

**To:** 'amber@athenaconstructiongroup.com'[amber@athenaconstructiongroup.com]
**From:** Bill Smith
**Sent:** Fri 11/18/2011 2:55:34 PM
**Subject:** RE: Dumpster

Mary Frezza 571-215-0666

---

**From:** amber@athenaconstructiongroup.com [mailto:amber@athenaconstructiongroup.com]
**Sent:** Friday, November 18, 2011 9:44 AM
**To:** Bill Smith
**Subject:** Re: Dumpster

Send me her number
Sent from my Verizon Wireless BlackBerry

---

**From:** "Bill Smith" <bill@athenaconstructiongroup.com>
**Date:** Fri, 18 Nov 2011 09:36:32 -0500
**To:** <amber@athenaconstructiongroup.com>
**Subject:** Dumpster

Amber, Can you call Mary, she stopped the boys from using the dumpster.

Bill Smith
Athena Construction Group, Inc.
SDVOB, WOB, SDBE
Director of Operations
Direct: 703-870-3729
Cell: 407-489-7191
18031 Dumfries Shopping Plaza
Dumfries, VA 22026