**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel* | ) |
| WILLIAM "BILL" SMITH | ) |
| | ) |
| | ) |
|     Plaintiff | ) |
| | ) |
| v. | ) |
| | ) Civil Action No. 1:18-cv-02080-APM |
| ATHENA CONSTRUCTION GROUP, | ) |
| INC, *et al* | ) |
| | ) |
|     Defendant. | ) |
| | ) |
| | ) |

<u>**DEFENDANT ATHENA CONSTRUCTION GROUP, INC's. SUPPLEMENTAL RESPONSE TO REQUESTS FOR PRODUCTION OF DOCUMENTS**</u>

        Pursuant to Rule 34 of the Federal Rules of Civil Procedures,  Defendant Athena Construction Group, Inc., ("Athena"), provides Supplemental Responses to Requests for Production of Documents served on behalf of Plaintiff William "Bill" Smith.

**DEFINITIONS**

**Definition I:**  The period of time encompassed by these requests shall be from 2011 to the present, unless otherwise indicated.  Note, this request is continuing up to and at the time of trial.

**OBJECTION:** Defendant Athena objects to the timeframe imposed for responses to these discovery requests.  Mr. Smith was terminated from Athena on January 18, 2016 and despite assertions in the Third Amended Complaint that the alleged fraud continued after his termination to the present, he testified that he has no knowledge of the activities of Athena subsequent to his January 18, 2016 termination and no basis for any belief that the alleged fraud continued beyond

1

**Ex. 18**
**1 of 23**

that time period.  Athena will provide responses for the time period of 2011 through January 18, 2016.

## REQUESTS FOR PRODUCTION OF DOCUMENTS

1. Produce a copy of all documents relating to your HUBZone certification from 2011 to 2017.

**OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, he has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period. Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

Athena further objects to this request to the extent that it is overly broad and vague in that it could encompass payroll, personnel, email communications and countless other documents spanning a significant time period.

**RESPONSE:** Without waiving these objections, to the extent this request seeks documents related to Athena's application for certification and recertification, Athena will provide to the extent such documents are available.

**SUPPLEMENTAL RESPONSE:**  See ACG000225-231, 339-388; 389-406; 407-482; 483-616; 647-649; 650.

2. Produce a copy of all documents relating to your initial application to the SBA for HUBZone certification, including all exhibits and attachments.

**OBJECTION:**  Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, he has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period. Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

Athena further objects to this request on the basis that it is overly broad and vague in its request for "all documents relating to" the initial application.  Again, this request could include all payroll and personnel records, email communications and other documents that might peripherally relate to Athena employees and/or Athena's HUBZone certification.

**RESPONSE:**  Without waiving these objections, to the extent this request seeks documents related to Athena's application for certification and recertification, Athena will provide to the extent such documents are available.

**SUPPLEMENTAL RESPONSE:**  Materials related to the original certification are contained within ACG000483-000616.

3. Produce a copy of all communications with the SBA relating to your HUBZone certification from 2011 to 2017.

**OBJECTION**: Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in

**Ex. 18**
**3 of 23**

January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, he has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period. Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

**RESPONSE:** Without waiving these objections, Athena believes that it received a communication from the SBA confirming its recertification.  Attempts are being made to locate this letter and it will be produced if and when it is located.

**SUPPLEMENTAL RESPONSE**:  Other than the materials located within AC000483-000616, Athena has not been able to locate any communications with the SBA.

4. Produce a copy of all internal documents and/or communications from 2011 to 2017 relating to your eligibility and maintenance of your HUBZone certification.

**OBJECTION**: Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, he has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period. Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

Athena further objects to this request to the extent that it is overly broad and vague in that it could encompass payroll, personnel, email communications and countless other documents spanning a significant time period.

**RESPONSE:**  Without waiving these objections, Athena will produce to the extent responsive documents are available through January of 2016.

**SUPPLEMENTAL RESPONSE:** See ACG000001-000660.

5. Produce a copy of all communications with any and all prime contractors, including but not limited to all co-defendants named in the Second Amended Complaint, from 2011 to 2017 regarding your eligibility and maintenance of your HUBZone certification.

**OBJECTION**: Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, he has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period. Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

**RESPONSE:**  Without waiving this objection, none.

6.  All documents, including communications concerning your understanding of, and efforts to comply with, any contractual or legal requirements concerning small business set-aside programs, including but not limited to:

a. SBA's limitation on subcontracting found at 12 C.F.R. §125.6 ; and

b. SBA's requirements regarding HUBZone small businesses found at 12 C.F.R. Part 126, Subpart B.

> **OBJECTION**: Pursuant to Order of March 25, 2022 (Dkt. 107), the fraud claims of this case were limited to allegations related to Athena's HUBZone certification.  Any claims related to limitations on subcontracting were dismissed.  Accordingly, Athena objects to subpart (a) of this request on the basis that it is overly broad and not likely to lead to relevant or admissible evidence.

> Athena also objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, he has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period.  Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

> **RESPONSE:** Without waiving this objection, to the extent that Athena understands the request in subpart (b), see documents produced in response to Request #4.

7. Produce a copy of all HUBZone set aside contracts that you were awarded from 2011 to 2017.

> **OBJECTION:** Athena objects to this request on the basis that it seeks contracts for the time period of 2011 through the present. Mr. Smith was terminated from Athena in

Ex. 18
6 of 23

January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, he has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period.  Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

**RESPONSE:** A copy of HQ003414D0005 and related task orders will be produced to the extent that Athena is able to locate such documents.

**SUPPLEMENTAL RESPONSE:**  See ACG000001-000224.

8. Produce a copy of all documents relating to your annual HUBZone certifications, including all exhibits and attachments.

**OBJECTION:** Athena objects to this request to the extent that it assumes that Athena was subject to "annual" certifications from 2011 through the present.

Athena further objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, he has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period.  Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request

7

is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

**RESPONSE:** Without waiving these objections, to the extent this request seeks documents related to Athena's application for certification and recertification, Athena will provide to the extent such documents are available.

**SUPPLEMENTAL RESPONSE:** Recertification was completed electronically and did not require the uploading of materials. Athena is not in possession of any documents responsive to this request.

9. Produce a copy of all documents submitted to the SBA relating to your HUBZone certification from 2011 to 2017.

**OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, he has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period. Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

**RESPONSE:** Without waiving these objections, to the extent this request seeks documents related to Athena's application for certification and recertification, Athena will provide to the extent such documents are available.

**SUPPLEMENTAL RESPONSE:**  See responses to Requests 2, 3, and 8.

10.  Produce a copy of each of your fully executed lease/rental agreements or deeds for your principal office location from 2011 to 2017.

**OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, he has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period.  Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

**RESPONSE:**  Without waiving objections, Athena is making attempts to locate these documents and will produce for the time period of 2011 through January 2016 to the extent they are available.

**SUPPLEMENTAL RESPONSE:**  See ACG 000299-000338.

11. Produce a copy of each of the insurance policies that covered your principal office location from 2011 to 2017.

**OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in

9

January 2016 and while Athena does not agree that Plaintiff has any basis to allege that
fraud occurred while he was employed by Athena, he has alleged no evidence of fraud
continuing beyond his term of employment and testified that he has no information for
that time period or factual basis upon which to put forth allegations of fraud for that time
period.  Any efforts to seek information beyond January 2016 is nothing more than a bad-
faith fishing expedition unsupported by any evidence and is not appropriate. This request
is overly broad and will not be answered beyond the time period of Mr. Smith's
employment.

**RESPONSE:**  Without waiving this objection, Athena is making attempts to locate these
documents and will produce for the time period of 2011 through January 2016 to the
extent they are available.


12. Produce a copy of each of your fully executed lease/rental agreements or deeds for each of
your satellite office locations from 2011 to 2017.

**OBJECTION:** Athena objects to this request on the basis that it seeks documentation for
the time period of 2011 through the present. Mr. Smith was terminated from Athena in
January 2016 and while Athena does not agree that Plaintiff has any basis to allege that
fraud occurred while he was employed by Athena, he has alleged no evidence of fraud
continuing beyond his term of employment and testified that he has no information for
that time period or factual basis upon which to put forth allegations of fraud for that time
period.  Any efforts to seek information beyond January 2016 is nothing more than a bad-
faith fishing expedition unsupported by any evidence and is not appropriate. This request
is overly broad and will not be answered beyond the time period of Mr. Smith's

employment.

**RESPONSE:**  Without waiving this objection, Athena is making attempts to locate these documents and will produce for the time period of 2011 through January 2016 to the extent they are available.

**SUPPLEMENTAL REPONSE:**  See response to Request #10.

13.  Produce a copy of each of the insurance policies that covered your satellite office locations from 2011 to 2017.

**OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, he has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period.  Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

**RESPONSE:**  Without waiving this objection, Athena is making attempts to locate these documents and will produce for the time period of 2011 through January 2016 to the extent they are available.

14.  Produce a copy of each or your utility bills, including but not limited to gas, electric, water, sewer, cellular and landline telephone phone bills, for your principal office location from 2011 to 2017.

> **OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, he has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period. Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.
>
> **RESPONSE:** Without waiving this objection, Athena will produce responsive documents to the extent they exist.

15. Produce a copy of each or your utility bills, including but not limited to gas, electric, water, sewer, cellular and landline telephone phone bills, for your satellite office locations from 2011 to 2017.

> **OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that he has any basis to allege that fraud occurred while he was employed by Athena, he has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period

or factual basis upon which to put forth allegations of fraud for that time period.  Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

**RESPONSE:** Without waiving this objection, none.

16. All documents that reflect your organizational structure, including but not limited to, organizational charts from 2011 to 2017.  The documents should also include information regarding the physical location where each employee works, and if remote, each employee's remote work location.

**OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, he has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period. Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

**RESPONSE:** Without waiving this objection, none.

17. Produce a copy of your payroll records, which should include the name/number of hours worked/wages, for each of your employees from 2011 to 2017.

**OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, Plaintiff has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period.  Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

**RESPONSE:** Without waiving this objection, pursuant to Federal Rules of Civil Procedure Rule 33(d)(1),(2), payroll records maintained by Athena for the years of 2011 through January of 2016 will be made available for inspection during business hours at Athena's office in Triangle, Virginia at a mutually convenient time upon 72-hours' notice and the signing of a Protective Order establishing that all documents reviewed and subsequently copied shall be considered "CONFIDENTIAL - Attorneys' Eyes Only".

18. Produce a copy of your payroll records, which should include the name/number of hours worked/wages, for each of your principals and/or owners from 2011 to 2017.

**OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, Plaintiff has alleged no evidence of

fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period.  Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

**RESPONSE:** Without waiving this objection, pursuant to Federal Rules of Civil Procedure Rule 33(d)(1),(2), payroll records maintained by Athena for the years of 2011 through January of 2016 will be made available for inspection during business hours at Athena's office in Triangle, Virginia at a mutually convenient time upon 72-hours' notice and the signing of a Protective Order establishing that all documents reviewed and subsequently copied shall be considered "CONFIDENTIAL - Attorneys' Eyes Only".

19. Produce a copy of all W2s and 1099s from 2011 to 2017 issued by you.

**OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, Plaintiff has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period.  Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This

request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

**RESPONSE:**   Without waiving this objection, these records are contained within the personnel records maintained by Athena. Pursuant to Federal Rules of Civil Procedure Rule 33(d)(1),(2), the personnel records maintained by Athena for the years of 2011 through January of 2016 will be made available for inspection during business hours at Athena's office in Triangle, Virginia at a mutually convenient time upon 72-hours' notice and the signing of a Protective Order establishing that all documents reviewed and subsequently copied shall be considered "CONFIDENTIAL - Attorneys' Eyes Only".

20. Produce a copy any [sic] and all agreements and/or invoices you entered into or received from any and all temporary employee agency, leasing concern, or through a union agreement or co-employed pursuant to a professional employer organization agreement from 2011 to 2017.

**OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, Plaintiff has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period.  Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

**RESPONSE:** Without waiving this objection, none.

21. Produce a copy of the following:

    a.  any and all written offers of employment;

    b. published advertisements for open positions; and

    c. attendance at job fairs.

    **OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, Plaintiff has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period.  Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

    **RESPONSE:**  Without waiving this objection, Athena will produce responsive documents to the extent they exist.

    **SUPPLMENTAL RESPONSE**:  See ACG000339-000388.

22. Provide copies of driver's licenses, identification cards, or voter registration cars indicating the home address of each of your employees from 2011 to 2017.

    **OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in

January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, Plaintiff has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period.  Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

**RESPONSE:** Without waiving this objection, documents responsive to this request are maintained within the personnel files of Athena Construction.  Pursuant to Federal Rules of Civil Procedure Rule 33(d)(1),(2), personnel records maintained by Athena for the years of 2011 through January of 2016 will be made available for inspection during business hours at Athena's office in Triangle, Virginia at a mutually convenient time upon 72-hours' notice and the signing of a Protective Order establishing that all documents reviewed and subsequently copied shall be considered "CONFIDENTIAL - Attorneys' Eyes Only".

23. Provide a copy of a HUBZone map for each employee you claimed as residing in a HUBZone from 2011 to 2017.

**OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, Plaintiff has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information

18

for that time period or factual basis upon which to put forth allegations of fraud for that time period.  Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

**RESPONSE:** Without waiving this objection, documents responsive to this request are maintained within the personnel files of Athena Construction.  Pursuant to Federal Rules of Civil Procedure Rule 33(d)(1),(2), personnel records maintained by Athena for the years of 2011 through January of 2016 will be made available for inspection during business hours at Athena's office in Triangle, Virginia at a mutually convenient time upon 72-hours' notice and the signing of a Protective Order establishing that all documents reviewed and subsequently copied shall be considered "CONFIDENTIAL - Attorneys' Eyes Only".

24. Provide a copy of your state unemployment tax filing, which should include the employee listing supporting the summary of wages, from 2011 to 2017.

**OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, Plaintiff has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period.  Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This

19

request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

**RESPONSE:** Without waiving this objection, documents responsive to this request are maintained within the personnel files of Athena Construction.  Pursuant to Federal Rules of Civil Procedure Rule 33(d)(1),(2), personnel records maintained by Athena for the years of 2011 through January of 2016 will be made available for inspection during business hours at Athena's office in Triangle, Virginia at a mutually convenient time upon 72-hours' notice and the signing of a Protective Order establishing that all documents reviewed and subsequently copied shall be considered "CONFIDENTIAL - Attorneys' Eyes Only".

25. Provide a copy of your federal employment quarterly report (Form 941-Employer's Quarterly Federal Tax Form) from 2011 to 2017.

**OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that he has any basis to allege that fraud occurred while he was employed by Athena, Plaintiff has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period.  Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

**RESPONSE:** Without waiving this objection, documents responsive to this request are

20

maintained within the personnel files of Athena Construction.  Pursuant to Federal Rules of Civil Procedure Rule 33(d)(1),(2), personnel records maintained by Athena for the years of 2011 through January of 2016 will be made available for inspection during business hours at Athena's office in Triangle, Virginia at a mutually convenient time upon 72-hours' notice and the signing of a Protective Order establishing that all documents reviewed and subsequently copied shall be considered "CONFIDENTIAL - Attorneys' Eyes Only".

26. Provide a copy of your Federal Business Income Tax Returns from 2011 to 2017.

**OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, he has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period. Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

Athena further objects to this request on the basis that it is overly broad and not likely to lead to admissible or relevant information based on the allegations remaining in the Third Amended Complaint.  If Plaintiff provides an explanation for the basis for this request, Athena will reconsider this objection.

27. Provide the Federal Personal Income Tax Returns from 2011 to 2017 for all owners of Defendant Athena who have 20% or more ownership, including all attachments and schedules.

**OBJECTION:** Athena objects to this request on the basis that it seeks documentation for the time period of 2011 through the present. Mr. Smith was terminated from Athena in January 2016 and while Athena does not agree that Plaintiff has any basis to allege that fraud occurred while he was employed by Athena, he has alleged no evidence of fraud continuing beyond his term of employment and testified that he has no information for that time period or factual basis upon which to put forth allegations of fraud for that time period. Any efforts to seek information beyond January 2016 is nothing more than a bad-faith fishing expedition unsupported by any evidence and is not appropriate. This request is overly broad and will not be answered beyond the time period of Mr. Smith's employment.

Athena further objects to this request on the basis that it is overly broad and not likely to lead to admissible or relevant information based on the allegations remaining in the Third Amended Complaint.  If Plaintiff provides an explanation for the basis for this request, Athena will reconsider this objection.

__/s/ Milton C. Johns_____
Milton C. Johns, VSB #42305
D.D.C. Attorney No. VA072
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(571) 408-8102 Facsimile
mjohns@xlppllc.com
*Counsel for Defendant*
*Athena Construction Group, Inc.*

22

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of October 2022, a true copy of Defendant Athena

Construction Group, Inc.'s Supplemental Responses to Requests for Production of Documents

was sent by email to the following:

Glenn Andrew Ellis, Esq.
GLENN ELLIS LAW, PLLC
2301 Bryn Mawr Ave.
Philadelphia, PA 19131
gae@glennellislaw.com
*Counsel for William Smith*

W. Scott Simmer
Andrew W. Miller
BARON & BUDD, P.C.
600 New Hampshire Ave, N.W., Suite 10-A
Washington, D.C. 20037
amiller@baronbudd.com
ssimmer@baronbudd.com
*Counsel for William Smith*

Amibka J. Biggs, Esq
Hirschler Fleischer
8270 Greensboro Drive, Suite 700
Tysons, VA 22102
abiggs@hirschlerlaw.com
*Counsel for Balfour Beatty*
*Construction, LLC*

Matthew A. Lipman, Esq.
McElroy, Deutsch, Mulvaney & Carpenter, LLP
1617 JFK Blvd, Suite 1500
Philadelphia, PA 19102
mlipman@mdmc-law.com
*Counsel for Component Assembly Systems, Inc.*

**Ex. 18**
**23 of 23**