"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000407.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000417.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000425.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000470.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000474.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000478.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000484.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000490.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000493.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000496.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000500.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000504.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000509.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000517.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000519.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000523.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000525.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000528.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000530.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000532.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000533.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000535.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000556.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000558.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000559.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000561.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000562.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000564.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000565.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000567.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000568.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000570.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000571.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000572.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000573.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000574.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000577.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000579.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000580.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000582.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000583.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000585.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000586.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000588.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000589.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000591.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000593.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000595.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000597.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000599.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000601.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000603.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000604.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000606.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000607.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000609.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000611.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000613.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000615.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000617.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000622.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000623.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000625.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000626.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000627.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000629.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000630.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000632.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000633.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000634.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000636.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000637.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000638.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000640.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000641.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000643.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000646.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000648.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000650.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000652.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000653.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000655.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000657.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000659.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000661.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000663.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000667.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000668.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000669.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000676.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000677.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000679.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000680.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000681.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000682.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000683.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000684.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000685.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000687.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000689.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000691.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000695.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000696.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000697.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000699.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000703.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000705.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000707.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000709.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000711.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000713.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000716.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000718.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000720.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000722.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000724.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000726.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000727.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000729.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000730.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000732.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000733.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000735.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000739.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000741.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000743.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000744.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000746.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000747.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000748.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000750.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000751.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000753.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000755.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000756.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000760.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000761.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000763.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000764.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000766.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000768.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000770.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000771.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000773.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000774.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000776.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000777.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000779.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000780.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000782.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000783.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000785.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000789.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000791.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000792.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000794.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000796.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000798.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000800.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000802.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000804.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000806.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000809.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000810.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000811.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000812.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000813.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000815.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000824.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000826.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000827.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000829.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000832.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000834.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000836.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000838.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000840.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000842.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000845.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000846.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000847.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000851.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000853.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000854.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000856.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000858.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000860.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000862.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000863.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000864.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000865.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000866.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000867.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000869.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000870.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000872.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000873.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000875.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000877.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000879.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000880.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000882.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000886.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000888.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000891.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000893.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000895.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000897.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000898.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000900.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000901.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000903.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000904.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000906.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000908.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000910.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000912.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000914.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000917.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000919.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000923.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000924.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000926.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000928.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000929.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000931.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000932.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000934.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000937.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000938.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000940.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000942.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000944.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000948.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000950.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000952.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000953.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000955.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000958.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000960.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000964.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000966.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000967.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000969.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000970.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000972.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000973.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000975.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000976.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000977.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000979.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000980.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000981.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000983.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000985.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000987.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000988.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000989.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000991.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000992.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000993.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000994.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000995.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000997.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000998.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00000999.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00001000.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00001001.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00001002.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00001004.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00001005.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00001007.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00001008.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00001010.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00001011.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00001012.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00001014.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00001015.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00001016.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00001018.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00001019.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00001020.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00001022.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00003108.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00006557.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00006838.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00006841.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00006847.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00006853.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00007278.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00007477.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00007478.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00007479.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00007480.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00007676.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00007679.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00007729.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00007732.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00007735.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00007756.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00007928.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00007993.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008080.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008112.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008146.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008149.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008152.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008155.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008281.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008286.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008326.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008427.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008430.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008435.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008438.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008441.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008444.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008467.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008471.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008576.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008712.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008715.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008774.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008783.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008847.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00008899.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00009105.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00009127.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00009134.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00009285.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00009317.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00009340.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00009777.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00009780.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00009835.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00010158.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00010275.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00010278.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00010286.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00010292.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00010295.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00010333.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00010357.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00010454.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00010463.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00010529.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00010548.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00010554.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00010581.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00010584.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00010597.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00010646.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00010649.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00011000.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00011160.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00011163.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00011196.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00011238.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00011243.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00011261.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00011312.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00011319.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00011350.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00011425.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00011429.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00011579.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00011587.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00011590.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00011593.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00011642.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012371.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012374.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012377.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012395.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012424.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012476.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012478.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012479.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012481.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012492.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012494.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012527.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012529.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012557.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012559.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012560.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012562.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012591.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012598.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012606.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012665.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012672.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012679.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012692.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012700.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012705.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012711.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012720.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012723.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012726.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012733.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012736.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012750.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012764.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012767.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012807.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012822.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012876.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012880.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012883.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012901.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012908.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00012911.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013013.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013107.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013175.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013186.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013193.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013196.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013199.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013207.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013212.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013230.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013249.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013288.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013291.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013294.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013298.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013308.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013331.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013345.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013349.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013360.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013427.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013448.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013453.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013457.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013461.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013468.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013472.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013475.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013502.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013542.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013545.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013568.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013593.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013661.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013669.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013683.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013687.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013691.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013720.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013794.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013811.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013847.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013851.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013870.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013873.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013914.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013924.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013929.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013944.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013949.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013955.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013961.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013965.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013970.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013974.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013978.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00013998.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014002.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014006.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014010.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014021.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014024.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014025.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014029.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014036.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014042.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014066.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014077.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014082.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014085.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014086.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014089.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014092.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014095.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014133.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014144.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014151.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014157.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014161.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014165.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014184.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014286.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014308.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014314.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014317.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014327.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014356.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014379.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014386.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014489.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014494.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014496.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014497.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014498.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014499.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014500.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014501.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014504.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014538.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014558.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014563.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014571.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014575.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014579.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014584.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014618.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014621.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014623.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014625.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014627.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014629.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014633.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014634.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014671.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014673.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014674.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014676.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014680.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014681.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014692.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014694.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014712.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014714.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014718.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014720.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014731.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014733.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014739.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014741.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014762.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014764.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014819.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014821.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014847.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014849.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014850.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014852.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014856.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014857.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014859.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014864.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014866.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014868.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014870.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014872.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014874.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014880.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014882.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014885.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014887.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014889.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014891.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014898.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014900.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014909.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014911.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014914.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014916.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014918.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014920.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014922.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014924.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014929.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014931.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014934.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014936.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014938.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014940.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014944.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014947.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014957.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014959.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014962.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014964.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014975.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014977.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014980.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014982.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014983.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014997.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00014999.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015001.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015003.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015005.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015007.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015013.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015015.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015040.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015041.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015042.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015044.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015050.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015052.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015054.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015056.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015059.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015060.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015063.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015064.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015066.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015093.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015095.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015108.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015110.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015113.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015115.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015117.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015119.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015121.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015123.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015124.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015126.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015127.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015129.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015131.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015133.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015135.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015137.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015138.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015140.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015166.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015168.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015170.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015172.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015178.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015180.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015183.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015185.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015187.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015189.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015191.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015193.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015195.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015197.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015198.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015200.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015201.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015203.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015206.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015208.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015209.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015211.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015212.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015214.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015216.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015218.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015229.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015230.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015232.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015233.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015235.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015237.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015238.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015239.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015241.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015267.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015268.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015270.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015275.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015276.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015277.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015278.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015286.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015287.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015289.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015299.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015301.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015303.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015305.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015306.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015308.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015320.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015322.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015404.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015406.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015414.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015415.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015419.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015421.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015423.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015424.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015426.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015428.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015432.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015433.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015434.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015435.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015437.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015441.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015443.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015445.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015446.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015447.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015457.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015458.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015460.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015474.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015476.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015502.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015504.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015512.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015514.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015516.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015518.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015522.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015524.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015564.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015565.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015566.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015567.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015568.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015569.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015589.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015590.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015616.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015618.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015621.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015623.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015627.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015629.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015630.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015631.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015632.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015633.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015635.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015638.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015640.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015642.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015644.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015647.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015649.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015662.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015664.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015672.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015674.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015677.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015679.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015685.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015687.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015688.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015690.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015725.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015727.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015737.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015739.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015743.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015745.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015754.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015755.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015757.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015759.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00015761.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018600.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018602.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018604.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018606.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018609.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018610.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018611.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018615.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018617.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018623.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018625.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018640.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018642.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018643.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018645.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018669.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018671.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018676.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018677.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018678.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018679.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018681.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018683.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018684.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018685.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018686.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018688.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018690.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018692.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018694.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018696.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018699.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018701.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018704.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018706.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018740.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018742.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018743.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018745.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018746.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018748.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018749.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018751.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018752.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018754.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018755.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018757.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018763.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018765.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018791.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018792.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018793.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018794.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018795.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018796.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018810.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018812.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018816.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018818.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018821.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018823.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018828.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018830.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018834.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018836.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018846.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018848.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018850.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018852.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018856.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018857.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018858.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018859.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018860.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018862.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018886.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018888.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018905.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018907.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018956.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018958.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018963.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018964.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018965.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018966.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018989.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018991.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018992.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00018994.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019010.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019012.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019016.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019017.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019018.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019019.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019062.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019064.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019066.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019068.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019070.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019072.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019075.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019077.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019081.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019082.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019083.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019087.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019089.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019093.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019095.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019101.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019103.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019105.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019107.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019108.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019110.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019111.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019113.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019116.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019118.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019128.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019130.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019138.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019140.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019142.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019144.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019149.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019151.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019182.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019183.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019211.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019213.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019215.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019217.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019235.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019237.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019245.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019247.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019250.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019253.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019255.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019258.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019260.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019263.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019265.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019266.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019268.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019272.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019275.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019277.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019278.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019279.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019281.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019282.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019283.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019285.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019286.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019287.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019289.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019290.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019291.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019293.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019294.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019295.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019297.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019320.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019321.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019323.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019331.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019332.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019334.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019335.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019337.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019340.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019342.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019365.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019367.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019369.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019371.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019381.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019383.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019412.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019414.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019415.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019416.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019425.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019426.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019428.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019432.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019434.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019437.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019439.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019453.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019455.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019456.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019458.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019461.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019463.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019465.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019466.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019467.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019490.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019492.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019515.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019517.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019518.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019520.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019521.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019522.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019524.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019543.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019545.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019547.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019549.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019560.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019562.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019563.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019564.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019565.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019566.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019567.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019569.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019571.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019573.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019582.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019584.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019587.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019589.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019613.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019615.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019616.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019618.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019619.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019621.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019622.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019624.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019626.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019628.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019630.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019632.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019642.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019643.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019644.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019645.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019646.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019647.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019648.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019649.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019651.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019653.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019682.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019684.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019695.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019697.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019698.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019700.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019701.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019703.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019704.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019706.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019707.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019709.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019717.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019719.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019721.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019723.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019724.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019726.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019729.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019731.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019732.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019734.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019735.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019736.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019737.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019762.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019764.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019778.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019779.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019781.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019782.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019783.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019785.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019792.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019793.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019795.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019797.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019799.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019804.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019805.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019807.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019809.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019815.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019817.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019819.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019820.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019822.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019825.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019827.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019830.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019831.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019832.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019834.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019835.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019836.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019837.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019838.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019839.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019840.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019841.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019842.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019843.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019844.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019845.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019846.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019848.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019851.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019853.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019858.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019860.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019864.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019866.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019871.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019875.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019877.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019890.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019892.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019893.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019894.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019896.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019897.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019898.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019900.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019901.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019902.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019904.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019942.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019943.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019960.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019961.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019973.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019975.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019978.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019980.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019983.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019985.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019988.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019990.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00019998.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020000.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020007.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020008.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020010.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020012.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020014.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020018.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020020.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020021.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020023.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020036.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020038.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020041.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020043.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020046.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020048.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020051.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020053.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020065.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020067.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020068.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020070.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020078.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020080.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020081.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020083.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020084.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020086.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020088.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020092.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020094.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020195.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020197.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020198.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020204.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020205.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020206.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020207.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020233.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020234.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020239.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020241.pdf"

**Ex. 19**
**68 of 123**

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020256.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020257.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020275.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020277.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020280.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020282.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020284.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020285.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020287.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020292.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020293.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020295.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020313.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020314.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020316.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020317.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020369.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020370.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020379.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020381.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020384.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020386.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020391.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020393.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020414.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020416.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020431.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020432.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020433.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020451.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020453.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020468.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020470.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020472.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020474.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020477.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020479.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020483.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020485.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020487.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020489.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020491.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020493.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020495.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020497.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020501.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020503.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020509.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020511.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020516.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020518.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020520.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020521.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020522.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020524.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020525.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020527.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020529.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020532.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020534.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020535.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020537.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020539.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020542.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020547.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020549.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020551.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020553.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020555.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020557.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020560.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020562.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020563.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020565.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020572.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020573.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020575.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020577.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020579.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020580.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020581.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020582.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020583.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020591.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020593.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020597.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020599.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020601.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020639.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020641.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020646.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020648.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020650.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020652.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020659.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020661.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020662.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020664.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020665.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020667.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020668.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020670.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020671.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020673.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020678.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020679.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020680.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020687.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020688.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020689.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020690.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020704.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020705.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020707.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020708.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020710.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020711.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020712.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020731.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020733.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020740.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020742.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020761.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020763.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020765.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020790.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020792.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020794.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020796.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020798.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020800.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020821.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020842.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020843.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020845.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020855.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020857.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020864.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020866.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020867.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020869.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020870.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020871.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020875.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020876.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020878.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020895.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020897.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020898.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020900.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020901.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020903.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020954.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020955.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020957.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020959.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020961.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020963.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020966.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020968.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020970.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020971.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020973.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020995.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020997.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00020999.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021001.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021004.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021006.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021025.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021027.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021029.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021031.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021044.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021045.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021047.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021048.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021049.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021051.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021052.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021053.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021055.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021056.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021057.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021059.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021060.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021062.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021067.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021069.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021085.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021087.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021088.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021090.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021092.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021094.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021096.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021098.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021101.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021103.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021105.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021107.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021109.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021111.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021115.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021117.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021120.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021122.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021124.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021126.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021129.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021131.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021137.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021139.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021158.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021159.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021161.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021168.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021169.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021171.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021176.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021177.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021184.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021186.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021189.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021191.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021193.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021195.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021199.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021201.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021206.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021207.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021208.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021221.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021222.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021224.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021225.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021226.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021228.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021231.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021232.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021234.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021246.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021247.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021248.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021249.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021250.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021252.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021254.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021272.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021274.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021282.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021284.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021285.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021287.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021288.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021290.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021291.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021293.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021294.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021296.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021297.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021299.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021308.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021310.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021313.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021315.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021323.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021325.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021328.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021330.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021333.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021335.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021337.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021338.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021339.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021344.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021346.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021347.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021349.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021351.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021353.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021355.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021357.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021359.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021360.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021361.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021362.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021364.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021365.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021367.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021377.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021378.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021390.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021392.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021399.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021400.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021403.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021404.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021405.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021408.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021409.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021410.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021417.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021419.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021421.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021423.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021433.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021435.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021454.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021456.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021458.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021459.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021461.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021469.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021470.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021472.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021473.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021474.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021479.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021480.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021485.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021487.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021489.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021490.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021492.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021499.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021500.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021510.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021512.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021515.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021517.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021522.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021523.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021525.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021526.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021528.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021535.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021536.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021582.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021584.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021595.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021597.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021599.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021601.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021602.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021604.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021605.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021607.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021609.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021611.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021623.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021625.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021632.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021634.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021638.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021640.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021656.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021657.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021659.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021676.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021678.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021682.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021683.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021685.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021687.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021688.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021690.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021692.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021696.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021698.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021701.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021703.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021705.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021707.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021709.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021710.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021712.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021736.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021737.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021744.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021746.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021748.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021750.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021751.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021762.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021764.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021765.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021767.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021768.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021772.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021774.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021777.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021779.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021780.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021782.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021784.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021786.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021787.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021789.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021791.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021792.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021794.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021797.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021799.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021801.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021803.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021805.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021806.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021808.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021813.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021815.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021821.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021822.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021823.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021824.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021825.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021827.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021863.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021865.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021872.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021874.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021883.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021885.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021889.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021891.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021900.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021902.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021903.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021905.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021906.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021908.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021930.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021932.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021937.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021939.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021940.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021942.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021943.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021945.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021962.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021964.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021968.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021970.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021971.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021975.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021977.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021978.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00021980.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022005.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022006.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022026.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022028.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022029.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022041.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022044.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022077.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022152.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022154.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022160.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022168.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022170.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022173.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022174.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022175.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022177.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022179.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022192.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022194.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022195.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022199.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022201.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022216.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022220.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022221.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022224.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022225.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022228.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022230.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022237.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022239.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022245.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022248.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022250.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022253.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022255.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022260.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022263.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022266.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022271.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022273.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022292.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022294.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022312.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022314.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022317.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022319.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022332.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022334.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022336.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022349.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022351.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022355.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022356.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022358.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022359.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022361.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022362.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022364.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022365.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022366.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022367.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022368.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022392.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022394.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022397.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022398.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022400.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022402.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022404.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022417.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022419.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022432.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022436.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022438.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022439.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022446.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022448.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022450.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022452.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022460.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022471.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022473.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022474.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022476.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022477.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022479.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022485.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022487.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022492.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022494.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022496.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022498.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022500.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022502.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022504.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022506.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022510.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022512.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022515.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022517.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022521.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022523.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022526.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022528.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022534.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022536.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022544.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022545.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022546.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022549.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022551.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022556.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022570.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022572.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022574.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022576.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022578.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022580.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022582.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022583.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022585.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022586.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022588.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022601.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022603.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022605.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022606.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022609.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022610.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022611.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022623.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022624.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022634.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022639.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022641.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022642.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022644.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022646.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022648.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022662.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022663.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022670.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022671.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022672.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022673.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022674.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022675.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022676.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022678.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022688.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022689.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022691.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022693.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022694.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022696.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022698.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022700.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022702.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022703.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022705.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022706.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022708.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022709.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022711.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022712.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022713.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022728.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022729.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022731.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022732.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022737.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022738.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022744.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022745.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022757.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022775.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022776.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022778.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022781.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022785.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022787.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022794.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022797.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022799.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022800.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022801.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022802.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022803.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022808.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022817.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022819.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022821.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022823.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022826.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022827.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022830.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022832.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022851.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022852.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022861.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022863.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022865.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022867.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022870.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022871.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022873.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022876.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022877.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022878.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022924.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022926.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022928.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022930.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022959.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022961.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022977.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00022992.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023010.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023011.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023012.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023013.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023014.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023015.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023017.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023020.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023021.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023023.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023040.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023048.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023049.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023051.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023053.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023056.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023057.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023060.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023062.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023064.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023066.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023068.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023069.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023070.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023072.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023081.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023082.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023084.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023089.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023090.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023092.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023096.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023097.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023099.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023100.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023102.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023103.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023104.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023142.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023144.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023145.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023147.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023149.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023151.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023163.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023164.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023165.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023166.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023208.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023210.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023212.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023214.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023217.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023219.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023226.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023228.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023235.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023237.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023239.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023241.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023243.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023245.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023246.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023248.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023256.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023267.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023284.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023285.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023287.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023288.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023290.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023293.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023295.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023298.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023300.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023307.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023309.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023312.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023314.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023322.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023323.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023324.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023325.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023326.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023328.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023331.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023333.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023336.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023338.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023341.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023343.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023380.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023382.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023392.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023394.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023402.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023403.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023404.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023406.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023408.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023412.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023414.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023416.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023421.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023422.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00023873.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00025561.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00025563.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00025568.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00028163.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00030508.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00030514.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00030515.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00030518.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00030531.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00030532.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00030549.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00030736.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00030740.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031383.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031388.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031408.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031411.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031418.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031440.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031442.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031451.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031458.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031462.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031467.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031472.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031483.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031488.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031492.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031494.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031497.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031499.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031502.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031504.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031508.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031510.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031518.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031519.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031521.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031522.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031523.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031524.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031525.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031526.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031528.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031529.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031531.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031533.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031534.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031535.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031536.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031538.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031543.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031544.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031545.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031546.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031547.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031548.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031549.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031550.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031551.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031552.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031553.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031555.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031556.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031558.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031559.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031560.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031561.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031562.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031564.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031565.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031567.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031568.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031570.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031571.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031573.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031575.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031576.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031577.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031578.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031579.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031581.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031582.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031583.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031584.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031585.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031586.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031588.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031589.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031590.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031592.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031593.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031594.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031596.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031597.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031599.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031601.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031602.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031604.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031605.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031606.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031607.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031609.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031610.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031611.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031612.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031614.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031617.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031619.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031621.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031623.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031627.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031629.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031631.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031632.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031633.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031635.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031637.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031638.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031640.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031642.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031646.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031648.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031652.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031654.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031657.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031658.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031660.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031661.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031663.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031664.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031665.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031667.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031668.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031669.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031671.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031673.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031674.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031675.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031677.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031678.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031680.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031681.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031686.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031687.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031689.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031693.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031694.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031695.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031698.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031700.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031705.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031706.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00031707.pdf"

"C:\Users\jillh\Desktop\New folder\2022 11 29 Smiths Doc Production from Hard Driver\2022 11 29 Smith Resp to Doc Production Para 157 per Judge Mehta\ATH00035747.pdf"