# Request For Information

Project   [113166] - National Museum of African American History and Culture                View Date   7/12/2012

Clark/Smoot/Russell, A Joint Venture
7500 Old Georgetown Road
Bethesda, MD  20814
Phone: (301) 272-8100                                                                           RFI No.  00037.1

|  |  |  |  |
|---|---|---|---|
| Primary Responder | Henry Doyle<br>Smithsonian Institution<br>600 Maryland Ave., SW Suite 5001<br>Washington, DC 20024<br>USA<br>Phone: (202) 357-0055 | Date<br>Status<br>Resolved Date<br>Reason for Request<br>Action Requested<br>Probable Cost Effect | 7/10/2012<br>Open |
| CC |  | Probable Time Effect |  |
| From | Marshall Ticer<br>Clark/Smoot/Russell, A Joint Venture | Priority<br>Response Due | 7/24/2012 |

Subject         BP1 As Built Bearing Pile Location - Thrust Block Relocation Confirmation For Approval
Drawing No.                                          Detail No.
CSI Code                                             Other Ref. No.

Information Requested
Please note that this location adjustmention previously was agreed between DCWASA/ RKK / CSR. As a matter of fact this location is 2' closer to original specified location.


Atached is a sketch of the As Built Locations for bearing piles.  Please confirm these locations are suitable for the new proposed location of the thrustblock.




Recommendation


Ex. 20
1 of 4

Initiated By

Response Information

| Responder | Date | Response |
|---|---|---|
| | | Response by Michael Dobbs 7/12/2012 |
| Henry Doyle | 7/12/2012 | Please see response from RKK and RSA below: *RK&K is ok with the location as it is very close to the initial spot shown on the Early Package 1 drawings.* *RSA has reviewed the sketch of the as-built locations for the bearing piles for the south thrust block. The proposed new thrust block location, noted as "New Thrustblock location based on AB" is structurally acceptable with respect to the as-built piles. Provide thrust block dimensions to achieve minimum clearances and cover per drawing C-112 and response to RFI 00036. Coordinate formwork and reinforcement accordingly.* |

| . | . | . |
|---|---|---|
| | Henry Doyle (Smithsonian Institution) | 7/12/2012 |
| Authorized Signature | Printed Name | Date |

Supporting documents and attached files

This RFI has the following supporting documents and attached files:

| Description | Date | Open as |
|---|---|---|
| File Director: RFI 00037.1_AsBuiltBearingPilesCSR.pdf 1689KB | 7/10/2012 | |
| Attached file   Supporting document | | |

Distribution

| Recipient | Company | Method | Date |
|---|---|---|---|
| Adam Lackey | Clark/Smoot/Russell, A Joint Venture | Email: Adam.Lackey@clarkconstruction.com | 7/12/2012 |
| Alan Kennedy | BIP Electrical Company | Email: bipincva@aol.com | 7/12/2012 |
| Amber Peebles | Athena Construction Group, Inc. | Email: amber@athenaconstructiongroup.com | 7/12/2012 |
| Andrew MacLeod | D.W. Kozera, Inc. | Email: amacleod@dwkozera.com | 7/12/2012 |
| Arrash Zohdi | Total Civil Construction & Engineering, LLC | Email: AZohdi@tcce.biz | 7/12/2012 |
| Ben Rosenberg | Freelon Adjaye Bond/SmithGroup | Email: rosenberg@silman.com | 7/10/2012 |

**Ex. 20**
**2 of 4**

| Name | Company | Contact | Date |
|---|---|---|---|
| Bill Smith | Athena Construction Group, Inc. | Email: bill@athenaconstructiongroup.com | 7/12/2012 |
| Brenda Sanchez | Smithsonian Institution | Email: sanchezb@si.edu | 7/12/2012 |
| Brenda Sanchez | Smithsonian Institution | Message | 7/12/2012 |
| Brian Buchner | Truland Systems Corporation | Email: bbuchner@truland.com | 7/12/2012 |
| Brian Renaghan | Clark Construction Group, LLC | Email: brian.renaghan@clarkconstruction.com | 7/12/2012 |
| Brittani Grant | Clark/Smoot/Russell, A Joint Venture | Email: brittani.grant@clarkconstruction.com | 7/12/2012 |
| Carl Fosholt | Freelon Adjaye Bond/SmithGroup | Email: cf@nordenson.com | 7/10/2012 |
| Carson Hemphill | Clark/Smoot/Russell, A Joint Venture | Email: Carson.Hemphill@clarkconstruction.com | 7/12/2012 |
| Casey Gwei | Clark/Smoot/Russell, A Joint Venture | Email: Casey.Gwei@clarkconstruction.com | 7/12/2012 |
| Charles Yetter | Smithsonian Institution | Email: yetterc@si.edu | 7/12/2012 |
| Chris Fiato | Enclos | Email: CFiato@enclos.com | 7/12/2012 |
| Chris Green | Total Civil Construction & Engineering, LLC | Email: cgreen@tcce.biz | 7/12/2012 |
| Chris Shelton | Shelton Federal Group, LLC | Email: chris@sheltonfederalgroup.com | 7/12/2012 |
| Christine Acker | Clark Foundations, LLC | Email: christine.acker@clarkconstruction.com | 7/12/2012 |
| Clay Frook | Clark/Smoot/Russell, A Joint Venture | Email: Clay.Frook@clarkconstruction.com | 7/12/2012 |
| Darryl Rose | Blueboy Document Imaging | Email: print@blueboyimaging.com | 7/12/2012 |
| Dave Huggins | ECS - Mid-Atlantic, LLC | Email: dhuggins@ecslimited.com | 7/12/2012 |
| Della Bennett | Smithsonian Institution | Email: bennettdel@si.edu | 7/12/2012 |
| Della Bennett | Smithsonian Institution | Message | 7/12/2012 |
| Dorian Shy | Clark/Smoot/Russell, A Joint Venture | Email: dorian.shy@clarkconstruction.com | 7/12/2012 |
| Edith Cordova | Clark/Smoot/Russell, A Joint Venture | Email: edith.cordova@clarkconstruction.com | 7/12/2012 |
| Federico Tersoglio | Christopher Consultants | Email: federicotersoglio@ccl-eng.com | 7/12/2012 |
| Fred Wright | Smithsonian Institution | Email: wrighfr@si.edu | 7/12/2012 |
| Greg Deweese | Total Civil Construction & Engineering, LLC | Email: gdeweese@tcce.biz | 7/12/2012 |
| Henry Doyle | Smithsonian Institution | Email: DoyleH@si.edu | 7/12/2012 |
| Henry Doyle | Smithsonian Institution | Message | 7/12/2012 |
| Irv Ragsdale | Clark Foundations, LLC | Email: irv.ragsdale@clarkfoundationsllc.com | 7/12/2012 |
| James Albanese | Metro Earthworks | Email: jalbanese@metroearthworks.com | 7/12/2012 |
| Jason Louis | Clark/Smoot/Russell, A Joint Venture | Email: Jason.Louis@clarkconstruction.com | 7/12/2012 |
| Joe Kehoe | Traffic Engineering Services | Email: jkehoe@trafficengineeringservices.com | 7/12/2012 |
| Joe Swank | Clark/Smoot/Russell, A Joint Venture | Email: joe.swank@clarkconstruction.com | 7/12/2012 |
| Joe Torre | Smithsonian Institution | Email: torrejo@si.edu | 7/12/2012 |
| John Foley | Freelon Adjaye Bond/SmithGroup | Email: jfoley@freelon.com | 7/12/2012 |
| John Foley | Freelon Adjaye Bond/SmithGroup | Message | 7/12/2012 |
| Joshua Zike | Clark/Smoot/Russell, A Joint Venture | Email: Joshua.Zilke@clarkconstruction.com | 7/12/2012 |
| Juan Rivera | Total Civil Construction & Engineering, LLC | Email: JRivera@tcce.biz | 7/12/2012 |
| Keki Wadia | Clark Foundations, LLC | Email: keki.wadia@clarkfoundationsllc.com | 7/12/2012 |
| Leo Dumond | Smithsonian Institution | Email: dumondl@si.edu | 7/12/2012 |
| Mac Naeemi | Clark/Smoot/Russell, A Joint Venture | Email: Mac.Naeemi@clarkconstruction.com | 7/12/2012 |
| Marshall Ticer | Clark/Smoot/Russell, A Joint Venture | Email: marshall.ticer@clarkconstruction.com | 7/12/2012 |
| Matt Elkas | Clark/Smoot/Russell, A Joint Venture | Email: matt.elkas@clarkconstruction.com | 7/12/2012 |
| Michael Dobbs | Freelon Adjaye Bond/SmithGroup | Email: michael.dobbs@smithgroupjjr.com | 7/12/2012 |
| Micheline Diakite | Clark/Smoot/Russell, A Joint Venture | Email: micheline.diakite@clarkconstruction.com | 7/10/2012 |
| Nate Lewis | United General Contractors, Inc. | Email: unitedflash@aol.com | 7/12/2012 |
| Ninoslav Krgovic | Freelon Adjaye Bond/SmithGroup | Email: nk@nordenson.com | 7/10/2012 |
| Oscar Merida | Freelon Adjaye Bond/SmithGroup | Email: omerida@fandr.com | 7/10/2012 |

| Name | Company | Contact | Date |
|---|---|---|---|
| Paul Reynolds | Metro Earthworks | Email: paul.reynolds@shirleycontracting.com | 7/12/2012 |
| Pedro Hernandez | B. Frank Joy, LLC | Email: phernandez@bfjoy.com | 7/12/2012 |
| Ray Henry | Northstar Contracting Inc. | Email: ray@ohionorthstar.com | 7/12/2012 |
| Rebecca Laberenne | Freelon Adjaye Bond/SmithGroup | Email: rfnl@nordenson.com | 7/10/2012 |
| Rennie Grant | Freelon Adjaye Bond/SmithGroup | Email: rennie.grant@smithgroupjjr.com | 7/12/2012 |
| Rennie Grant | Freelon Adjaye Bond/SmithGroup | Message | 7/12/2012 |
| Rick Preski | Preski Photo, Inc. | Email: Preski2@comcast.net | 7/12/2012 |
| Roger Jacinto | Sagres Construction, Corp | Email: roger@sagresconstruction.com | 7/12/2012 |
| Scott Hughes | Freelon Adjaye Bond/SmithGroup | Email: hughes@silman.com | 7/10/2012 |
| Shane Ostrander | Christopher Consultants | Email: shaneostrander@ccl-eng.com | 7/12/2012 |
| Stephen Christensen | Smithsonian Institution | Email: christes@si.edu | 7/12/2012 |
| Stephen Christensen | Smithsonian Institution | Message | 7/12/2012 |
| Suchart Nuntasunti | Smithsonian Institution | Email: nuntasuntis@si.edu | 7/12/2012 |
| TJ DeGanyar | Enclos | Email: tdeganyar@enclos.com | 7/12/2012 |
| Zena Howard | Freelon Adjaye Bond/SmithGroup | Email: zhoward@freelon.com | 7/12/2012 |