# FW: Activity in Case 1:18-cv-02080-APM SMITH v. ATHENA CONSTRUCTION GROUP, INC. Order

eFile <efile@xlppllc.com>
Fri 12/23/2022 9:59 AM
To: Milt Johns <mjohns@xlppllc.com>;Jill Helwig <jhelwig@xlppllc.com>
Cc: Debbie Robinson <drobinson@xlppllc.com>;Fadley Charles <fcharles@xlppllc.com>

Good morning,
Please see below the minute order for Athena stating that the joint status report is now due on 12/30/22.

Best regards,

**Erin Burnett** | Legal Administrative Assistant
*Executive Law Partners, PLLC*
www.xlppllc.com

O: 571.500.1010 | F: 571.408.8102



NOTICE: This message (including any attachments) from Executive Law Partners, PLLC may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

**From:** DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>
**Sent:** Thursday, December 22, 2022 2:25 PM
**To:** DCD_ECFNotice@dcd.uscourts.gov
**Subject:** Activity in Case 1:18-cv-02080-APM SMITH v. ATHENA CONSTRUCTION GROUP, INC. Order

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Columbia

## Notice of Electronic Filing

The following transaction was entered on 12/22/2022 at 2:24 PM EDT and filed on 12/22/2022
**Case Name:**        SMITH v. ATHENA CONSTRUCTION GROUP, INC.
**Case Number:**      1:18-cv-02080-APM

**Ex. 21**
**1 of 3**

**Filer:**

**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER. The Joint Status Report due on December 22, 2022 shall now be filed on or before December 30, 2022 if the parties are unable to resolve their outstanding discovery disputes. The court thereafter will set a discovery conference, if needed. Signed by Judge Amit P. Mehta on 12/22/2022. (lcapm1)**

**1:18-cv-02080-APM Notice has been electronically mailed to:**

Seth Paul Waxman    seth.waxman@wilmerhale.com, Katie.Whitley@wilmerhale.com, WHDocketing@wilmerhale.com, liz.watson@wilmerhale.com

Stephen Brett Shapiro    stephen.shapiro@hklaw.com, hapi@hklaw.com, nancy.bernstein@hklaw.com

John Cuong Truong    john.truong@usdoj.gov

W. Scott Simmer    ssimmer@baronbudd.com, gkearney@baronbudd.com

Craig Alan Guthery    cguthery@cgutherylaw.com, efile@xlppllc.com

Ambika J Biggs    abiggs@hirschlerlaw.com, wwalsh@hirschlerlaw.com

Daniel S. Volchok    daniel.volchok@wilmerhale.com, whdocketing@wilmerhale.com

Andrew Michael Miller    amiller@baronbudd.com, ekaboli@baronbudd.com, gwald@baronbudd.com, kcapesius@baronbudd.com, keedwards@baronbudd.com

Jeremy S. Schneider    Jeremy.Schneider@jacksonlewis.com, Margo.Benzekri@jacksonlewis.com, dcregiondocketing@jacksonlewis.com, jeremy-schneider-8153@ecf.pacerpro.com

Thomas Mitchell Craig    tcraig@fhhfirm.com, E-file@fhhfirm.com

Milton C. Johns    mjohns@xlppllc.com, efile@xlppllc.com, jhelwig@xlppllc.com

Catherine Hancock Dorsey    cdorsey@baronbudd.com

Jason Alexander Ross    jason.ross@jacksonlewis.com, Margo.Benzekri@jacksonlewis.com, dcregiondocketing@jacksonlewis.com, jason-ross-6765@ecf.pacerpro.com

Samuel M. Strongin    samuel.strongin@wilmerhale.com, whdocketing@wilmerhale.com

David L. Haller    david.haller@hklaw.com, HAPI@HKLAW.COM

Glenn Ellis    gae@glennellislaw.com, cd@freiwaldlaw.com, zsf@freiwaldlaw.com

Matthew A. Lipman    mlipman@mdmc-law.com, pbryant@mdmc-law.com

Michael Morano    mmorano@mdmc-law.com

Mark Alan Rosen    mrosen@mdmc-law.com

**Ex. 21**
**2 of 3**

**1:18-cv-02080-APM Notice will be delivered by other means to::**

**Ex. 21**
**3 of 3**