## Fw: Judge Mehta Directed Interrogatory

Jill Helwig <jhelwig@xlppllc.com>
Mon 2/6/2023 2:09 PM

To:Glenn Ellis <gae@glennellislaw.com>;ssimmer@baronbudd.com <ssimmer@baronbudd.com>;amiller@baronbudd.com <amiller@baronbudd.com>; mmorano@mdmc-law.com <mmorano@mdmc-law.com>
Cc:Milt Johns <mjohns@xlppllc.com>

Glenn

I have discussed your request with Athena and unfortunately, they are not able to accommodate this last-minute change in schedule. The principals of Athena are not available for deposition the week of the 13th due to prescheduled business travel and the need to have one of the principals available to the business at all times. In addition, Athena counsel Milt Johns is also scheduled to be out of the office all next week.

We are ready, and plan, to move forward with Ms. Peebles deposition on Wednesday, February 8 at 10am and Ms. Schneider's on Thursday, February 9 at 10am as offered in our December 19, 2022 email and accepted in your December 28, 2022 email.

Further, you have already been provided with an updated subpoena and link for Zoom access for the 10 am deposition of Ms. Papa on Friday, February 10.

If you intend to take the 30(b)(6) deposition concerning the preparation of the response to request for production of documents, we will require you to confirm a date for the week of the 13th as soon as possible. The dates were offered to you in an email of January 30 but there has been no word from you as to when, or if, you will proceed. Given the nature of this law practice and Athena's business, we cannot guarantee that the dates will remain available.

As a reminder, the "interrogatory" response as directed by Judge Mehta is due to this office no later than February 10, 2022, per your dictate.

Please be guided accordingly.

Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlpllc.com

NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

---

**From:** Jill Helwig <jhelwig@xlppllc.com>
**Sent:** Monday, February 6, 2023 12:58 PM
**To:** Glenn Ellis <gae@glennellislaw.com>
**Cc:** Milt Johns <mjohns@xlppllc.com>; mmorano@mdmc-law.com <mmorano@mdmc-law.com>; ssimmer@baronbudd.com <ssimmer@baronbudd.com>; amiller@baronbudd.com <amiller@baronbudd.com>
**Subject:** Re: Judge Mehta Directed Interrogatory

Glenn

I have reached out to my clients to discuss your request but have not had the chance to speak with them. I will let you know if this is acceptable and/or will work with everyone's schedule as soon as they get back to me.

Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)

**Ex. 22**
**1 of 4**

www.xlppllc.com

NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

---

**From:** Glenn Ellis <gae@glennellislaw.com>
**Sent:** Sunday, February 5, 2023 9:43 PM
**To:** Jill Helwig <jhelwig@xlppllc.com>
**Cc:** Milt Johns <mjohns@xlppllc.com>; mmorano@mdmc-law.com <mmorano@mdmc-law.com>; ssimmer@baronbudd.com <ssimmer@baronbudd.com>; amiller@baronbudd.com <amiller@baronbudd.com>
**Subject:** RE: Judge Mehta Directed Interrogatory

In light of your recent production would you be agreeable to rescheduling Ms. Peebles and Ms. Schneider's depositions to one of the dates below, so that I have sufficient time to go through the recent and new productions?

Thanks in advance.

Glenn

Glenn Ellis Law, PLLC
gae@glennellislaw.com
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
www.glennellislaw.com


**From:** Jill Helwig
**Sent:** Monday, January 30, 2023 2:10 PM
**To:** Glenn Ellis
**Cc:** Milt Johns; mmorano@mdmc-law.com; ssimmer@baronbudd.com; amiller@baronbudd.com
**Subject:** Re: Judge Mehta Directed Interrogatory

Glenn

Athena's representative can be available Feb 13, 14, 15 or 16 with a 10 am start. Please confirm whichever date you select and forward a deposition notice.

Thank you


Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlppllc.com


NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

---

**From:** Glenn Ellis <gae@glennellislaw.com>
**Sent:** Friday, January 27, 2023 2:16 PM
**To:** Jill Helwig <jhelwig@xlppllc.com>

**Ex. 22**
**2 of 4**

**Cc:** Milt Johns <mjohns@xlpllc.com>; mmorano@mdmc-law.com <mmorano@mdmc-law.com>; ssimmer@baronbudd.com <ssimmer@baronbudd.com>; amiller@baronbudd.com <amiller@baronbudd.com>
**Subject:** Re: Judge Mehta Directed Interrogatory

Can you send me dates for the corporate designee deposition that the judge ordered be taken on Athena's compliance with plaintiff's discovery request?

Glenn

Sent from my iPhone

> On Jan 27, 2023, at 1:10 PM, Jill Helwig <jhelwig@xlpllc.com> wrote:
>
> While we do not believe that your date is reasonable in view of the remaining discovery time, we will expect receipt of your response before the close of business on that date.
>
> Jill F. Helwig, Partner
> Executive Law Partners, PLLC
> 11130 Fairfax Blvd, Suite 303
> Fairfax, VA 22030
> (571) 500-1010
> (703) 828-8414 (direct)
> www.xlpllc.com
>
> NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.
>
> **From:** Glenn Ellis <gae@glennellislaw.com>
> **Sent:** Friday, January 27, 2023 12:39 PM
> **To:** Jill Helwig <jhelwig@xlpllc.com>
> **Cc:** Milt Johns <mjohns@xlpllc.com>; mmorano@mdmc-law.com <mmorano@mdmc-law.com>; ssimmer@baronbudd.com <ssimmer@baronbudd.com>; amiller@baronbudd.com <amiller@baronbudd.com>
> **Subject:** Re: Judge Mehta Directed Interrogatory
>
> We can agree to have it completed by Feb 10th.
>
> Glenn
>
> Sent from my iPhone
>
>> On Jan 27, 2023, at 12:35 PM, Jill Helwig <jhelwig@xlpllc.com> wrote:
>>
>> Glenn
>> May I please have a response concerning my email below?
>> Thank you
>>
>>
>> Jill F. Helwig, Partner
>> Executive Law Partners, PLLC
>> 11130 Fairfax Blvd, Suite 303
>> Fairfax, VA 22030
>> (571) 500-1010
>> (703) 828-8414 (direct)
>> www.xlpllc.com

NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

---

**From:** Jill Helwig
**Sent:** Thursday, January 26, 2023 9:38 AM
**To:** Glenn Ellis <gae@glennellislaw.com>
**Cc:** Milt Johns <mjohns@xlppllc.com>; mmorano@mdmc-law.com <mmorano@mdmc-law.com>
**Subject:** Judge Mehta Directed Interrogatory

Good Morning Glenn

Yesterday during the discovery conference, Judge Mehta directed that you provide an "interrogatory" response to Athena concerning the preparation of Paragraph 157 of the TAC. The Judge indicated that we should confer with regard to your response date for this task while keeping in mind that Athena might need to take further action after receipt of that response.

Given the discovery end date of February 17, 2023, we propose that you provide the response to interrogatory as described by Judge Mehta by February 2, 2023.

Please advise if this date is acceptable to you. Otherwise, propose an alternate date that would still allow time for additional action between receipt of your response and the February 17 deadline.

Thank you


Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlpllc.com


NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

**Ex. 22**
**4 of 4**