**Re: Papa Deposition**

Glenn Ellis <gae@glennellislaw.com>
Thu 3/16/2023 11:59 AM
To: Jill Helwig <jhelwig@xlppllc.com>
Cc: Milt Johns <mjohns@xlppllc.com>

It sounds like we're going to need the judge's assistance regardless because there's nothing in the court's minute order that limited the scope of plaintiffs ability to take depositions. Particular, in fact, in light of the fact that Athena, since the deposition of Ms. Peebles has repeatedly asserted that she did not speak on behalf of the company, which necessitates the need to take the deposition of someone who will speak on behalf of the company.

Glenn

Sent from my iPhone

> On Mar 16, 2023, at 11:45 AM, Jill Helwig <jhelwig@xlppllc.com> wrote:
>
> Good Morning Glenn
>
> We are still waiting to hear back from you concerning Ms. Papa's "decision" as to whether she will comply with the subpoena for her deposition. I know I don't have to remind you that Judge Mehta indicated that the subpoena was valid and ratified with the receipt of the fee and that he also specifically directed you to produce her. If she is not cooperating, I think we need to reach out to chambers today via email to request the court's assistance.
>
> With regard to the deposition notices you forwarded on March 8, 2023, please note the following. Pursuant to the transcript of the February 21, 2023 call, neither the deposition of Ms. Schneider nor the 30(b)(6) questioning on the topics of HUBZone or Retaliation were raised nor authorized during that conference. Further, prior to that date, you had neither requested, or even indicated an intent to request, a 30(b)(6) deposition beyond that offered by Judge Mehta at the prior conference concerning the notice to produce response.
>
> While it is our position that Judge Mehta extended the discovery period for only two specific purposes – the deposition of Ms. Pappa and for the subpoenaed depositions of the former Athena employees that you indicated you required our discovery to locate (the relevant portion of the conference transcript is attached) – we are willing to produce an Athena representative as a 30b6 representative on the electronic production. That deposition was noticed for March 20, which is not an available date for our witness. We would propose March 28 (one of the dates you offered for Ms. Papa) with a 10 am start time.
>
> As stated above, inasmuch as you did not raise nor did Judge Mehta direct, additional

**Ex. 23
1 of 9**

30b6 depositions or the deposition of Ms. Schneider during the last conference, Athena will not be producing witnesses for those noticed depositions.

Please advise via return email if you have secured the cooperation of Ms. Papa. If not, we will have no choice but to reach out to chambers to enlist the assistance of Judge Mehta on that issue. Also, please confirm if you intend to go forward with the 30b6 witness on the issue of electronic production on the offered date.

Thank you


Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlpllc.com


NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

---

**From:** Glenn Ellis <gae@glennellislaw.com>
**Sent:** Monday, March 13, 2023 2:00 PM
**To:** Jill Helwig <jhelwig@xlpllc.com>
**Cc:** Milt Johns <mjohns@xlpllc.com>
**Subject:** Re: Papa Deposition

I will ask her but I can't promise she will agree to it.

Sent from my iPhone


> On Mar 13, 2023, at 1:42 PM, Jill Helwig <jhelwig@xlpllc.com> wrote:
>
>
> Glenn
>
> We can agree to an 8:30 start.
>
> We anticipate completion within that 3 ½ hour window with the understanding that the timing will not be wholly within our control.

Ex. 23
2 of 9

Further, understand that we are not limiting ourselves to that time frame if the deposition does not proceed at the anticipated pace and it is expected that Ms. Papa will remain until the deposition is completed.

Please confirm.

Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlppllc.com

NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

---

**From:** Glenn Ellis <gae@glennellislaw.com>
**Sent:** Monday, March 13, 2023 1:20 PM
**To:** Jill Helwig <jhelwig@xlppllc.com>
**Cc:** Milt Johns <mjohns@xlppllc.com>
**Subject:** Re: Papa Deposition

She would to be done by noon. I do not know.

Glenn

> On Mar 13, 2023, at 1:13 PM, Jill Helwig <jhelwig@xlppllc.com> wrote:
>
> Can you provide a specific time for "lunch" as that could encompass a period of several hours. Also, how much time does she need to travel to work once the deposition is complete.

**Ex. 23**
**3 of 9**

Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlppllc.com

NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

---

**From:** Glenn Ellis <gae@glennellislaw.com>
**Sent:** Monday, March 13, 2023 1:12 PM
**To:** Jill Helwig <jhelwig@xlppllc.com>
**Cc:** Milt Johns <mjohns@xlppllc.com>
**Subject:** Re: Papa Deposition

I'm not suggesting you are required to pay her for a lost day. I am telling you that she needs to start before 8 am so she can make it to work at a reasonable time. Currently, she is hoping to get to work by lunch but that of course depends on how long the dep lasts.

How long do you intend on questioning her?

Glenn

Sent from my iPhone

> On Mar 13, 2023, at 1:07 PM, Jill Helwig <jhelwig@xlppllc.com> wrote:
>
> Glenn
> Before we get into a discussion concerning your position that we would be required to pay for her time, what times does Ms. Papa intend to get to

Ex. 23
4 of 9

work that day?

Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlpllc.com

NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

---

**From:** Glenn Ellis <gae@glennellislaw.com>
**Sent:** Monday, March 13, 2023 1:03 PM
**To:** Jill Helwig <jhelwig@xlpllc.com>
**Cc:** Milt Johns <mjohns@xlpllc.com>
**Subject:** Re: Papa Deposition

She needs it to start before 8 am, unless Athena wants to pay for a lost day of work.

Glenn

Sent from my iPhone

> On Mar 13, 2023, at 12:57 PM, Jill Helwig <jhelwig@xlpllc.com> wrote:
>
> Glenn
>
> We are available on March 30 for the deposition. However, a start time of 7:30 is not reasonable.

Ex. 23
5 of 9

For this deposition, we propose a 9 am start.

Please confirm

Thank you


Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlppllc.com


NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

---

**From:** Glenn Ellis <gae@glennellislaw.com>
**Sent:** Friday, March 10, 2023 10:37 AM
**To:** Jill Helwig <jhelwig@xlppllc.com>
**Cc:** Milt Johns <mjohns@xlppllc.com>
**Subject:** RE: Papa Deposition

Ms. Papa is available on 3/28 or 3/30 and needs the dep to start at 7:30 am so she can get to work. Let me know which date works for you.

Glenn

Glenn Ellis Law, PLLC

**Ex. 23**
**6 of 9**

gae@glennellislaw.com
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
www.glennellislaw.com

**From:** Jill Helwig
**Sent:** Friday, February 24, 2023 11:24 AM
**To:** Glenn Ellis
**Cc:** Milt Johns
**Subject:** Re: Papa Deposition

Glenn

I don't know if you have received the check for Ms. Papa as we received notification from the USPS that they were unable to complete delivery due to "interference by an animal".  They are re-attempting delivery today.

Regardless, please provide dates for Ms. Papa's deposition.  You advised Judge Mehta that you could produce her within 2-3 weeks of the conference.

Thank you

Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlppllc.com


NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received

**Ex. 23**
**7 of 9**

this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

<A4B39B3AC20D4829B7063B4A4F914EA0.png>

**From:** Jill Helwig
**Sent:** Tuesday, February 21, 2023 3:06 PM
**To:** Glenn Ellis <gae@glennellislaw.com>
**Cc:** Milt Johns <mjohns@xlppllc.com>
**Subject:** Papa Deposition

Good Afternoon Glenn

Please see attached that was mailed to your office today via USPS 2-day priority mail.  Please provide dates for Ms. Papa's deposition within the next few days so that it can be scheduled promptly.

Thank you.

Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlppllc.com

NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is

**Ex. 23**
**8 of 9**

strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

<Excerpt 2 21 2023 Conference.pdf>

**Ex. 23**
**9 of 9**