IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF          :
AMERICA, ex rel.          :
WILLIAM "BILL" SMITH,     :
                          :    CIVIL ACTION
          Plaintiffs      :
                          :
    vs.                   :
                          :    NO. 1:18-cv-02080-APM
ATHENA CONSTRUCTION       :
GROUP, INC., et al.,      :
                          :
          Defendants      :

---

ZOOM DEPOSITION OF AMBER PEEBLES

DATE AND TIME:  Wednesday, February 8, 2023
                at 10:00 a.m.

---

KAPLAN LEAMAN & WOLFE
COURT REPORTING & LITIGATION SUPPORT
230 SOUTH BROAD STREET, SUITE 1303
PHILADELPHIA, PENNSYLVANIA 19102
(215) 922-7112  1-877-KLW-DEPO

Amber Peebles  2/8/2023

Page 2

```
 1    APPEARANCES:

 2

          GLENN ELLIS LAW, PLLC
 3        By:  Glenn Andrew Ellis, Esquire
          2301 Bryn Mawr Avenue
 4        Philadelphia, PA 19131

 5            Representing Plaintiff, William Smith

 6

 7        EXECUTIVE LAW PARTNERS, PLLC
          By:  Milton C. Johns, Esquire
 8             Jill Helwig, Esquire
          11130 Fairfax Blvd.
 9        Suite 303
          Fairfax, VA 22030
10

11            Representing Defendant, Athena Construction
                 Group, Inc.
12

13

14

15

16

17    _____

18

19

              STIPULATION:  It has been stipulated by and
20    between counsel that they waive sealing of the
      transcribed testimony by the witness and the filing of
21    the original with the Court.

22

23

24

25
```

Kaplan Leaman & Wolfe Court Reporters  (877)559-3376

Page 3

1                          I N D E X

2

3    WITNESS                    EXAMINED BY              PAGE

4    Amber Peebles         Mr. Ellis                     4
                           Mr. Johns                   155
5                          Mr. Ellis                   156

6

7                     PRIOR EXHIBITS USED

8

9    BATES NUMBER                DESCRIPTION

10   ACG011810-          Application 38055 (first 5
     ACG11814            pages)

11

12   ACG011723           Employee List/Chart

13

     ACG011802-          E-mail dated July 26, 2010
14   ACG11803            from Gina Mou, SBA to Amber
                         Peebles

15

16

17

18

19

20

21

22

23

24

25

Amber Peebles  2/8/2023

```
 1                    P R O C E E D I N G S
 2                    AMBER PEEBLES
 3    was called as a witness and, having been first duly sworn
 4    by the Reporter-Notary Public, via Zoom, was examined and
 5    testified as follows:
 6    BY MR. ELLIS:
 7            Q.    Good morning, Ms. Peebles.  Is that how
 8    you pronounce your last name?
 9            A.    Yes.
10            Q.    My name is Glenn Ellis.  I represent
11    Mr. Smith in the current litigation that is brought
12    against Athena, and you're here to give your deposition
13    in that case.  Do you understand that?
14            A.    Yes.
15            Q.    Have you ever given a deposition before?
16            A.    No.
17            Q.    Let me go over --
18                  (Zoom audio issues.)
19                  (Discussion was held off the record.)
20    BY MR. ELLIS:
21            Q.    Let me go over some of the basic ground
22    rules that I'm sure counsel has already discussed with
23    you to help -- is it better now or is it still bad?
24                  (Discussion was held off the record.)
25    BY MR. ELLIS:
```

Page 104

1    faith effort, which I think would be demonstrated by

2    advertisements, recruiting efforts, attending HUBZone

3    events, things of that nature.

4            Q.    Do you recall getting or seeing what we

5    call requests for production of documents made in this

6    case and what are also referred to as Interrogatories?

7            A.    Yes.

8            Q.    One of those requests for production of

9    documents that was requested -- and it's No. 7 in

10   Plaintiff's request -- is produce a copy of all HUBZone

11   set-aside contracts that you were awarded from 2011 to

12   2017.  Do you recall that request?

13           A.    Yes.

14           Q.    And, in response -- you provided one

15   contract in response to that.  However, in your Affidavit

16   you state that there were six HUBZone contracts.

17                 So could you help me understand why

18   there's a difference between what was produced and what

19   is in your Affidavit?

20           A.    No.

21           Q.    Well, do you know between 2011 and 2017

22   how many HUBZone contracts were obtained by Athena?

23           A.    Roughly, yes.

24           Q.    About how many?

25           A.    Five or six.

Amber Peebles  2/8/2023

Page 105

1          Q.    So what's in your Affidavit is accurate?

2          A.    Yes.

3          Q.    But what is in your verified response is

4     not accurate if it says one?

5                MR. JOHNS:  Object to the form of the

6     question but go ahead and answer.

7                THE WITNESS:  I'm sorry.  Is this back

8     to what was produced?

9                MR. ELLIS:  Yes.

10               MR. JOHNS:  We don't have those in

11    front of us.

12    BY MR. ELLIS:

13         Q.    Yes.  One would not be correct.

14         A.    No, we --

15               MR. JOHNS:  Object to the form of the

16    question because we're not looking at the response.

17    BY MR. ELLIS:

18         Q.    You don't need to look at the response.

19    The question is if one is the answer, that is not

20    correct?

21         A.    I don't know what contracts were

22    produced, but we had more than one HUBZone contract.

23         Q.    And you kind of touched on my next

24    question which is do you have copies, if you wanted to

25    get them, of all the ones that were obtained from 2011 to

1    2017?

2            A.    I don't think that we do.  I think we

3    have some contemporaneous ones, but I don't think we

4    have everything going back to 2010 -- or I'm sorry --

5    2011.

6            Q.    Do you know how many there are that are

7    still in the possession of Athena?

8            A.    I don't know, specifically, no.

9            Q.    But if I asked through counsel for you to

10   go and find the five or six that are mentioned in your

11   Affidavit, you could do that; correct?

12           A.    Find the contracts?

13           Q.    Yeah, if they exist.  You could go back

14   and you could look and be like I have four, but I don't

15   have two; I have three.

16           A.    I believe that that's been done already,

17   that our files have been checked for copies of the

18   contracts.

19           Q.    Well, I've only received one, and I was

20   told there was only one, so I'm going to follow up and

21   ask that -- just verify that I've been provided

22   everything, okay.  Is that okay?

23           A.    Yes, sir.  Thank you.

24           Q.    And you may not have it, but I just want

25   to make sure.

Amber Peebles 2/8/2023

Page 107

```
 1              A.    Yes, sir.

 2              Q.    Just for the record, the one that had

 3     been provided is HQ003414D0005.

 4              A.    Would now be a good time for me to ask

 5     to take a break?

 6              Q.    I was just about to suggest that.

 7              A.    Well, great minds, Mr. Ellis, great

 8     minds.

 9              Q.    Just about to suggest it.  All right.

10              MR. JOHNS:  Let's say 20 of.

11              MR. ELLIS:  Sounds good.

12              (Short recess was taken.)

13     BY MR. ELLIS:

14              Q.    Before we took our break we were talking

15     about your understanding of the HUBZone requirements, and

16     you had touched on the 35 percent threshold for

17     employees.  Do you recall that?

18              A.    Yes, sir.

19              Q.    What is the methodology that Athena

20     employed to calculate, ensure that it was within that 35

21     percent threshold?

22              A.    We would take the total number of

23     employees, and then we would determine -- and then we

24     would take the number of HUBZone employees and divide

25     that number into itself.
```

Page 159

```
 1                    MR. ELLIS:  Those are all the questions
 2    I have.
 3                    THE WITNESS:  Okay.  Thank you.
 4                    MR. ELLIS:  For the record, I would
 5    like to mark the two documents that were referred to
 6    earlier, and those have been previously marked
 7    ACG011810, which is Athena's initial HUBZone
 8    application, which is Application number 38055, the
 9    first five pages, which is what we looked at.
10                    And also what has been previously
11    marked as ACG011723, which is the employee list and
12    chart that we looked at.
13                    And I will mark this document, which is
14    -- using the right mouse would have helped -- it has
15    been previously marked ACG011802, which is e-mail
16    communication between Ms. Peebles and the SBA.  Those
17    are the documents that I've marked.
18                    In light of what is apparent, that we
19    have not been provided all the documents, I'm
20    requesting to postpone Ms. Schneider's deposition and
21    will be requesting a Motion -- we'll be filing a Motion
22    to Extend the Discovery deadline so that we can get the
23    rest of these documents.  And that is it for me.
24                    MR. JOHNS:  Madam Court Reporter, would
25    you normally mark these like Plaintiff 1, 2, 3?
```

Amber Peebles 2/8/2023

Page 161

1                          CERTIFICATE

2

3              I, Lori A. Dilks, the officer before whom

4      the deposition of AMBER PEEBLES was taken, do hereby

5      certify that AMBER PEEBLES, the witness whose testimony

6      appears in the foregoing deposition, was duly sworn by

7      me, via Zoom, on February 8, 2023 and that the

8      transcribed deposition of said witness is a true record

9      of the testimony given by her; that the proceedings are

10     herein recorded fully and accurately to the best of my

11     ability; that I am neither attorney nor counsel for, nor

12     related to any of the parties to the action in which this

13     deposition was taken; and, further, that I am not a

14     relative of any attorney or counsel employed by the

15     parties hereto or financially interested in this action.

16

17

18                          Lori Dilks_____

19                      Lori A. Dilks

20

21              PA Court Reporter-Notary Public
           in and for the Commonwealth of Pennsylvania

22              My Commission expires
                  November 29, 2023

23

24

25