## RE: Cancellation of Melissa Schneider deposition

Glenn Ellis <gae@glennellislaw.com>

Wed 2/8/2023 9:10 PM

To:Milt Johns <mjohns@xlppllc.com>

Cc:Jill Helwig <jhelwig@xlppllc.com>;Scott Simmer <ssimmer@baronbudd.com>;Andrew Miller <amiller@baronbudd.com>

Milt,

Please provide the following documents that were referenced during Ms. Peebles's deposition:

1. Electronic HUBZone file maintained by Ms. Papa and then Ms. Henderson;
2. The HUBZone binder discussed at Ms. Peebles's deposition;
3. Personnel files of Ms. Schneider and Ms. Peebles;
4. Any and all performance reviews for the employees for Athena's employees from 2011 to 2017;
5. The contract between Athena and Sam's Consulting;
6. Any and all reports provided by Sam's Consulting;
7. The utility bills for Athena's satellite offices in San Antonio, New Orleans and Columbus;
8. Communications between the SBA and Athena relating to the most recent Program exam/audit;
9. Any and all communications and draft reports from Mr. Lyle relating to his forensic analysis of the Hard Drive;
10. Ms. Peebles's personal  tax returns from 2011 to 2017;
11. Any and all documents relating to the 2015 and 2016 incidents, which were discussed during Ms. Peebles's deposition, that led to Mr. Smith's termination for poor performance;
12. Any and all documents relating to Athena's investigation of what Ms. Peebles's referred to "The Breach" that led to the filing of Athena's most recent Virginia state court lawsuit;
13. A copy of Athena's equipment inventory showing what equipment Mr. Smith was provided and returned;
14. A copy of any and all individuals who accessed Athena's facility in January of 2016; and
15. A copy of the password log for Athena's servers in January of 2016.

Thanks in advance if you have any questions let me know if you would like to discuss.

Glenn

Glenn Ellis Law, PLLC
gae@glennellislaw.com
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
www.glennellislaw.com

---

**From:** Milt Johns
**Sent:** Wednesday, February 8, 2023 3:38 PM
**To:** Glenn Ellis
**Cc:** Jill Helwig
**Subject:** Cancellation of Melissa Schneider deposition

**Ex. 25**
**1 of 2**

Glenn, I understand based on your statement at Amber Peebles' deposition today that you will not be appearing to take the deposition of Melissa Schneider tomorrow, February 9, 2023. We will proceed accordingly.

**Milton C. Johns, Esq.** | Managing Member
***Executive Law Partners, PLLC***
www.xlppllc.com

O: 571.500.1010 | F: 571.408.8102

NOTICE: This message (including any attachments) from Executive Law Partners, PLLC may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

**Ex. 25**
**2 of 2**