# Table of Contents

Subject Information ................................................................................................................................. 2
Potential Subject Photos (None Found) ................................................................................................ 2
Possible Criminal Records (None Found) ............................................................................................. 2
Possible Employers (None Found) ........................................................................................................ 3
Address Summary (13 Found) ............................................................................................................... 3
Address Details (13 Found) ................................................................................................................... 3
Cities History (7 Found) ......................................................................................................................... 5
Counties History (7 Found) .................................................................................................................... 5
Driver's License Information (1 Found) ................................................................................................. 5
Utilities (None Found) ............................................................................................................................ 5
Professional Affiliations (None Found) .................................................................................................. 5
Professional Licenses (None Found) .................................................................................................... 5
Bankruptcy Records (None Found) ....................................................................................................... 5
Liens (None Found) ................................................................................................................................ 6
Judgments (None Found) ....................................................................................................................... 6
Current Property Deeds (1 Found) ........................................................................................................ 6
Past Property Deeds (1 Found) ............................................................................................................. 6
Property Foreclosures (None Found) .................................................................................................... 11
Property Assessments (1 Found) .......................................................................................................... 11
Evictions (None Found) .......................................................................................................................... 17
Current Vehicle Information (None Found) ........................................................................................... 17
Past Vehicle Information (None Found) ................................................................................................ 17
FL Accidents (None Found) ................................................................................................................... 17
Global Watch Lists (None Found) ......................................................................................................... 17
US Business Affiliations (None Found) ................................................................................................. 17
UCC Filings (None Found) ..................................................................................................................... 18
US Corporate Affiliations (None Found) ................................................................................................ 18
Aircraft Records (None Found) .............................................................................................................. 18
Pilot Licenses (None Found) .................................................................................................................. 18
Voter Registrations (1 Found) ................................................................................................................ 18
Hunting Permits (None Found) .............................................................................................................. 18
Weapon Permits (None Found) ............................................................................................................. 18
Possible Relatives - Summary (49 Found) ........................................................................................... 18
Likely Associates - Summary (11 Found) ............................................................................................. 19
Possible Associates - Summary (17 Found) ........................................................................................ 19
Neighbor Phones (30 Found) ................................................................................................................. 20

**Important:**                                                                                            **ONLINE REPORT**

This is NOT a CONSUMER REPORT and does not constitute a "consumer report" under the Fair Credit Reporting Act ("FCRA"). This report may not be used to determine the eligibility for credit, insurance, employment or any other purpose regulated under the FCRA.

This system may be used only in accordance with your Subscriber Agreement, the Gramm-Leach-Bliley Act ("GLBA"), the Driver's Privacy Protection Act ("DPPA") and all other applicable laws. User agrees to having knowledge of all applicable laws pertaining to the usage of data. User accepts all responsibility civilly and criminally for any use of this system.

Violations of these restrictions or misuse of this system will cause your access to be terminated and will cause an immediate investigation.

## Comprehensive Report

**Comprehensive Report**
Date: 05/21/2018
Reference ID: **NONE**

**Report Legend**
  - Deceased Person

**Relatives**

> - 1st Degree of Separation
>> - 2nd Degree of Separation
>>> - 3rd Degree of Separation

## Subject Information

(Best Information for Subject)

Name: GAY WENDE DAMERON (10/31/1989 to 03/02/2018)
Name: GAY S DAMERON (05/01/1996 to 02/07/2014)
Name: GAY WENDE SHANAHAN (04/01/1983 to 09/13/2006)
Date of Birth: ▓▓▓▓▓▓▓▓ Born **68** years ago

SSN: ▓▓▓▓▓▓▓▓ in **HAWAII** in **1966**

Other Individuals Observed with shared SSN: **No ne**

**Other Names Associated with Subject**
GAY O DAMERON(11/13/2000)

**Other DOBs Associated with Subject**
None found

**Other Possible Phones Associated with Subject:**
(703) 221-5084 (ET) (LandLine) (100%)
(703) 913-5769 (ET) (LandLine) (88%)
(202) 799-4338 (ET) (LandLine) (66%)
(212) 876-7700 (ET) (66%)
(703) 589-8364 (ET) (Mobile) (66%)
(718) 390-6697 (ET) (LandLine) (66%)
(757) 287-5675 (ET) (Mobile) (66%)
(202) 438-8849 (ET) (Mobile) (21%)
(202) 686-0113 (ET) (18%)
(703) 799-4338 (ET) (3%)

## Indicators

Bankruptcies: **No**
Liens: **No**
Judgments: **No**
Properties: **Yes**
Corporate Affiliations: **No**
Criminal/Traffic: **No**
Global Watch Lists Match: **No**

**Email Addresses Associated with Subject**
gay.dameron@dlapiper.com
gsdameron@aol.com

## Potential Subject Photos (None Found)

## Possible Criminal Records (None Found)

**Ex. 26**
**2 of 2**