## Smith v. Athena

**Glenn Ellis** <gae@glennellislaw.com>
Wed 3/8/2023 8:08 PM
To: Jill Helwig <jhelwig@xlppllc.com>; Milt Johns <mjohns@xlppllc.com>

📎 4 attachments (1 MB)
NOD - Corp Desg (Electronic Docs).pdf; NOD - Corp Desg (HUBZone).pdf; NOD - Corp Desg (Retailation).pdf; NOD - Schneider.pdf;

Please see attached NODs. I am still waiting to hear from Ms. Papa regarding her availability.

Thanks and stay safe.

Glenn

Glenn Ellis Law, PLLC
gae@glennellislaw.com
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
www.glennellislaw.com

**Ex. 27**
**1 of 14**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* WILLIAM "BILL" SMITH<br><br>v.<br><br>ATHENA CONSTRUCTION GROUP, INC., *et al* | Civil Action No.: 1:18-cv-02080-APM |

## NOTICE OF RULE 30(b)(6) VIDEOTAPED DEPOSITION OF ATHENA'S CORPORATE DESGINEE

TO:   Milton C. Johns, Esquire
      Executive Law Partners, PLLC
      9116 Center Street, 204
      Manassas, VA 20110

**PLEASE TAKE NOTICE** that Plaintiff, William Smith, by and through his attorney, Glenn Ellis, Esq., pursuant to Federal Rules of Civil Procedure No. 30(b)(6), will take the videotaped deposition, for use in discovery and at trial, of Athena's Corporate Designee on **March 20, 2023** at **10 a.m.** via zoom before a certified shorthand reporter and videographer to be supplied by the undersigned.

Accordingly, pursuant to Rule 30(b)(6), Plaintiff requests that Athena designate and produce one or more officers, directors, managing agents, or other person most knowledgeable to testify at deposition as to each of the following matters regarding:

1. the structure and location of Athena's electronic documents, including but not limited to historical or legacy servers; and

2. regarding Athena's search for emails relating to Relator's HUBZone allegations, including but not limited to keywords used and servers searched.

Please be advised that participating attorneys must be visible to all other participants during the deposition. During the deposition, no person is permitted to communicate with

**Ex. 27**
**2 of 14**

Deponent by any means not recorded in the same manner as the deposition itself. To ensure the audio recording and stenographic record properly reflects the deponent's testimony, the deponent shall not be wearing a facemask during the deposition.

                                                                         /s/ Glenn Andrew Ellis
                                                                         Glenn Andrew Ellis
                                                                         GLENN ELLIS LAW, PLLC
                                                                         2301 Bryn Mawr Ave.,
                                                                         Philadelphia, PA 19131
                                                                         gae@glennellislaw.com
                                                                         *Counsel for William Smith*

Dated:  March 8, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, 2023 a copy of the foregoing *Notice of Deposition* was electronically sent to Milton C. Johns, Esquire, *Attorney for Plaintiff,* Executive Law Partners, PLLC, 9116 Center Street, 204, Manassas, VA 20110.

_____
GLENN A. ELLIS, ESQUIRE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* WILLIAM "BILL" SMITH<br><br>v.<br><br>ATHENA CONSTRUCTION GROUP, INC., *et al* | Civil Action No.: 1:18-cv-02080-APM |

**NOTICE OF RULE 30(b)(6) VIDEOTAPED DEPOSITION OF ATHENA'S <u>CORPORATE DESIGNEE</u>**

TO:   Milton C. Johns, Esquire
      Executive Law Partners, PLLC
      9116 Center Street, 204
      Manassas, VA 20110

   **PLEASE TAKE NOTICE** that Plaintiff, William Smith, by and through his attorney, Glenn Ellis, Esq., pursuant to Federal Rules of Civil Procedure No. 30(b)(6), will take the videotaped deposition, for use in discovery and at trial, of Athena's Corporate Designee on **March 23, 2023** at **10 a.m.** via zoom before a certified shorthand reporter and videographer to be supplied by the undersigned.

   Accordingly, pursuant to Rule 30(b)(6), Plaintiff requests that Athena designate and produce one or more officers, directors, managing agents, or other person most knowledgeable to testify at deposition as to each of the following matters regarding:

   1. Athena's initial HUBZone application including but not limited to Athena's investigatory steps that supports its decision to include the individuals that appeared on Athena's initial HUBZone application;

   2. Athena's obligations and responsibilities relating to its HUBZone certification, including but not limited to its self-reporting obligations and good faith efforts to maintain its compliance;

**Ex. 27**
**5 of 14**

3. Athena's HUBZone recertification including but not limited to Athena's investigatory steps that supports its decision to include the individuals that appeared on Athena's HUBZone application for recertification;

4. the frequency by which Athena tracked and confirmed its compliance with its HUBZone obligations, including but not limited to its policies and procedures for confirming an individuals' HUBZone residence;

5. the individuals who Athena included and relied on to meet its HUBZone obligations from 2011 to 2017;

6. Athena's use of its HUBZone certification in both its advertising and in its efforts to obtain both prime contracts and subcontracts from 2011 to 2017;

7. the number and types of HUBZone related prime contracts and subcontracts that were obtained by Athena from 2011 to 2017;

8. Athena's use and inclusion of Sarah Anderson, Frank Randolph, Lynn Nelson, Gay Dameron, Rose Robinson, Mary Freeza, Yvette Robinson, and any other individuals that Athena paid 40 hours a month and used in its HUBZone percentage calculations from 2011 to 2017;

9. the responsibilities, scheduling, and hours worked by Sarah Anderson, Frank Randolph, Lynn Nelson, Gay Dameron, Rose Robinson, Mary Freeza, Yvette Robinson , and any other individuals that Athena paid 40 hours a month and used in its HUBZone percentage calculations from 2011 to 2017; and

10. Athena's use of Sam's Consulting for obtaining HUBZone employees including but not limited to its agreement, use in its HUBZone calculations and work product produced by Sam's Consulting.

Please be advised that participating attorneys must be visible to all other participants during the deposition. During the deposition, no person is permitted to communicate with Deponent by any means not recorded in the same manner as the deposition itself. To ensure the audio recording and stenographic record properly reflects the deponent's testimony, the deponent shall not be wearing a facemask during the deposition.

/s/ Glenn Andrew Ellis
_____
Glenn Andrew Ellis
GLENN ELLIS LAW, PLLC
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
gae@glennellislaw.com
*Counsel for William Smith*

Dated:  March 8, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, 2023 a copy of the foregoing *Notice of Deposition* was electronically sent to Milton C. Johns, Esquire, *Attorney for Plaintiff,* Executive Law Partners, PLLC, 9116 Center Street, 204, Manassas, VA 20110.

_____
GLENN A. ELLIS, ESQUIRE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* WILLIAM "BILL" SMITH<br><br>v.<br><br>ATHENA CONSTRUCTION GROUP, INC., *et al* | Civil Action No.:  1:18-cv-02080-APM |

**NOTICE OF RULE 30(b)(6) VIDEOTAPED DEPOSITION OF ATHENA'S
<u>CORPORATE DESIGNEE</u>**

TO:   Milton C. Johns, Esquire
      Executive Law Partners, PLLC
      9116 Center Street, 204
      Manassas, VA 20110

    **PLEASE TAKE NOTICE** that Plaintiff, William Smith, by and through his attorney, Glenn Ellis, Esq., pursuant to Federal Rules of Civil Procedure No. 30(b)(6), will take the videotaped deposition, for use in discovery and at trial, of Athena's Corporate Designee on **March 24, 2023** at **10 a.m.** via zoom before a certified shorthand reporter and videographer to be supplied by the undersigned.

    Accordingly**,** pursuant to Rule 30(b)(6), Plaintiff requests that Athena designate and produce one or more officers, directors, managing agents, or other person most knowledgeable to testify at deposition regarding the investigative steps Athena took prior to the filing of its first, second, and third Virginia state court lawsuits against the Plaintiff, including but not limited to any and all interviews and forensic analyses of Athena's computer system and of the Hard Drive.

    Please be advised that participating attorneys must be visible to all other participants during the deposition.  During the deposition, no person is permitted to communicate with Deponent by any means not recorded in the same manner as the deposition itself.  To ensure the

audio recording and stenographic record properly reflects the deponent's testimony, the deponent shall not be wearing a facemask during the deposition.

 

_____
Glenn Andrew Ellis
GLENN ELLIS LAW, PLLC
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
gae@glennellislaw.com
*Counsel for William Smith*

Dated:  March 8, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, 2023 a copy of the foregoing *Notice of Deposition* was electronically sent to Milton C. Johns, Esquire, *Attorney for Plaintiff,* Executive Law Partners, PLLC, 9116 Center Street, 204, Manassas, VA 20110.

_____
GLENN A. ELLIS, ESQUIRE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.* WILLIAM "BILL" SMITH<br><br>v.<br><br>ATHENA CONSTRUCTION GROUP, INC., *et al* | Civil Action No.:  1:18-cv-02080-APM |

### NOTICE OF DEPOSITION

TO:  Milton C. Johns, Esquire
Executive Law Partners, PLLC
9116 Center Street, 204
Manassas, VA 20110

**PLEASE TAKE NOTICE** that a videoconference deposition will be taken in this action, before a certified shorthand reporter and videographer to be supplied by the undersigned, as follows:

**PERSON TO BE DEPOSED:**   Melissa Schneider

**TO BE PRODUCED BY:**   Milton C. Johns, Esquire

**DATE AND TIME:**   March 29, 2021 at 10:00 AM

Please be advised that participating attorneys must be visible to all other participants during the deposition.  During the deposition, no person is permitted to communicate with Deponent by any means not recorded in the same manner as the deposition itself.  To ensure the audio recording and stenographic record properly reflects the deponent's testimony, the deponent shall not be wearing a facemask during the deposition.

          /s/ *signature*
_____
Glenn Andrew Ellis
GLENN ELLIS LAW, PLLC
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
gae@glennellislaw.com
*Counsel for William Smith*

Dated:  March 8, 2023

**CERTIFICATE OF SERVICE**

I hereby certify that on this 8th day of March, 2023 a copy of the foregoing *Notice of Deposition* was electronically sent to Milton C. Johns, Esquire, *Attorney for Plaintiff,* Executive Law Partners, PLLC, 9116 Center Street, 204, Manassas, VA 20110.

_____
GLENN A. ELLIS, ESQUIRE