**Re: Cancellation of Melissa Schneider deposition**

Glenn Ellis <gae@glennellislaw.com>
Wed 2/8/2023 3:46 PM
To:Milt Johns <mjohns@xlppllc.com>
Cc:Jill Helwig <jhelwig@xlppllc.com>

That is correct.  There is no point in taking her dep since Athena has not produced all of the documents that Plaintiff requested.  I will forward a list of missing documents later today.

In light of today's testimony will your client agree to extending the discovery deadlines?

Glenn

Sent from my iPhone

> On Feb 8, 2023, at 3:38 PM, Milt Johns <mjohns@xlppllc.com> wrote:

> Glenn, I understand based on your statement at Amber Peebles' deposition today that you will not be appearing to take the deposition of Melissa Schneider tomorrow, February 9, 2023. We will proceed accordingly.

**Milton C. Johns, Esq.** | Managing Member
*Executive Law Partners, PLLC*
www.xlppllc.com

O: 571.500.1010 | F: 571.408.8102

NOTICE: This message (including any attachments) from Executive Law Partners, PLLC may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

**Ex. 28**
**1 of 1**