## Activity in Case 1:18-cv-02080-APM SMITH v. ATHENA CONSTRUCTION GROUP, INC. Order

DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>

Fri 3/24/2023 5:23 PM

To: DCD_ECFNotice@dcd.uscourts.gov <DCD_ECFNotice@dcd.uscourts.gov>

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### District of Columbia

### Notice of Electronic Filing

The following transaction was entered on 3/24/2023 at 5:22 PM and filed on 3/24/2023

**Case Name:**        SMITH v. ATHENA CONSTRUCTION GROUP, INC.
**Case Number:**      1:18-cv-02080-APM
**Filer:**
**Document Number:** No document attached

**Docket Text:**
**MINUTE ORDER. The court understands that Plaintiff wishes to take two additional Rule 30(b)(6) depositions. Those requests go beyond the additional deposition discovery that the court authorized during the conference on February 21, 2023. For that reason, Plaintiff's request for additional 30(b)(6) depositions is denied. Signed by Judge Amit P. Mehta on 3/24/2023. (lcapm2)**

**1:18-cv-02080-APM Notice has been electronically mailed to:**

Seth Paul Waxman      seth.waxman@wilmerhale.com, Katie.Whitley@wilmerhale.com, WHDocketing@wilmerhale.com, liz.watson@wilmerhale.com

Stephen Brett Shapiro    stephen.shapiro@hklaw.com, hapi@hklaw.com, nancy.bernstein@hklaw.com

John Cuong Truong     john.truong@usdoj.gov

W. Scott Simmer       ssimmer@baronbudd.com, gkearney@baronbudd.com

**Ex. 29
1 of 2**

Craig Alan Guthery     cguthery@cgutherylaw.com, efile@xlppllc.com

Ambika J Biggs     abiggs@hirschlerlaw.com, wwalsh@hirschlerlaw.com

Daniel S. Volchok     daniel.volchok@wilmerhale.com, whdocketing@wilmerhale.com

Andrew Michael Miller     amiller@baronbudd.com, ekaboli@baronbudd.com, gwald@baronbudd.com, kcapesius@baronbudd.com, keedwards@baronbudd.com

Jeremy S. Schneider     Jeremy.Schneider@jacksonlewis.com, Margo.Benzekri@jacksonlewis.com, dcregiondocketing@jacksonlewis.com, jeremy-schneider-8153@ecf.pacerpro.com

Thomas Mitchell Craig     tcraig@fhhfirm.com, E-file@fhhfirm.com

Milton C. Johns     mjohns@xlppllc.com, efile@xlppllc.com, jhelwig@xlppllc.com

Catherine Hancock Dorsey     cdorsey@baronbudd.com

Jason Alexander Ross     jason.ross@jacksonlewis.com, Margo.Benzekri@jacksonlewis.com, dcregiondocketing@jacksonlewis.com, jason-ross-6765@ecf.pacerpro.com

Samuel M. Strongin     samuel.strongin@wilmerhale.com, whdocketing@wilmerhale.com

David L. Haller     david.haller@hklaw.com, HAPI@HKLAW.COM

Glenn Ellis     gae@glennellislaw.com, cd@freiwaldlaw.com, zsf@freiwaldlaw.com

Matthew A. Lipman     mlipman@mdmc-law.com, pbryant@mdmc-law.com

Michael Morano     mmorano@mdmc-law.com

Mark Alan Rosen     mrosen@mdmc-law.com

**1:18-cv-02080-APM Notice will be delivered by other means to::**

**Ex. 29**
**2 of 2**