## FW: Athena Construction

**Amber Peebles <amber@athenaconstructiongroup.com>**
Mon 10/16/2023 6:27 PM
To:Jill Helwig <jhelwig@xlppllc.com>

📎 1 attachments (326 KB)
Athena Employee List with title-1.pdf;


Amber Peebles
President
Athena Construction Group, Inc.
(o) 703-348-2720
(m) 202-270-9695
8(a), SDVOSB, WOB, HUBZone, SWaM
www.athenaconstructiongroup.com

---

**From:** Milt Johns <mjohns@xlppllc.com>
**Sent:** Monday, October 16, 2023 4:00 PM
**To:** Amber Peebles <amber@athenaconstructiongroup.com>; Sheila Henderson <sheila@athenaconstructiongroup.com>
**Subject:** FW: Athena Construction


Best regards,


**Milt Johns**
*XLP*
www.xlppllc.com

O: 571.500.1010 | F: 571.408.8102

NOTICE: This message (including any attachments) from Executive Law Partners, PLLC may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

---

**From:** Gay Dameron <gsdameron@aol.com>
**Sent:** Monday, October 16, 2023 3:58 PM
**To:** Milt Johns <mjohns@xlppllc.com>
**Subject:** Fwd: Athena Construction


Sent from my iPad

Begin forwarded message:

Ex. 30
1 of 4

**From:** Glenn Ellis <gae@glennellislaw.com>
**Date:** October 16, 2023 at 3:33:56 PM EDT
**To:** gsdameron@aol.com
**Subject: Athena Construction**

As you can see on page 2 of the attached document, you are listed as Employee No. 121 with your primary address being at 18201 Joplin Road, Triangle VA.  Your job title is listed as Admin.  A review of payroll records, shows that Athena issued you a W2 in 2013 and 2014.

Questions:

    1. Was that address correct your primary address?

    2. What kind of Admin work did you do for Athena?

    3. Did you work for Athena in 2013 and 2014?

Glenn

Glenn Ellis Law, PLLC
gae@glennellislaw.com
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
www.glennellislaw.com

**Ex. 30**
**2 of 4**



**ATHENA CONSTRUCTION GROUP, INC.**
8(a) | SDVOSB | WOB | SDBE | HUBZone

17877 Old Triangle Road | Triangle, Virginia 22172
703.221.7131 office | 703.221.7929 fax
athenaconstructiongroup.com

Athena transitioned payroll processing services to FoundationSoft in June of 2012. The employee list submitted includes all employees on payroll at that time up to October 2019.

Some employees' addresses may have changed either during employment or post - employment. For example, some former employees may have notified Athena of an updated address prior to issuance of a W-2. Athena would have entered the new address in the payroll system in order to ensure a timely delivery of the W-2.

The addresses in these records reflect the most current address of the active employees based upon information provided.

In 2003 Athena's original office was located at:
17961 Dumfries Shopping Plaza
Dumfries VA, 22026

In 2010 Athena moved to:
18031 Dumfries Shopping Plaza
Dumfries, VA 22026

In 2016 Athena moved to and remains at:
17877 Old Triangle Road
Triangle, VA 22172

Athena currently has additional SBA Bona Fide offices located at:

615 Baronne Street, Suite 205
New Orleans, LA 70133

4203 Woodcock Drive, Suite 265
San Antonio, TX 78228

| Employee No | First Name | Last Name | S.S. Number | Address 1 | City | State | Zip Code | Job Title |
|---|---|---|---|---|---|---|---|---|
| 101 | | | | | | | | |
| 102 | | | | | | | | |
| 103 | | | | | | | | |
| 104 | | | | | | | | |
| 105 | | | | | | | | |
| 106 | | | | | | | | |
| 107 | | | | | | | | |
| 108 | | | | | | | | |
| 109 | | | | | | | | |
| 110 | | | | | | | | |
| 111 | | | | | | | | |
| 112 | | | | | | | | |
| 113 | | | | | | | | |
| 114 | | | | | | | | |
| 115 | | | | | | | | |
| 116 | | | | | | | | |
| 117 | | | | | | | | |
| 118 | | | | | | | | |
| 119 | | | | | | | | |
| 120 | | | | | | | | |
| 121 | Gay | Dameron | | 18201 Joplin Road | Triangle | VA | 22172 | Admin |
| 122 | | | | | | | | |
| 123 | | | | | | | | |
| 124 | | | | | | | | |
| 125 | | | | | | | | |
| 126 | | | | | | | | |
| 127 | | | | | | | | |
| 128 | | | | | | | | |
| 129 | | | | | | | | |
| 130 | | | | | | | | |
| 131 | | | | | | | | |
| 132 | | | | | | | | |
| 133 | | | | | | | | |
| 134 | | | | | | | | |
| 135 | | | | | | | | |
| 136 | | | | | | | | |
| 137 | | | | | | | | |
| 138 | | | | | | | | |
| 139 | | | | | | | | |
| 140 | | | | | | | | |
| 141 | | | | | | | | |
| 142 | | | | | | | | |
| 143 | | | | | | | | |
| 144 | | | | | | | | |
| 145 | | | | | | | | |
| 146 | | | | | | | | |
| 147 | | | | | | | | |
| 148 | | | | | | | | |
| 149 | | | | | | | | |
| 150 | | | | | | | | |
| 151 | | | | | | | | |

ρenter ACG0000484