## Athena - Corrected Expert Report Ready for Service

**Glenn Ellis** <gae@glennellislaw.com>
Tue 10/24/2023 11:58 AM

To: Milt Johns <mjohns@xlppllc.com>; Jill Helwig <jhelwig@xlppllc.com>
Cc: Catherine Dorsey <cdorsey@baronbudd.com>; Scott Simmer <ssimmer@baronbudd.com>; Andrew Miller <amiller@baronbudd.com>; Kenny Capesius <kcapesius@baronbudd.com>

📎 2 attachments (4 MB)
Expert Report of Arthur Collins (Corrected) (Signed).pdf; Expert Report of Arthur Collins (Corrected) (Track Changes).pdf;

Milt and Jill,

Please disregard my earlier email. As noted during Ms. Bailey's deposition, there were a few typos in some of the tables of Mr. Collins's report. While those typos did NOT effect the substance of Mr. Collins's opinions, Plaintiff will be attaching a corrected version to its response to Athena's MSJ. As a courtesy, I have attached the corrected version and a red-line version.

If you have any question, feel free to contact me.

Glenn

Glenn Ellis Law, PLLC
gae@glennellislaw.com
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
www.glennellislaw.com

Ex. 34
1 of 11

**Re: Athena - Opposition Exhibits -**

Jill Helwig <jhelwig@xlppllc.com>
Fri 11/17/2023 1:08 PM

To: Glenn Ellis <gae@glennellislaw.com>; Milt Johns <mjohns@xlppllc.com>
Cc: Catherine Dorsey <cdorsey@baronbudd.com>; ssimmer@baronbudd.com <ssimmer@baronbudd.com>; amiller@baronbudd.com <amiller@baronbudd.com>

Correct - they are not typographical errors which is the reason you gave for "correcting" the report.


Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlppllc.com


NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

---

**From:** Glenn Ellis <gae@glennellislaw.com>
**Sent:** Friday, November 17, 2023 1:06 PM
**To:** Jill Helwig <jhelwig@xlppllc.com>; Milt Johns <mjohns@xlppllc.com>
**Cc:** Catherine Dorsey <cdorsey@baronbudd.com>; ssimmer@baronbudd.com <ssimmer@baronbudd.com>; amiller@baronbudd.com <amiller@baronbudd.com>
**Subject:** RE: Athena - Opposition Exhibits -

I am not talking about the filing procedure, I am sure that can be worked out. I am trying to drill down to what Athena does not object to and what it does object to. It appears from the below exchange, if plaintiff uses an errata sheet, the only thing that Athena would still object to would be the corrections to the table of contents. Athena would object to those changes even if done as suggested via an errata sheet.

Glenn

Glenn Ellis Law, PLLC
gae@glennellislaw.com
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
www.glennellislaw.com

**From:** Jill Helwig

Ex. 34
2 of 11

**Sent:** Friday, November 17, 2023 12:55 PM
**To:** Glenn Ellis; Milt Johns
**Cc:** Catherine Dorsey; ssimmer@baronbudd.com; amiller@baronbudd.com
**Subject:** Re: Athena - Opposition Exhibits -

Glenn

I believe the correct procedure would be to remove the attachment as filed and replace it with the original report/tables w/ errata sheet.

You might want to reach out to the clerk for the proper procedure.

Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlppllc.com

NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

**From:** Glenn Ellis <gae@glennellislaw.com>
**Sent:** Friday, November 17, 2023 12:53 PM
**To:** Jill Helwig <jhelwig@xlppllc.com>; Milt Johns <mjohns@xlppllc.com>
**Cc:** Catherine Dorsey <cdorsey@baronbudd.com>; ssimmer@baronbudd.com <ssimmer@baronbudd.com>; amiller@baronbudd.com <amiller@baronbudd.com>
**Subject:** RE: Athena - Opposition Exhibits -

Well the tables were not attached to the exhibit but they would be attached if we remove the corrected report and add the original report. So are you now objecting to us including the tables along with the corrections?

Glenn

Glenn Ellis Law, PLLC
gae@glennellislaw.com
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
www.glennellislaw.com

**Ex. 34**
**3 of 11**

**From:** Jill Helwig
**Sent:** Friday, November 17, 2023 12:46 PM
**To:** Glenn Ellis; Milt Johns
**Cc:** Catherine Dorsey; ssimmer@baronbudd.com; amiller@baronbudd.com
**Subject:** Re: Athena - Opposition Exhibits -

Glenn
We do not object to the correction of typographical errors.  We do not  object to the tables as they were part of the original report.

We do object to the changes to the table of contents as that is a revision to the report, not a correction of typographical errors.

An errata sheet similar to that used in depositions would suffice but there would be no need to include the tables as the errata should be based off the original report.


Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlppllc.com


NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

---

**From:** Glenn Ellis <gae@glennellislaw.com>
**Sent:** Friday, November 17, 2023 12:41 PM
**To:** Jill Helwig <jhelwig@xlppllc.com>; Milt Johns <mjohns@xlppllc.com>
**Cc:** Catherine Dorsey <cdorsey@baronbudd.com>; ssimmer@baronbudd.com <ssimmer@baronbudd.com>; amiller@baronbudd.com <amiller@baronbudd.com>
**Subject:** RE: Athena - Opposition Exhibits -

If I understand what you correctly, Athena is not objecting to the proposed corrections and the inclusion of the tables. However, Athena believes that those corrections should be presented to the court in the form of an errata sheet?  Also are you referring to an errata sheet similar to the ones used to correct deposition testimony?

Glenn

Glenn Ellis Law, PLLC
gae@glennellislaw.com

**Ex. 34**
**4 of 11**

2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
www.glennellislaw.com

**From:** Jill Helwig
**Sent:** Friday, November 17, 2023 8:17 AM
**To:** Glenn Ellis; Milt Johns
**Cc:** Catherine Dorsey; ssimmer@baronbudd.com; amiller@baronbudd.com
**Subject:** Re: Athena - Opposition Exhibits -

Good Morning Glenn

As you may recall, the "corrected" expert report was first submitted to us on October 24, 2023, the same day you submitted that report to the court in your opposition filing. You did not provide us with a real opportunity to weigh in on the changes prior to submitting.

Although you represented the changes as simply "formatting" and "typos", there were clearly substantive changes, some of which remain in the revised corrected report (specifically the changes to the table of contents).

It is our position, as stated in the email below, that the appropriate way to correct the typographical errors is through an errata sheet and not through a re-corrected report. This would require the removal of the corrected report from the filing and replacing it with the original expert report and an errata sheet.

Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlppllc.com

NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

**From:** Glenn Ellis <gae@glennellislaw.com>
**Sent:** Thursday, November 16, 2023 5:56 PM
**To:** Jill Helwig <jhelwig@xlppllc.com>; Milt Johns <mjohns@xlppllc.com>
**Cc:** Catherine Dorsey <cdorsey@baronbudd.com>; ssimmer@baronbudd.com <ssimmer@baronbudd.com>; amiller@baronbudd.com <amiller@baronbudd.com>
**Subject:** RE: Athena - Opposition Exhibits -

**Ex. 34**
**5 of 11**

Jill,

I am a little confused by your suggestion. The corrected report has already been submitted to the Court so I am not sure what you mean by submitting an errata sheet.  We are agreeable to using an errata filing to attach the missing tables to the corrected report. Perhaps you can provide some additional clarification regarding your suggestion.

Thanks.

Glenn

Glenn Ellis Law, PLLC
gae@glennellislaw.com
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
www.glennellislaw.com

**From:** Jill Helwig
**Sent:** Thursday, November 16, 2023 11:24 AM
**To:** Glenn Ellis; Milt Johns
**Cc:** Catherine Dorsey; ssimmer@baronbudd.com; amiller@baronbudd.com
**Subject:** Re: Athena - Opposition Exhibits -

Good Morning Glenn
Thank you for providing the revised, corrected report of Mr. Collins.  Upon further consideration of the totality of the changes to the report, it is our position that rather than a "corrected" report, the submission of an errata sheet would be more appropriate to correct the identified typographical  errors.

The changes to the table of contents are neither typographical errors or formatting issues and are not appropriate changes under the circumstances.

Please be guided accordingly.


Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlppllc.com

NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do

not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

**From:** Glenn Ellis <gae@glennellislaw.com>
**Sent:** Monday, November 6, 2023 1:42 PM
**To:** Jill Helwig <jhelwig@xlppllc.com>; Milt Johns <mjohns@xlppllc.com>
**Cc:** Catherine Dorsey <cdorsey@baronbudd.com>; ssimmer@baronbudd.com <ssimmer@baronbudd.com>; amiller@baronbudd.com <amiller@baronbudd.com>
**Subject:** RE: Athena - Opposition Exhibits -

Milt and Jill,

I am writing to provide an additional response to Athena's objection to certain exhibits attached to Plaintiff's Opposition to Athena's Motion for Partial Summary Judgment on the HUBZone Allegations. First, as discussed during our recent meet and confer, Athena has withdrawn its objections to Exhibits E, H, and C (pgs. 81-103). Regarding Ex. K, I have attached a corrected copy of Mr. Collins's report that corrects the inadvertent deleting of the references to the original reports attachments. If this is satisfactory we can prepare a praecipe to switch out Ex. K for the attached corrected report. In addition, Athena has no objection as to the relevancy or authenticity of the exhibits at issue.

As I understand it, Athena's objection to the remaining exhibits (J, K, L, M, N, and O) is based solely on an alleged violation of Rule 37(c) for failing to provide these documents in response to your discovery requests as required by Rule 26 (a) or (e). At the recent meet and confer, you stated that the documents at issue should have been produced in response to Athena's previous general request for "all documents in your possession that support the claims set forth in Count I and II of the [TAC]." As you may recall, Plaintiff objected to this request on the grounds that it was unduly vague and overly broad. The Plaintiff's response also referred you back to the Hard Drive, which contains various contracting documents including pay apps, that had already been produced. Athena did not request a more specific response nor did Plaintiff have any additional documents in his possession.

In fact, Plaintiff requested these very documents from Athena. The Plaintiff requested that Athena produce all HUBZone set-aside contracts that Athena was awarded from 2011 to 2017. Included in Plaintiff's request for contracting documents would have been the pay apps submitted by Athena to the Government for payment. FAR 4.803(c)(3) (Record of payments or receipts). In response, Athena agreed to produce a copy of one HUBZone set-aside - HQ0034314D0005 and related task orders to the extent that Athena is able to locate such documents. Athena did not identify any of the other HUBZone contracts that are detailed and evident in Ex. J. Ultimately, Athena did not produce all of the contracting documents and task orders for HQ0034314D0005 that are detailed and evident in Exs. K, L, M. If Athena has found the original contracting documents, Plaintiff has no objection to including them along with Plaintiff's response.

Once the issue of claim/payment was raised in Athena's Motion for Summary Judgment, Plaintiff sought alternative evidence to establish what Athena admits to on its website and promotional material – i.e. that it does business with the Government. As noted on the top left corner of several exhibits (J, K, L, and M), these documents were not in Plaintiff's possession until October 17, 2023. Similarly, exhibits N and O were not in Plaintiff's possession until October 20, 2023. Accordingly, it simply cannot be said that Plaintiff has in any way violated Rule 37 (c) or 26 (a) and (e) since you were in possession of the documents only a week after Plaintiff.

**Ex. 34**
**7 of 11**

Finally, I am at a loss as to why Athena would object to its own documents in Exs. N and O.  While it may be the case that Athena no longer has these documents since they were initially produced in 2017, their use here in no way prejudices or harms Athena. *U.S. ex rel. Miller v. Bill Harbert Int'l Const.,* No. CIV.A.95 1231 RCL, 2007 WL 861111, at *1 (D.D.C. Mar. 20, 2007)("[T]hough a party is required to make relevant information available to its opponent, it is not expected to point out to its opponent information that the opponent can clearly gleam on its own during discovery."). In addition, the Plaintiff agreed to Athena's request for an extension of time to provide its Reply. Accordingly, any harm suffered by Athena has been mitigated by the provision of extra time to reply to the evidence put forward in Plaintiff's response. *See Newell v. Mnuchin*, No. CV 17-2695 (RC), 2020 WL 136648, at *10 (D.D.C. Jan 13, 2020).

Let me know if you would like to discuss further.

Glenn

Glenn Ellis Law, PLLC
gae@glennellislaw.com
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
www.glennellislaw.com

---

**From:** Jill Helwig
**Sent:** Tuesday, October 31, 2023 9:46 AM
**To:** Glenn Ellis; Milt Johns
**Cc:** Catherine Dorsey; ssimmer@baronbudd.com; amiller@baronbudd.com
**Subject:** Re: Athena - Opposition Exhibits -

All

I generated at teams call invite for tomorrow.

If you have not received the invite, please let me know.

Thanks

Jill F. Helwig
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlppllc.com


NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

Ex. 34
8 of 11

**From:** Glenn Ellis <gae@glennellislaw.com>
**Sent:** Monday, October 30, 2023 10:20 PM
**To:** Jill Helwig <jhelwig@xlpplc.com>; Milt Johns <mjohns@xlpplc.com>
**Cc:** Catherine Dorsey <cdorsey@baronbudd.com>; ssimmer@baronbudd.com <ssimmer@baronbudd.com>; amiller@baronbudd.com <amiller@baronbudd.com>
**Subject:** RE: Athena - Opposition Exhibits -

That works for us.

Glenn

Glenn Ellis Law, PLLC
gae@glennellislaw.com
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
www.glennellislaw.com

**From:** Jill Helwig
**Sent:** Monday, October 30, 2023 1:47 PM
**To:** Glenn Ellis; Milt Johns
**Cc:** Catherine Dorsey; ssimmer@baronbudd.com; amiller@baronbudd.com
**Subject:** Re: Athena - Opposition Exhibits -

Glenn
Milt and I have availability on Wednesday at 10:45.  Will that work with your schedule?

Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlpplc.com


NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.


**From:** Glenn Ellis <gae@glennellislaw.com>
**Sent:** Monday, October 30, 2023 10:27 AM
**To:** Jill Helwig <jhelwig@xlpplc.com>; Milt Johns <mjohns@xlpplc.com>
**Cc:** Catherine Dorsey <cdorsey@baronbudd.com>; ssimmer@baronbudd.com <ssimmer@baronbudd.com>; amiller@baronbudd.com <amiller@baronbudd.com>
**Subject:** RE: Athena - Opposition Exhibits -

Ex. 34
9 of 11

Jill,

We are available to hold a meet and confer on Wednesday or Thursday (before 3:30 pm) of this week. We are pulling together the information requested and expect to have a substantive response to your email prior to Wednesday.  If neither of those dates work for your schedule let me know and we can provide some additional dates.

Finally, we would also like to add to the meet and confer a discussion of Athena's current HUBZone status.  In its motions for summary judgment Athena has repeatedly asserted that it has maintained its HUBZone certification.  In fact, Athena has asserted that the Court should use the fact that it has maintained its HUBZone certification as evidence that it has not committed any wrongdoing.  As you know these statements are now false and Athena was decertified on 10/20/23.

It is surprising that you have not updated your filings and that that you have not provided Plaintiff with information on Athena's recent decertification.  Athena has an ethical obligation to correct these false statements in its motions for summary judgment and is under a continuing obligation to supplement its discovery responses, which would include providing documents relating to its decertification.

We look forward to discussing with you how you intend on correcting this oversight.


Glenn

Glenn Ellis Law, PLLC
gae@glennellislaw.com
2301 Bryn Mawr Ave.,
Philadelphia, PA 19131
www.glennellislaw.com

---

**From:** Jill Helwig
**Sent:** Friday, October 27, 2023 9:43 AM
**To:** Glenn Ellis; Milt Johns
**Cc:** Catherine Dorsey; ssimmer@baronbudd.com; amiller@baronbudd.com
**Subject:** Athena - Opposition Exhibits -

Good Morning Glenn
After reviewing the exhibits identified in support of your Opposition to Motion for Summary Judgment, we have identified a number of documents not previously produced or identified during discovery.  The introduction of these documents at this point in the litigation process is in violation of FRCP 37 and these documents must be withdrawn from the court along with those portions of your opposition brief that discuss these documents.

The following materials were not produced during the open discovery period:

-Exhibit B – 8 23 2023 SBA information Notice
-Exhibit E SOF – if it is your position that these documents were previously produced, please provide the associated bates numbers for confirmation
-Exhibit F SOF – Corrected Expert Report of Arthur E. Collins
-Exhibit H SOF

**Ex. 34**
**10 of 11**

-Exhibit J SOF
-Exhibit K SOF
-Exhibit L SOF
-Exhibit M SOF
-Exhibit N SOF
-Exhibit O SOF

With regard to Pages 81-103 of Exhibit C, please provide the bates designations for these documents to enable us to confirm if they were contained within Relator's document production of February 2023.

Please advise when you are available to conduct a meet and confer regarding these materials. It is our intention to seek the intervention of the court if the parties are unable to agree to the appropriate treatment of these materials.

We look forward to hearing from you on this matter.

Regards

Jill F. Helwig, Partner
Executive Law Partners, PLLC
11130 Fairfax Blvd, Suite 303
Fairfax, VA 22030
(571) 500-1010
(703) 828-8414 (direct)
www.xlppllc.com


NOTICE: This message (including any attachments) from Executive Law Partners may constitute an attorney-client communication and may contain information that is PRIVILEGED and CONFIDENTIAL and/or ATTORNEY WORK PRODUCT. If you are not an intended recipient, you are hereby notified that any dissemination of this message is strictly prohibited. If you have received this message in error, please do not read, copy or forward this message. Please permanently delete all copies and any attachments and notify the sender immediately by sending an e-mail to the sender.

**Ex. 34**
**11 of 11**