UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA ex rel. VICKIE SMITH, *Personal Representative of the Estate of William Smith*, | ) ) ) ) ) | |
| Plaintiff-Relator, | ) ) | No. 18-cv-2080 (APM) |
| v. | ) ) | |
| ATHENA CONSTRUCTION GROUP, INC., | ) ) ) | |
| Defendant. | ) | |

**COUNSEL'S SUPPLEMENTAL RESPONSE TO THE COURT'S SHOW CAUSE ORDER OF JULY 26, 2025**

Plaintiff-Relator's Counsel, Scott Simmer, Andrew Miller, and Catherine Dorsey of Baron & Budd, P.C. (collectively, "B&B counsel"), hereby submit the following supplemental response to the Court's show cause order.

1. On July 30, 2025, Mr. Simmer contacted Plaintiff, Vickie Smith, to discuss the recent events in this case. Mr. Simmer explained the seriousness of the alleged ethical violations against Plaintiff's counsel. He also confirmed that Plaintiff knew that Mr. Ellis had moved to withdraw as counsel. Mr. Simmer further explained that B&B counsel were prepared to continue to represent Plaintiff going forward, and he obtained Plaintiff's consent for B&B counsel to do so.

2. B&B counsel had been unable to contact Plaintiff prior to today, because previously all client communication had occurred through Mr. Ellis. Although B&B counsel had requested Plaintiff's contact information from Mr. Ellis several days ago, Mr. Ellis himself did not have

1

Plaintiff's direct contact information to share. Instead, he had always contacted her through another family member.

      3.      B&B counsel want to assure the Court that the Plaintiff has been properly informed of the recent circumstances and is being kept up to date on all litigation-related events, and that counsel will continue to do so.

Dated: July 30, 2025                                              Respectfully submitted,

                                                               /s/ Catherine H. Dorsey
                                                               Catherine H. Dorsey
                                                               W. Scott Simmer
                                                               Andrew M. Miller
                                                               BARON & BUDD, P.C.
                                                               600 New Hampshire Avenue N.W.
                                                               10th Floor
                                                               Washington, D.C. 20037
                                                               cdorsey@baronbudd.com
                                                               ssimmer@baronbudd.com
                                                               amiller@baronbudd.com
                                                               (202) 333-4562

                                                               *Counsel for Vickie Smith*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 30, 2025, the foregoing was filed via the CM/ECF system and an electronic copy was served via a notice of electronic filing (NEF) on all parties of record:

/s/ Catherine H. Dorsey
Catherine H. Dorsey
W. Scott Simmer
Andrew M. Miller
BARON & BUDD, P.C.
600 New Hampshire Avenue N.W.
10th Floor
Washington, D.C. 20037
cdorsey@baronbudd.com
ssimmer@baronbudd.com
amiller@baronbudd.com
(202) 333-4562

*Counsel for Vickie Smith*