UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **VICKIE SMITH,** *Personal Representative of the Estate of William Smith*,<br><br>**Plaintiff-Relator,**<br><br>v.<br><br>**ATHENA CONSTRUCTION GROUP, INC.,**<br><br>**Defendant.** | )<br>)<br>)<br>)<br>)<br>)<br>) Case No. 18-cv-02080 (APM)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## SANCTIONS ORDER

For the reasons stated in the Order entered on October 3, 2025, ECF No. 201, and having reviewed Defendant Athena Construction Group's submission of fees and costs, ECF No. 202, and having determined the hours worked and the hourly rate to be reasonable, the court hereby orders Counsel Glenn Ellis to pay Defendant a sum of $8,151.00.

Dated: October 10, 2025

Amit P. Mehta
United States District Judge